Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Jason J. Hamlin*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. HAMLIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YAYYO, INC., RAMY EL-BATRAWI, JONATHAN ROSEN, KEVIN PICKARD, HARBANT S. SIDHU, JEFFREY GUZY, CHRISTOPHER MIGLINO, PAUL RICHTER, AEGIS CAPITAL CORP., and WESTPARK CAPITAL, INC.,<br><br>Defendants. | Case No. 2:20-cv-08235-SVW-AFM<br><br>**PLAINTIFF JASON J. HAMLIN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><u>CLASS ACTION</u> |

PLAINTIFF JASON J. HAMLIN'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – Case No. 2:20-cv-08235-SVW-AFM

PLEASE TAKE NOTICE that Plaintiff Jason J. Hamlin ("Plaintiff"), by and through his undersigned counsel, hereby voluntarily dismisses his claims in the above-captioned action without prejudice as to Plaintiff only, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. No defendant has served an answer to the complaint nor moved for summary judgment. No class has been certified.

The case will continue forward as Plaintiff is not the Lead Plaintiff. *See* Dkt. No. 33.

Dated: December 10, 2020

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence Rosen*
Laurence M. Rosen, Esq. (SBN 219683)
Phillip Kim, Esq. (*admitted pro hac vice*)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Jason J. Hamlin*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On December 10, 2020, I electronically filed the following **PLAINTIFF JASON J. HAMLIN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on December 10, 2020.

/s/Laurence Rosen
Laurence M. Rosen

PLAINTIFF JASON J. HAMLIN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE – Case No. 2:20-cv-08235-SVW-AFM