

Julie E. Kamps, Esq. (SBN 282536)
E-mail: jkamps@wpcfs.com
1900 Avenue of the Stars, Suite 310
Los Angeles, CA 90067
Telephone: (310) 203-2942
Facsimile: (310) 843-9389

Attorney for Defendant
Westpark Capital, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YAYYO, INC. SECURITIES LITIGATION | Case No.:  20-cv-08235-SVW-AFM |
| | Related Cases: 2:20-cv-08591-SVW-AFM and 2:21-cv-00998-SVW-AFM |
| | **ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF** |

Defendant WESTPARK CAPITAL, INC. ("WestPark" or "Defendant") now answers the First Amended Class Complaint, upon information and belief for Violations of the Federal Securities Laws ("Complaint, upon information and belief") filed by Designated Lead Plaintiff BERNARD BEDNARZ ("Bednaz") and Plaintiff WILLIAM KOCH ("Koch") (collectively "Plaintiffs"), and denies any and all such allegations, and further admits or denies the specific allegations of the First Amended Complaint, upon information and belief ("Complaint, upon information and belief") and states all applicable affirmative defenses, as follows:

1

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

## NATURE OF THE ACTION

1. Answering Paragraph 1 of the Complaint, upon information and belief, WestPark admits to the allegation in this paragraph that an Initial Public Offering ("IPO") occurred on November 13, 2019.

2. Answering Paragraph 2 of the Complaint, upon information and belief, WestPark states that it is without sufficient information to admit or deny the allegations in this paragraph.

3. Answering Paragraph 3 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

4. Answering Paragraph 4 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

5. Answering Paragraph 5 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

6. Answering Paragraph 6 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

7. Answering Paragraph 7 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

8. Answering Paragraph 8 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

9. Answering Paragraph 9 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

10. Answering Paragraph 10 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

11. Answering Paragraph 11 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

12.     Answering Paragraph 12 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

13.     Answering Paragraph 13 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny the allegations in this paragraph.

14.     Answering Paragraph 14 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

15.     Answering Paragraph 15 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

16.     Answering Paragraph 16 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

17.     Answering Paragraph 17 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

18.     Answering Paragraph 18 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

19.     Answering Paragraph 19 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph do not require a response.

20.     Answering Paragraph 20 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

21.     Answering Paragraph 21 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

22.     Answering Paragraph 22 of the Complaint, upon information and belief, WestPark states that it is without sufficient information to admit or deny the allegations in this paragraph but admits that the Court has jurisdiction over it.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

23.     Answering Paragraph 23 of the Complaint, upon information and belief, WestPark states that no response is required to the allegations in this paragraph but admits that venue is proper.

24.     Answering Paragraph 24 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

### PARTIES

25.     Answering Paragraph 25 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

26.     Answering Paragraph 26 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

27.     Answering Paragraph 27 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

28.     Answering Paragraph 28 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

29.     Answering Paragraph 29 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

30.     Answering Paragraph 30 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

31.     Answering Paragraph 31 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

32.     Answering Paragraph 32 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

33.     Answering Paragraph 33 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

34.     Answering Paragraph 34 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

35. Answering Paragraph 35 of the Complaint, upon information and belief, WestPark states that no response is required to the allegations in this paragraph.

36. Answering Paragraph 36 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

37. Answering Paragraph 37 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

38. Answering Paragraph 38 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

39. Answering Paragraph 39 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

40. Answering Paragraph 40 of the Complaint, upon information and belief, WestPark states that no response is required the allegations in this paragraph.

## SUBSTANTIVE ALLEGATIONS

41. Answering Paragraph 41 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

42. Answering Paragraph 42 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

43. Answering Paragraph 43 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

44. Answering Paragraph 44 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

45. Answering Paragraph 45 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

46. Answering Paragraph 46 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

47. Answering Paragraph 47 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

48. Answering Paragraph 48 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

49. Answering Paragraph 49 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

50. Answering Paragraph 50 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

51. Answering Paragraph 51 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

52. Answering Paragraph 52 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

53. Answering Paragraph 53 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

54. Answering Paragraph 54 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

55. Answering Paragraph 55 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

56. Answering Paragraph 56 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

57. Answering Paragraph 57 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

58.     Answering Paragraph 58 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

59.     Answering Paragraph 59 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

60.     Answering Paragraph 60 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

61.     Answering Paragraph 61 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

62.     Answering Paragraph 62 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

63.     Answering Paragraph 63 of the Complaint, upon information and belief, WestPark states that the document speaks for itself.

64.     Answering Paragraph 64 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

65.     Answering Paragraph 65 of the Complaint, upon information and belief, WestPark states that the document speaks for itself.

66.     Answering Paragraph 66 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

67.     Answering Paragraph 67 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

68.     Answering Paragraph 68 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

69.     Answering Paragraph 69 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

70.     Answering Paragraph 70 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

71.     Answering Paragraph 71 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

72.     Answering Paragraph 72 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

73.     Answering Paragraph 73 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

74.     Answering Paragraph 74 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

75.     Answering Paragraph 75 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

76.     Answering Paragraph 76 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

77.     Answering Paragraph 77 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

78.     Answering Paragraph 78 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

79.    Answering Paragraph 79 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

80.    Answering Paragraph 80 of the Complaint, upon information and belief, WestPark states that the document speaks for itself.

81.    Answering Paragraph 81 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

82.    Answering Paragraph 82 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

83.    Answering Paragraph 83 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

84.    Answering Paragraph 84 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

85.    Answering Paragraph 85 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

86.    Answering Paragraph 86 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

87.    Answering Paragraph 87 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

88.    Answering Paragraph 88 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

89.    Answering Paragraph 89 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

90.    Answering Paragraph 90 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

91.    Answering Paragraph 91 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

92.    Answering Paragraph 92 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

93.    Answering Paragraph 93 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

94.    Answering Paragraph 94 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

95.    Answering Paragraph 95 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

96.    Answering Paragraph 96 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

97.    Answering Paragraph 97 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

98.    Answering Paragraph 98 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

99.    Answering Paragraph 99 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

100.    Answering Paragraph 100 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

101.    Answering Paragraph 101 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

102.    Answering Paragraph 102 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

103.    Answering Paragraph 103 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

104.    Answering Paragraph 104 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

105.    Answering Paragraph 105 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

106.    Answering Paragraph 106 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

107.    Answering Paragraph 107 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

108. Answering Paragraph 108 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

109. Answering Paragraph 109 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

110. Answering Paragraph 110 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

111. Answering Paragraph 111 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

112. Answering Paragraph 95 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

113. Answering Paragraph 96 of the Complaint, upon information and belief, WestPark states that the document speaks for itself.

114. Answering Paragraph 97 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

115. Answering Paragraph 98 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

116. Answering Paragraph 99 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

117. Answering Paragraph 96 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

118. Answering Paragraph 97 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

119. Answering Paragraph 98 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

120. Answering Paragraph 96 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

121. Answering Paragraph 97 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

122. Answering Paragraph 98 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

123. Answering Paragraph 100 of the Complaint, upon information and belief, WestPark admits the allegations in this paragraph.

124. Answering Paragraph 101 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

125. Answering Paragraph 102 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

126. Answering Paragraph 103 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

127. Answering Paragraph 104 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

128. Answering Paragraph 105 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

129. Answering Paragraph 106 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

130. Answering Paragraph 107 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

131. Answering Paragraph 108 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

132. Answering Paragraph 109 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

133. Answering Paragraph 110 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

134. Answering Paragraph 111 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

135. Answering Paragraph 112 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

136. Answering Paragraph 113 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

137. Answering Paragraph 114 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

138. Answering Paragraph 115 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

139. Answering Paragraph 116 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

140. Answering Paragraph 117 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

141. Answering Paragraph 118 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

142. Answering Paragraph 119 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

143. Answering Paragraph 120 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

144.    Answering Paragraph 121 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

145.    Answering Paragraph 122 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

146.    Answering Paragraph 123 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

147.    Answering Paragraph 124 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

148.    Answering Paragraph 125 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

149.    Answering Paragraph 126 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

150.    Answering Paragraph 127 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

151.    Answering Paragraph 128 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

152.    Answering Paragraph 129 of the Complaint, upon information and belief, WestPark is without sufficient information to admit or deny to the allegations in this paragraph.

153.    Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

154.    Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

155.    Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

156.    Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

157. Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

158. Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

159. Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

160. Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

161. Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

162. Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

163. Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

164. Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

165. Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

166. Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

167. Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

168. Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

169. Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

170. Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

171.  Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

172.  Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

173.  Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

174.  Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

175.  Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

176.  Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

177.  Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

178.  Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

179.  Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

180.  Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

181.  Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

182.  Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

183.  Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

184.  Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

185.   Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph..

186.   Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

187.   Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

188.   Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

189.   Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

190.   Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

191.   Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

192.   Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

193.   Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

194.   Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

195.   Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

196.   Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

197.   Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

198.   Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

199.   Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

200.   Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

201.   Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

202.   Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

203.   Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

204.   Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

205.   Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

206.   Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

207.   Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

208.   Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

209.   Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

210.   Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

## PLAINTIFFS' CLASS ACTION ALLEGATIONS

211.   Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

212.   Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

213.   Answering Paragraph 130 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

214.   Answering Paragraph 131 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

215.   Answering Paragraph 132 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

216.   Answering Paragraph 133 of the Complaint, upon information and belief, WestPark denies the allegations in this paragraph.

**AFFIRMATIVE DEFENSES**

WestPark alleges the following affirmative defenses to the Complaint. In asserting these affirmative defenses, WestPark does not assume the burden to establish any fact or proposition where that burden is properly imposed on Plaintiffs:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State Cause of Action)**

Neither the Complaint nor any of the purported claims asserted therein allege facts sufficient to constitute a cause of action against WestPark.  Plaintiff's complaint fails to plead fraud against each of the defendants with the specificity required by Rule 9(b) of the Federal Rules of Civil Procedure for any claim against WestPark.

**SECOND AFFIRMATIVE DEFENSE**

**(Good Faith)**

Plaintiffs are not entitled to any recovery from WestPark because the company documents, filings and announcements quoted did not contain any untrue statement of material fact nor did they omit to state any material fact required to be stated or necessary to make the statements made not misleading.  WestPark acted

20
**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

diligently and reasonably and had a good faith belief in the truthfulness of each of the matters alleged in the Complaint to be inaccurate and further believed that there was no failure to state a material fact alleged in the complaint to be omitted.

## THIRD AFFIRMATIVE DEFENSE

### (No Proximate Causation)

Plaintiffs are not entitled to any recovery from WestPark because no act or omission of WestPark was the cause in fact or the proximate cause of any damage to plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

### (Negligence of Others)

If any damages were sustained by Plaintiffs, which WestPark deny, said damages were proximately caused by the negligence of Plaintiffs and/or third parties other than WestPark and the liability of all responsible parties, named or unnamed, should be apportioned according to their relative degrees of fault, and the liability of WestPark, if any, should be reduced accordingly and apportioned pursuant to California Civil Code sections 1431 through 1437.

## FIFTH AFFIRMATIVE DEFENSE

### (Bespoke Caution)

Plaintiffs and members of the plaintiff class purchased Yayyo shares with actual or constructive knowledge of the risks involved with respect to the allegations of trade secret theft and potential criminal liability of the defendants and assumed the risk that the value of such stock would decline if criminal charges were filed against defendants, as Avant! advised the investing public might occur.

## SIXTH AFFIRMATIVE DEFENSE

### (Market Vagaries)

Any increase or decrease in the market value of Plaintiffs' stock was the result of market or other factors and not the alleged wrongful conduct on the part of WestPark.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

## SEVENTH AFFIRMATIVE DEFENSE

### (No Scienter)

Plaintiffs fail to allege facts sufficient to prove scienter against WestPark.

## EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Plead Fraud with Specificity)

Plaintiffs fail to allege fraud against WestPark with the required specificity pursuant to Rule 9(b).

## NINTH AFFIRMATIVE DEFENSE

### (Equitable Defenses)

Plaintiffs' claims are barred by the doctrines of estoppel, waiver, and laches.

## TENTH AFFIRMATIVE DEFENSE

### (Intervening Acts)

If Plaintiffs were damaged, the damages were a direct and proximate result of the intervening and superseding conduct on the part of others, and not the conduct of WestPark.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Indemnification)

Co-Defendants are contractually obligated to indemnify WestPark for the claims made in the Complaint because they are based on prior misrepresentations by Plaintiffs.

## TWELFTH AFFIRMATIVE DEFENSE

### (Contribution)

Should WestPark be found liable to Plaintiffs, which liability is expressly denied, WestPark is entitled to have any award against it abated, reduced, or eliminated to the extent that the conduct, actions, omissions, negligence, or intentional acts of any persons, firms, corporations, or entities either wholly or partially caused or contributed to Plaintiffs' alleged damages, if any.

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

## TWELFTH AFFIRMATIVE DEFENSE

### (Additional Defenses)

WestPark alleges that all possible affirmative defenses may not have been alleged herein insofar as insufficient facts were not available after reasonable inquiry upon the filing of this Statement of Answer.  Accordingly, WestPark reserve the right to amend their Statement of Answer to supplement and allege additional affirmative defenses if subsequent investigation so warrants.

## PRAYER

**WHEREFORE**, WestPark pray for judgment or relief against Plaintiffs. as follows:

1. That the claims against WestPark be dismissed, with prejudice, and that the WestPark take nothing;

2. That WestPark be awarded their attorney's fees, costs, and disbursements incurred in defending this matter; and

3. For such other and further relief, including declaratory, equitable relief, and damages, as this Court deems just and proper.

Dated:  March 1, 2021                    **JULIE E. KAMPS, ESQ.**

                                By:    _/s/ Julie E. Kamps_____

                                Julie E. Kamps, Esq.
                                Attorney for Defendant
                                Westpark Capital, Inc.

---

23

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/ *Mark Poliner*_____
Mark Poliner

**ANSWER TO FIRST AMENDED COMPLAINT, UPON INFORMATION AND BELIEF**