NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
RICHARDS CARRINGTON
George B. Newhouse, Jr.
george@richardscarrington.com
545 S. Figueroa St., 7th FL
Los Angeles, CA 90021
Tel. 213.348.9016
Fax. 213.348.9017

ATTORNEY(S) FOR: YayYo, Inc., Ramy El-Batrawi et al

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IN RE YAYYO, INC. SECURITIES LITIGATION<br><br>Plaintiff(s),<br>v.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:20-cv-08235-SVW (AFMx)<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
| --- | --- |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                              YayYo, Inc., Ramy El-Batrawi et al
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Bernard Bednarz | Plaintiff |
| William Koch | Plaintiff |
| YayYo, Inc. | Defendant |
| Rideshare Rental, Inc. | Subsidiary of EVmo |
| Evmo, Inc. | Successor corp. to YayYo, Inc. |
| Kevin F. Pickard | Defendant, Director of YayYo |
| Jeffrey J. Guzy | Defendant, Director of YayYo |
| Douglas Mox | Defendant, Director of YayYo |
| Christopher Miglino | Defendant, Director of YayYo |
| Jonathan Rosen | Defendant, Former CEO of YayYo |
| John P. O'Neill | Defendant, Director of YayYo |
| Paul Richter, Steven Sanchez & Harbant Sidhu | Defendants, Director sof YayYo |

March 3, 2021                              /s/ George B. Newhouse, Jr.
Date                                          Signature

Attorney of record for (or name of party appearing in pro per):

George B. Newhouse, Jr.

CV-30 (05/13)                          NOTICE OF INTERESTED PARTIES