UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE YAYYO, INC. SECURITIES LITIGATION

Case No. 2:20-cv-08235-SVW-AFM

**ORDER ON A 30-DAY ADJOURNMENT OF CURRENT DEADLINES**

The Court having considered the Joint Stipulation Seeking a 30-Day Adjournment of Current Deadlines submitted by Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively "Plaintiffs") and Defendants YayYo, Inc., Rideshare Rental, Inc., Ramy Elbarawi, Kevin F. Pickard, Jeffrey J. Guzy, Christopher Miglino, Harbant S. Sidhu and Paul Richter (the "YayYo Defendants"), Aegis Capital Corp., and WestPark Capital, Inc. (collectively, "Defendants"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Any currently scheduled court deadlines should be adjourned for 30 days.

2. Any party may file an additional application for stay, on consent, if the parties agree to terms on an early mediation within 30 days of this agreement.

3. The Answer by the YayYo Defendants will be considered timely.

-1-   Case No. 2:20-cv-08235-SVW-AFM
[PROPOSED] ORDER ON A 30-DAY ADJOURNMENT OF CURRENT DEADLINES

**4.**     The Court, acting *sua sponte* or upon application by the parties, may modify this order at any time as justice requires.

**IT IS SO ORDERED this __4th__ day of _____March_____, 2021**


_____

**HONORABLE STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**

Submitted by:

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*