**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## CENTRAL OF CALIFORNIA

IN RE YAYYO, INC. SECURITIES LITIGATION

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:20-cv-08235-SVW-AFM

**DECLARATION OF CARA DAVID IN SUPPORT OF AN ADJOURNMENT OF CURRENT DEADLINES PENDING EARLY MEDIATION**

DECLARATION OF CARA DAVID IN SUPPORT OF AN ADJOURNMENT OF CURRENT DEADLINES PENDING EARLY MEDIATION                                Case No. 2:20-cv-08235-SVW-AFM

I, Cara David, hereby declare as follows:

1.     I am Of Counsel at the law firm of Pomerantz LLP ("Pomerantz"), counsel for Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively "Plaintiffs"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the instant application, upon joint stipulation, for an adjournment of the current deadlines in the above-captioned action.

2.     On January 8, 2021, the Court entered an Order (ECF No. 37) setting the following schedule for the above-captioned action: "Plaintiffs' Amended Complaint should be filed no later than February 8, 2021. Defendants' answers or motions to dismiss are due on March 1, 2021. Should Defendants file a motion to dismiss, Plaintiff,s opposition will be due March 12, 2021. Defendants' reply will be due March 19, 2021."

3.     On February 8, 2021, Plaintiffs filed an Amended Complaint (ECF No. 46) in accordance with that Order.

4.     On Friday, February 19, 2021, Pomerantz's Managing Partner, Jeremy Lieberman, and I had a call with counsel for YayYo (as defined in the Amended Complaint, ECF No. 46) and certain individual defendants (the "YayYo Defendants") about a possible stay while the parties participated in an early mediation.  The proposed mediation included counsel for a state securities action

DECLARATION OF CARA DAVID IN SUPPORT OF AN ADJOURNMENT OF CURRENT DEADLINES PENDING EARLY MEDIATION                                   Case No.  2:20-cv-08235-SVW-AFM

and a federal derivative action, necessitating that multiple parties in multiple actions be on board with any decisions made pertaining to the mediation.

5. On March 1, 2021, Defendant Westpark Capital, Inc. filed an Answer to the Amended Complaint (ECF No. 48) and Defendant Aegis Capital Corp. ("Aegis") filed a Motion to Dismiss the Amended Complaint (ECF No. 49).

6. The YayYo Defendants did not respond to the Amended Complaint on March 1, 2021; however, the YayYo Defendants filed an Answer to the Amended Complaint on March 3, 2021 (ECF No. 53).

7. Additionally, on March 3, 2021, when the parties in all the actions had not yet agreed to the terms of a mediation, Plaintiffs applied to this Court, with accompanying joint stipulation, for a 30-day adjournment of the scheduled deadlines.

8. On March 4, 2021, the Court ordered that 30-day adjournment (ECF No. 34). That adjournment has since lapsed on April 3, 2021.

9. After an exchange of mediators and dates, the parties in all the aforementioned actions agreed to a mediation to take place virtually in front of Mediator Michelle Yoshida, of Phillips ADR, on April 29, 2021.

10. Over the last week, the parties have discussed how to proceed with the litigation prior to the mediation. If the court deadlines were to stand, Plaintiffs and Defendant Aegis would have to fully brief Defendant Aegis' Motion to Dismiss

DECLARATION OF CARA DAVID IN SUPPORT OF AN ADJOURNMENT OF CURRENT DEADLINES
PENDING EARLY MEDIATION                                    Case No. 2:20-cv-08235-SVW-AFM

prior to the scheduled mediation.  Additionally, Plaintiffs would have to schedule Rule 26(f) conferences with the other Defendants.

11.    All parties believe a further adjournment of the court deadlines is in the interest of judicial economy and the interests of the classes represented in our action.  This adjournment would benefit the mediation process and increase the likelihood that a settlement can be reached in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 7, 2021, at New York, New York.

/s/ Cara David
Cara David

3

CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Cara David
Cara David

4