UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE YAYYO, INC. SECURITIES LITIGATION

Case No. 2:20-cv-08235-SVW-AFM

**ORDER ON AN ADJOURNMENT OF CURRENT DEADLINES PENDING EARLY MEDIATION**

The Court having considered the Joint Stipulation Seeking an Adjournment of Current Deadlines submitted by Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively "Plaintiffs") and Defendants YayYo, Inc., Rideshare Rental, Inc., Ramy Elbarawi, Kevin F. Pickard, Jeffrey J. Guzy, Christopher Miglino, Harbant S. Sidhu, Paul Richter and Jonathan Rosen (the "YayYo Defendants"), Aegis Capital Corp. ("Aegis"), and WestPark Capital, Inc. (collectively, "Defendants"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.     Any currently scheduled Court deadlines will be adjourned in light of the scheduled early mediation in this matter.

2.     Plaintiffs' counsel will submit an affidavit updating the Court as to the results of the mediation on or before May 13, 2021.

3.     If mediation proves unsuccessful in resolving the claims between the Parties, Plaintiffs will file their opposition to Defendant Aegis' Motion to Dismiss

-1-

Case No. 2:20-cv-08235-SVW-AFM

[PROPOSED] ORDER ON AN ADJOURNMENT OF CURRENT DEADLINES

on May 17, 2021. Defendant Aegis will file its reply on May 31, 2021. Plaintiffs will promptly schedule Rule 26(f) conferences with the remaining Defendants and proceed expeditiously with the litigation.

4. The Court, acting *sua sponte* or upon application by the parties, may modify this order at any time as justice requires.

**IT IS SO ORDERED this** __8th__ **day of** _____April_____ **, 2021**

_____

**HONORABLE STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**