UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

- - -

HONORABLE STEVEN V. WILSON,
UNITED STATES DISTRICT JUDGE PRESIDING

- - -

JASON HAMLIN, et al.,                    )
                                         )   CERTIFIED COPY
            PLAINTIFFS,                   )
                                         )
VS.                                      )   CV 20-8235 SVW
                                         )
                                         )
YAYYO, INCORPORATED, et                  )
al.,                                     )
                                         )
                                         )
            DEFENDANTS.                   )
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS
MONDAY, NOVEMBER 2, 2020
A.M. SESSION
LOS ANGELES, CALIFORNIA


SHERI S. KLEEGER, CSR 10340
FEDERAL OFFICIAL COURT REPORTER
312 NORTH SPRING STREET, ROOM 402
LOS ANGELES, CALIFORNIA 90012
PH:   (213)894-6604

APPEARANCES OF COUNSEL:

ON BEHALF OF PLAINTIFF:
        ROSEN LAW FIRM
        BY:  PHILLIP KIM, ESQUIRE
        275 Madison Avenue 40th Floor
        New York, NY 10016


        POMERANTZ, LLP
        BY:  ALEXANDER HOOD, ESQUIRE
        1100 Glendon Avenue 15th Floor
        Los Angeles, CA 90024


ON BEHALF OF DEFENDANT:

        RICHARDS CARRINGTON LLC
        BY:  GEORGE B. NEWHOUSE, JR., ESQUIRE
        545 South Figueroa Street, 7th Floor
        Los Angeles, CA 90017

LOS ANGELES, CALIFORNIA; NOVEMBER 2, 2020

A.M. SESSION

- - -

THE CLERK:  We are here before the Honorable Stephen V. Wilson, in civil matter 20-8235-SVW.  Jason Hamlin versus YayYo, Incorporated, et al.

And civil 20-8591-SVW.  William Koch versus YayYo, Incorporated, et al.

Counsel, please state your appearances.

MR. KIM:  Good afternoon, Your Honor. Phillip Kim, Rosen Law Firm, for plaintiff Jason Hamlin.

(Unreportable cross-talk.)

MR. HOOD:  Alexander Hood; Pomerantz, LLP, on behalf of plaintiff William Koch.

MR. NEWHOUSE:  Good afternoon, Your Honor. George Newhouse on behalf of a number of defendants, including:  YayYo Inc., Ramy El-Batrawi, Kevin Pickard, Jeffrey Guzy, Harbant Sidhu and Paul Richter.

Those are my clients, Your Honor.

THE COURT:  This is a --

MR. RAMALLO:  Good afternoon, Your Honor. I'm sorry.  Oscar Ramallo for defendant Aegis Capital Corp.

THE COURT:  This is a status conference.  It

has to be conducted pursuant to telephone because of the circumstances.

I'm interested in getting a brief description from the plaintiffs of what the principal allegation of securities fraud is here.

MR. KIM: Yes, Your Honor. This is Phillip Kim; Rosen Law Firm, for plaintiff Hamlin.

Both these cases revolve around the YayYo's initial public offering. Claims are brought under the Securities Act though they're not fraud claims.

And the allegation is is that in connection with YayYo's initial public offering, they failed to disclose defendant El-Batrawi's continued control and influence within the company.

They failed to disclose that IPO proceeds would be used for, among other things, to re-buy the shares from the company's creditors following the IPO; and that the company misstated certain receivables it had with large vendors at the time of the IPO.

And as a result, both cases allege that the registration statement issued in connection with the IPO contained inaccurate material statements of fact.

That's essentially what the cases are about.

THE COURT: When did the -- did the stock drop at any particular time? Or is it a case about the

offering price, not -- it being below what it was supposed to be?  We should get the idea.  I would like to know -- in other words, did there come a time, a specific time when some of or all of those allegations of fraud became known to the plaintiff?

MR. KIM:  Yes, Your Honor.  The truth slowly entered the market through partial disclosures, beginning in January of 2020.

This is Phillip Kim, by the way.  Sorry.  I know the court reporter had requested.

So the truth began -- or details of the truth began to enter the market of January 2020.  There were various other disclosures thereafter in February and continuing basically through the filing of the case, where the stock price went from the IPO price of $4 a share and hit a low of 40 cents per share.

So there were various disclosures that are identified in the complaint.

THE COURT:  What is the price of it right now?

MR. KIM:  The price of the stock -- I can just bring that up, Your Honor.

Right now the stock is 26 cents per share.

THE COURT:  How much?

MR. KIM:  26 cents per share, Your Honor.

The IPO price was $4 a share.

THE COURT:  What was the price when the case was filed?

MR. KIM:  It will take me a second to bring it up.  I'm sorry.

Your Honor, this is Phillip Kim.  It was 27 cents per share.

THE COURT:  And Mr. Newhouse, how do you see the case?

MR. NEWHOUSE:  Your Honor, George Newhouse.  Good afternoon, again.

Your Honor, obviously the price of the stock dropped.  It did not drop because of any misrepresentation or omissions in the offering documents.

Essentially what happened was there was a management struggle at the company beginning in January.  So the plaintiff's counsel is right about that.

And the person who had organized, founded the company, had been a CEO for a number of years, Ramy El-Batrawi, was unhappy with Mr. Rosen, who's one of the defendants, his stewardship of the company.  And he basically assisted in Rosen's being terminated from the company.  And all -- of course, these possibilities were all freely and amply disclosed in the offering

documents.

Mr. El-Batrawi was not supposed to be involved in the direct management of the company. That had been for some reason a requirement imposed by NASDAQ when they approved the listing. The IPO went out under NASDAQ.

And when Mr. El-Batrawi became more involved, a lawsuit was filed by Mr. Rosen. Apparently NASDAQ was notified of this, and NASDAQ basically gave the company a Hobson's choice, effectively delisting with NASDAQ or NASDAQ said, We will delist you because we are not happy with the nature of those representations.

These are all events, Your Honor, occurring after the IPO. Everything in the IPO was adequately disclosed.

When NASDAQ -- when they gave us that from NASDAQ, obviously that had a dramatic impact on (audio interruption) that no one would have -- or could have foreseen at the time of the IPO in, I think November 2019, the --

THE COURT: Why couldn't it have been -- in other words, it wasn't foreseeable that when -- I forget the officer's name. It was with a B.

What was his name again?

MR. NEWHOUSE: El-Batrawi, E-l, hyphen, B-a-t-r-a-w-i.

El-Batrawi is the -- he was the founder and had been the CEO.

THE COURT: Was it stated in the IPO that El-Batrawi was not supposed to be involved in the management of the company?

MR. NEWHOUSE: I'm not a hundred percent sure exactly how it was described. But I believe that it was indicated in the offering documents that he had stepped aside. He had sold all but 10 percent of his stock. And that he had no longer direct management. That's what Mr. Rosen and other people were doing.

And, of course, our contention -- yes.

THE COURT: There must have been some history, because you said, As a condition of going public that El-Batrawi couldn't be involved in the management of the company. Right?

MR. NEWHOUSE: That's true. That's true, Your Honor. I believe that was -- sorry.

THE COURT: Go ahead.

MR. NEWHOUSE: I would just say that arrangement was, I believe -- I don't have the IPO documents in front of me. But I believe that that arrangement was fully disclosed in the offering

materials.

That El-Batrawi was not going to be involved in the management.  That he had sold all but 10 percent of his stock.  He was no longer the CEO.  Wasn't going to serve on the board of directors and all of that.

THE COURT:  Had he sold 10 percent?

MR. NEWHOUSE:  Yes.  Yes, he did.

THE COURT:  So when he, as you put it, was the part of the group -- or maybe he was spearheading it to remove Rosen, after removing Rosen, did El-Batrawi become involved in the operations of the company?

MR. NEWHOUSE:  Yes.  The board was reorganized.  A number of the members of the board of directors resigned or were replaced by a new -- and they elected Mr. El-Batrawi to become the CEO.  Not something that had been foreseen.  But I think in February of 2020 he became the CEO.  He remains the CEO today.

THE COURT:  When that happened -- wouldn't El-Batrawi anticipate that that would cause a problem with NASDAQ?

MR. NEWHOUSE:  Well, he would.  But NASDAQ acted first.  NASDAQ acted to cause the company to have to elect to delist because of, we believe, incorrect and unfair allegations that El-Batrawi was still involved in running the company which he was not.  There was a

lawsuit filed.

THE COURT: Are you saying that before Rosen was removed and before El-Batrawi became the CEO, NASDAQ initiated the delisting?

MR. NEWHOUSE: Yes.

THE COURT: I got lost a little bit in chronology. When did the company go public; what month of the year?

MR. NEWHOUSE: November 2019 was the IPO.

THE COURT: So the removal of Rosen wasn't until when? January?

MR. NEWHOUSE: Late January 2020 Rosen was removed.

THE COURT: Sounds like it was just a couple of months, right?

MR. NEWHOUSE: Your calendar is correct. It was three months and Rosen was out.

THE COURT: And in the period between the IPO and Rosen being removed, plaintiff says there was some statement in the offering materials that the company was going to use the funds to buy back its shares from creditors.

Did the company do that in a period of time?

MR. NEWHOUSE: Your Honor, I don't know the answer to that question. I know that is an allegation.

I don't know that we have plumbed fully that so that I can respond to the Court on that one.

THE COURT REPORTER:  I'm sorry, who's speaking?

MR. NEWHOUSE:  I'm sorry, George Newhouse, Your Honor.  I'm sorry for the court reporter.

THE COURT:  Okay.  So that gives me at least some overview of the case.  Enough for the purpose of the status conference.

And so the cases were consolidated.  There has to be a lead plaintiff appointed, correct?

MR. KIM:  Your Honor, this is Phillip Kim.

I don't know if the cases were consolidated. I know there was a stipulation that was filed.  I haven't looked at the docket.

THE COURT:  Okay.  I will consolidate them. So isn't it the next step to get a lead plaintiff appointed?

MR. KIM:  Phillip Kim again, Your Honor.

Yes, the lead plaintiff deadline is November 9th.  So we anticipate -- we intend to make a motion.  I'm sure others will as well.

THE COURT:  So I can anticipate motions -- competing motions or who will be lead plaintiff?

MR. KIM:  That is correct.

This is Phillip Kim again.  Yes.

THE COURT:  That will be calendared probably sometime in November.

MR. KIM:  That's correct, Your Honor.

Phillip Kim again.

THE COURT:  And what motions, if any, does the plaintiff anticipate?

MR. KIM:  Phillip Kim again.

Your Honor, I anticipate that following the appointment of lead plaintiff, the stipulation that was filed anticipated the filing of a consolidated complaint by the lead plaintiff, whomever that may be.  And we anticipate defendants would file a motion to dismiss in response to that consolidated amended complaint.

And then, of course, if the case were to get through the pleading stages, plaintiff's anticipate filing for class certification motion.  And thereafter, I'm sure, defendants would -- I can't speak for them, but I would just assume they file a summary judgment motion sometime thereafter.

THE COURT:  Would you be thinking of filing a summary judgment motion?

MR. KIM:  I think if we had a basis for it -- this is Phillip Kim.

If we had a basis for it, we certainly

would.

THE COURT:  The way you describe the case, I mean, your description at this point is that the IPO didn't allow El-Batrawi to be operating the company, that was a condition set by NASDAQ.

And did NASDAQ delist the company from your perspective after Rosen was removed or before?

MR. KIM:  Well, we looked at it as it was a consequence of El-Batrawi improperly exerting his control at the time of the IPO.  So we think there's causation there.

So as to the specific timing, I don't have that in front of me.

THE COURT:  I'm getting too far into the weeds here.  Because we haven't really gotten to talk about substantive matters.

All right, then.  I'll just -- this is just a status conference call.  I'll just await the competing motions for lead plaintiff.

And as you said, they consolidate the complaint and so -- all right.  That will handle --

THE CLERK:  Your Honor, this is Paul your courtroom deputy.  Is the lead case the lower number case 8235?

THE COURT:  The lower number case 8235,

that's right.

THE CLERK:  And --

THE COURT:  The higher number is 85910.

THE CLERK:  Will that be administratively closed, Your Honor?

THE COURT:  Well, I mean, that's the process when you consolidate the cases.

THE CLERK:  Yes, Your Honor.

THE COURT:  Yeah.  That is right.

THE CLERK:  And all the parties who had made appearances in the higher number case should now make appearances in the lead case, correct?

THE COURT:  Yes.

THE CLERK:  And all filings should be made in the lead case?

THE COURT:  Yes.

THE CLERK:  Thank you, Your Honor.

THE COURT:  Okay.

MR. NEWHOUSE:  Your Honor, may I interrupt?  This is George Newhouse.

There's one other matter.  I don't know that we need to take it up today, but I wanted to alert the Court that this is going on.

There is another case in state court that's actually at the moment in complex civil.  In fact, Your

Honor, they may be very close to Your Honor's former courtroom.  And that case is a virtual identical, it's almost a copycat of the two complaints that you have before you, which obviously are all extremely similar.

And we have a status conference in that case on November 13th.  And I anticipate the parties may be asking the state court judge to stay that matter in light of the fact that Your Honor has the federal securities cases which, again, are identical.  They purport to represent the same class, the plaintiffs. The facts and allegations are almost word for word identical.  And I just wanted to alert the Court that that matter is out there.

THE COURT:  Okay.  One other thing, how much money was raised in the offering?

MR. RAMALLO:  Approximately $4 million.

THE COURT:  How many investors were there?

MR. NEWHOUSE:  This is George Newhouse.  I apologize again.

I don't know that we have pinned down the number of investors.

THE COURT:  Do the plaintiffs have any idea of how many investors there were?

MR. KIM:  Your Honor, Phillip Kim.

Likely hundreds, several hundreds.  I mean,

just based on the number of calls we received.

But we don't have any precision at this point without any discovery.

THE COURT: I see. All right. We will reconvene at the time of the hearing on the appointment of lead plaintiff. All right. Thank you.

MR. NEWHOUSE: Thank you, Your Honor.

MR. KIM: Thank you.

MR. NEWHOUSE: Thank you, Your Honor.

(PROCEEDINGS CONCLUDED.)

CERTIFICATE OF REPORTER

COUNTY OF LOS ANGELES       )

                            )   SS.

STATE OF CALIFORNIA          )

I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATE:  MAY 10, 2021

/S/_____

SHERI S. KLEEGER, CSR

FEDERAL OFFICIAL COURT REPORTER



1

| / | 8 | 12:11 | calendar [1] - 10:16 | 12:11, 12:14, 13:21 |
|---|---|---|---|---|
| **/S** [1] - 17:16 | **8235** [2] - 13:24, 13:25 | **apologize** [1] - 15:19<br>**APPEARANCES** [1] - 2:3 | **calendared** [1] - 12:2<br>**CALIFORNIA** [6] - 1:2, 1:17, 1:23, 3:1, 17:1, 17:5 | **complaints** [1] - 15:3<br>**complex** [1] - 14:25<br>**CONCLUDED** [1] - 16:10 |

**/**

**/S** [1] - 17:16

**1**

**10** [4] - 8:11, 9:3, 9:6, 17:14
**10016** [1] - 2:6
**10340** [1] - 1:21
**1100** [1] - 2:8
**13th** [1] - 15:6
**15th** [1] - 2:8

**2**

**2** [2] - 1:16, 3:1
**20-8235** [1] - 1:8
**20-8235-SVW** [1] - 3:6
**20-8591-SVW** [1] - 3:8
**2019** [2] - 7:21, 10:9
**2020** [6] - 1:16, 3:1, 5:8, 5:12, 9:16, 10:12
**2021** [1] - 17:14
**213)894-6604** [1] - 1:23
**26** [2] - 5:23, 5:25
**27** [1] - 6:6
**275** [1] - 2:5
**28** [1] - 17:6

**3**

**312** [1] - 1:22

**4**

**4** [3] - 5:15, 6:1, 15:16
**40** [1] - 5:16
**402** [1] - 1:22
**40th** [1] - 2:5

**5**

**545** [1] - 2:12

**7**

**753** [1] - 17:6
**7th** [1] - 2:12

**8**

**8235** [2] - 13:24, 13:25
**85910** [1] - 14:3

**9**

**90012** [1] - 1:23
**90017** [1] - 2:13
**90024** [1] - 2:9
**9th** [1] - 11:21

**A**

**A.M** [2] - 1:16, 3:2
**ABOVE** [1] - 17:9
**ABOVE-ENTITLED** [1] - 17:9
**Act** [1] - 4:10
**acted** [2] - 9:22
**adequately** [1] - 7:15
**administratively** [1] - 14:4
**Aegis** [1] - 3:23
**afternoon** [4] - 3:11, 3:16, 3:22, 6:11
**ahead** [1] - 8:21
**al** [3] - 1:10, 3:7, 3:9
**alert** [2] - 14:22, 15:12
**ALEXANDER** [1] - 2:8
**Alexander** [1] - 3:14
**allegation** [3] - 4:5, 4:11, 10:25
**allegations** [3] - 5:4, 9:24, 15:11
**allege** [1] - 4:20
**allow** [1] - 13:4
**almost** [2] - 15:3, 15:11
**amended** [1] - 12:14
**AMERICA** [1] - 1:1
**amply** [1] - 6:25
**AND** [3] - 17:3, 17:7, 17:9
**Angeles** [2] - 2:9, 2:13
**ANGELES** [4] - 1:17, 1:23, 3:1, 16:24
**answer** [1] - 10:25
**anticipate** [8] - 9:19, 11:21, 11:23, 12:7, 12:9, 12:13, 12:16, 15:6
**anticipated** [1] -

12:11
**apologize** [1] - 15:19
**APPEARANCES** [1] - 2:3
**appearances** [3] - 3:10, 14:11, 14:12
**appointed** [2] - 11:11, 11:18
**appointment** [2] - 12:10, 16:5
**approved** [1] - 7:5
**arrangement** [2] - 8:23, 8:25
**aside** [1] - 8:11
**assisted** [1] - 6:23
**assume** [1] - 12:19
**audio** [1] - 7:18
**Avenue** [2] - 2:5, 2:8
**await** [1] - 13:18

**B**

**B-a-t-r-a-w-i** [1] - 8:2
**based** [1] - 16:1
**basis** [2] - 12:23, 12:25
**Batrawi** [16] - 3:18, 6:21, 7:2, 7:7, 8:1, 8:3, 8:6, 8:17, 9:2, 9:10, 9:15, 9:19, 9:24, 10:3, 13:4, 13:9
**Batrawi's** [1] - 4:13
**became** [4] - 5:5, 7:7, 9:17, 10:3
**become** [2] - 9:11, 9:15
**began** [2] - 5:11, 5:12
**beginning** [2] - 5:8, 6:17
**behalf** [2] - 3:15, 3:17
**BEHALF** [2] - 2:4, 2:10
**below** [1] - 5:1
**between** [1] - 10:18
**bit** [1] - 10:6
**board** [3] - 9:5, 9:12, 9:13
**brief** [1] - 4:3
**bring** [2] - 5:22, 6:4
**brought** [1] - 4:9
**buy** [2] - 4:16, 10:21
**BY** [3] - 2:5, 2:8, 2:12

**C**

**CA** [2] - 2:9, 2:13

calendar [1] - 10:16
**calendared** [1] - 12:2
**CALIFORNIA** [6] - 1:2, 1:17, 1:23, 3:1, 17:1, 17:5
**Capital** [1] - 3:23
**CARRINGTON** [1] - 2:11
**case** [16] - 4:25, 5:14, 6:2, 6:9, 11:8, 12:15, 13:2, 13:23, 13:24, 13:25, 14:11, 14:12, 14:15, 14:24, 15:2, 15:5
**cases** [7] - 4:8, 4:20, 4:23, 11:10, 11:13, 14:7, 15:9
**causation** [1] - 13:11
**CENTRAL** [2] - 1:2, 17:4
**cents** [4] - 5:16, 5:23, 5:25, 6:7
**CEO** [7] - 6:20, 8:4, 9:4, 9:15, 9:17, 10:3
**certain** [1] - 4:18
**certainly** [1] - 12:25
**CERTIFICATE** [1] - 16:22
**certification** [1] - 12:17
**CERTIFIED** [1] - 1:7
**CERTIFY** [1] - 17:5
**choice** [1] - 7:10
**chronology** [1] - 10:7
**circumstances** [1] - 4:2
**civil** [3] - 3:6, 3:8, 14:25
**claims** [2] - 4:9, 4:10
**class** [2] - 12:17, 15:10
**CLERK** [8] - 3:5, 13:22, 14:2, 14:4, 14:8, 14:10, 14:14, 14:17
**clients** [1] - 3:20
**close** [1] - 15:1
**closed** [1] - 14:5
**CODE** [1] - 17:6
**company** [18] - 4:14, 4:18, 6:17, 6:20, 6:22, 6:24, 7:3, 7:10, 8:7, 8:18, 9:11, 9:22, 9:25, 10:7, 10:21, 10:23, 13:4, 13:6
**company's** [1] - 4:17
**competing** [2] - 11:24, 13:18
**complaint** [4] - 5:18,

12:11, 12:14, 13:21
**complaints** [1] - 15:3
**complex** [1] - 14:25
**CONCLUDED** [1] - 16:10
**condition** [2] - 8:16, 13:5
**conducted** [1] - 4:1
**CONFERENCE** [1] - 17:11
**conference** [4] - 3:25, 11:9, 13:18, 15:5
**CONFORMANCE** [1] - 17:10
**connection** [2] - 4:11, 4:21
**consequence** [1] - 13:9
**consolidate** [3] - 11:16, 13:20, 14:7
**consolidated** [4] - 11:10, 11:13, 12:11, 12:14
**contained** [1] - 4:22
**contention** [1] - 8:14
**continued** [1] - 4:13
**continuing** [1] - 5:14
**control** [2] - 4:13, 13:10
**COPY** [1] - 1:7
**copycat** [1] - 15:3
**Corp** [1] - 3:24
**CORRECT** [1] - 17:7
**correct** [5] - 10:16, 11:11, 11:25, 12:4, 14:12
**Counsel** [1] - 3:10
**COUNSEL** [1] - 2:3
**counsel** [1] - 6:18
**COUNTY** [1] - 16:24
**couple** [1] - 10:14
**course** [3] - 6:24, 8:14, 12:15
**COURT** [44] - 1:1, 1:22, 3:21, 3:25, 4:24, 5:19, 5:24, 6:2, 6:8, 7:22, 8:5, 8:15, 8:21, 9:6, 9:8, 9:18, 10:2, 10:6, 10:10, 10:14, 10:18, 11:3, 11:7, 11:16, 11:23, 12:2, 12:6, 12:21, 13:2, 13:14, 13:25, 14:3, 14:6, 14:9, 14:13, 14:16, 14:18, 15:14, 15:17, 15:22, 16:4, 17:3, 17:4, 17:18
**court** [4] - 5:10, 11:6, 14:24, 15:7

**Court** [3] - 11:2, 14:23, 15:12
**courtroom** [2] - 13:23, 15:2
**creditors** [2] - 4:17, 10:22
**cross** [1] - 3:13
**cross-talk** [1] - 3:13
**CSR** [2] - 1:21, 17:17
**CV** [1] - 1:8

**D**

**DATE** [1] - 17:14
**deadline** [1] - 11:20
**DEFENDANT** [1] - 2:10
**defendant** [2] - 3:23, 4:13
**DEFENDANTS** [1] - 1:11
**defendants** [4] - 3:17, 6:22, 12:13, 12:18
**delist** [3] - 7:11, 9:23, 13:6
**delisting** [2] - 7:10, 10:4
**deputy** [1] - 13:23
**describe** [1] - 13:2
**described** [1] - 8:9
**description** [2] - 4:4, 13:3
**details** [1] - 5:11
**direct** [2] - 7:3, 8:12
**directors** [2] - 9:5, 9:14
**disclose** [2] - 4:13, 4:15
**disclosed** [3] - 6:25, 7:16, 8:25
**disclosures** [3] - 5:7, 5:13, 5:17
**discovery** [1] - 16:3
**dismiss** [1] - 12:13
**DISTRICT** [5] - 1:1, 1:2, 1:4, 17:4, 17:5
**DIVISION** [1] - 1:2
**DO** [1] - 17:5
**docket** [1] - 11:15
**documents** [4] - 6:15, 7:1, 8:10, 8:24
**down** [1] - 15:20
**dramatic** [1] - 7:18
**drop** [2] - 4:25, 6:13
**dropped** [1] - 6:13

**E**

**effectively** [1] - 7:10
**El** [17] - 3:18, 4:13, 6:21, 7:2, 7:7, 8:1, 8:3, 8:6, 8:17, 9:2, 9:10, 9:15, 9:19, 9:24, 10:3, 13:4, 13:9
**EL** [1] - 8:1
**El-Batrawi** [16] - 3:18, 6:21, 7:2, 7:7, 8:1, 8:3, 8:6, 8:17, 9:2, 9:10, 9:15, 9:19, 9:24, 10:3, 13:4, 13:9
**El-Batrawi's** [1] - 4:13
**elect** [1] - 9:23
**elected** [1] - 9:15
**enter** [1] - 5:12
**entered** [1] - 5:7
**ENTITLED** [1] - 17:9
**ESQUIRE** [3] - 2:5, 2:8, 2:12
**essentially** [2] - 4:23, 6:16
**et** [3] - 1:9, 3:7, 3:9
**events** [1] - 7:14
**exactly** [1] - 8:9
**exerting** [1] - 13:9
**extremely** [1] - 15:4

**F**

**fact** [3] - 4:22, 14:25, 15:8
**facts** [1] - 15:11
**failed** [2] - 4:12, 4:15
**far** [1] - 13:14
**February** [2] - 5:13, 9:16
**FEDERAL** [2] - 1:22, 17:18
**federal** [1] - 15:8
**Figueroa** [1] - 2:12
**file** [2] - 12:13, 12:19
**filed** [5] - 6:3, 7:8, 10:1, 11:14, 12:11
**filing** [4] - 5:14, 12:11, 12:17, 12:21
**filings** [1] - 14:14
**FIRM** [1] - 2:4
**Firm** [2] - 3:12, 4:7
**first** [1] - 9:22
**Floor** [3] - 2:5, 2:8, 2:12
**following** [2] - 4:17, 12:9
**FOR** [2] - 17:3, 17:4

**FOREGOING** [1] - 17:7
**foreseeable** [1] - 7:23
**foreseen** [2] - 7:20, 9:16
**forget** [1] - 7:23
**FORMAT** [1] - 17:10
**former** [1] - 15:1
**founded** [1] - 6:19
**founder** [1] - 8:3
**fraud** [3] - 4:5, 4:10, 5:5
**freely** [1] - 6:25
**front** [2] - 8:24, 13:13
**fully** [2] - 8:25, 11:1
**funds** [1] - 10:21

**G**

**GEORGE** [1] - 2:12
**George** [5] - 3:17, 6:10, 11:5, 14:20, 15:18
**Glendon** [1] - 2:8
**group** [1] - 9:9
**Guzy** [1] - 3:19

**H**

**Hamlin** [3] - 3:7, 3:12, 4:7
**HAMLIN** [1] - 1:6
**handle** [1] - 13:21
**happy** [1] - 7:12
**Harbant** [1] - 3:19
**hearing** [1] - 16:5
**HELD** [1] - 17:8
**HEREBY** [1] - 17:5
**higher** [2] - 14:3, 14:11
**history** [1] - 8:16
**hit** [1] - 5:16
**Hobson's** [1] - 7:10
**Honor** [29] - 3:11, 3:16, 3:20, 3:22, 4:6, 5:6, 5:22, 5:25, 6:6, 6:10, 6:12, 7:14, 8:20, 10:24, 11:6, 11:12, 11:19, 12:4, 12:9, 13:22, 14:5, 14:8, 14:17, 14:19, 15:1, 15:8, 15:24, 16:7, 16:9
**Honor's** [1] - 15:1
**HONORABLE** [1] - 1:4
**Honorable** [1] - 3:5

**Hood** [1] - 3:14
**HOOD** [2] - 2:8, 3:14
**hundred** [1] - 8:8
**hundreds** [2] - 15:25
**hyphen** [1] - 8:1

**I**

**idea** [2] - 5:2, 15:22
**identical** [3] - 15:2, 15:9, 15:12
**identified** [1] - 5:18
**impact** [1] - 7:18
**imposed** [1] - 7:4
**improperly** [1] - 13:9
**IN** [3] - 17:3, 17:8, 17:10
**inaccurate** [1] - 4:22
**Inc** [1] - 3:18
**including** [1] - 3:18
**INCORPORATED** [1] - 1:9
**Incorporated** [2] - 3:7, 3:9
**incorrect** [1] - 9:23
**indicated** [1] - 8:10
**influence** [1] - 4:14
**initial** [2] - 4:9, 4:12
**initiated** [1] - 10:4
**intend** [1] - 11:21
**interested** [1] - 4:3
**interrupt** [1] - 14:19
**interruption** [1] - 7:19
**investors** [3] - 15:17, 15:21, 15:23
**involved** [7] - 7:3, 7:8, 8:6, 8:17, 9:2, 9:11, 9:24
**IPO** [16] - 4:15, 4:17, 4:19, 4:21, 5:15, 6:1, 7:5, 7:15, 7:20, 8:5, 8:23, 10:9, 10:19, 13:3, 13:10
**IS** [2] - 17:7, 17:10
**issued** [1] - 4:21

**J**

**January** [5] - 5:8, 5:12, 6:17, 10:11, 10:12
**Jason** [2] - 3:6, 3:12
**JASON** [1] - 1:6
**Jeffrey** [1] - 3:19
**JR** [1] - 2:12
**judge** [1] - 15:7
**JUDGE** [1] - 1:4

**judgment** [2] - 12:19, 12:22
**JUDICIAL** [1] - 17:11

**K**

**Kevin** [1] - 3:18
**KIM** [16] - 2:5, 3:11, 4:6, 5:6, 5:21, 5:25, 6:4, 11:12, 11:19, 11:25, 12:4, 12:8, 12:23, 13:8, 15:24, 16:8
**Kim** [11] - 3:12, 4:7, 5:9, 6:6, 11:12, 11:19, 12:1, 12:5, 12:8, 12:24, 15:24
**KLEEGER** [3] - 1:21, 17:3, 17:17
**known** [1] - 5:5
**Koch** [2] - 3:8, 3:15

**L**

**large** [1] - 4:19
**late** [1] - 10:12
**Law** [2] - 3:12, 4:7
**LAW** [1] - 2:4
**lawsuit** [2] - 7:8, 10:1
**lead** [11] - 11:11, 11:17, 11:20, 11:24, 12:10, 12:12, 13:19, 13:23, 14:12, 14:15, 16:6
**least** [1] - 11:7
**light** [1] - 15:8
**likely** [1] - 15:25
**listing** [1] - 7:5
**LLC** [1] - 2:11
**LLP** [2] - 2:7, 3:14
**looked** [2] - 11:15, 13:8
**LOS** [4] - 1:17, 1:23, 3:1, 16:24
**Los** [2] - 2:9, 2:13
**lost** [1] - 10:6
**low** [1] - 5:16
**lower** [2] - 13:23, 13:25

**M**

**Madison** [1] - 2:5
**management** [6] - 6:17, 7:3, 8:7, 8:12, 8:18, 9:3
**market** [2] - 5:7, 5:12
**material** [1] - 4:22

**materials** [2] - 9:1, 10:20
**matter** [4] - 3:6, 14:21, 15:7, 15:13
**MATTER** [1] - 17:9
**matters** [1] - 13:16
**MAY** [1] - 17:14
**mean** [3] - 13:3, 14:6, 15:25
**members** [1] - 9:13
**million** [1] - 15:16
**misrepresentation** [1] - 6:14
**misstated** [1] - 4:18
**moment** [1] - 14:25
**money** [1] - 15:15
**month** [1] - 10:7
**months** [2] - 10:15, 10:17
**motion** [5] - 11:22, 12:13, 12:17, 12:20, 12:22
**motions** [4] - 11:23, 11:24, 12:6, 13:19
**MR** [37] - 3:11, 3:14, 3:16, 3:22, 4:6, 5:6, 5:21, 5:25, 6:4, 6:10, 8:1, 8:8, 8:19, 8:22, 9:7, 9:12, 9:21, 10:5, 10:9, 10:12, 10:16, 10:24, 11:5, 11:12, 11:19, 11:25, 12:4, 12:8, 12:23, 13:8, 14:19, 15:16, 15:18, 15:24, 16:7, 16:8, 16:9
**must** [1] - 8:15

## N

**name** [2] - 7:24, 7:25
**NASDAQ** [14] - 7:4, 7:6, 7:9, 7:11, 7:17, 7:18, 9:20, 9:21, 9:22, 10:3, 13:5, 13:6
**nature** [1] - 7:12
**need** [1] - 14:22
**New** [1] - 2:6
**new** [1] - 9:14
**Newhouse** [6] - 3:17, 6:8, 6:10, 11:5, 14:20, 15:18
**NEWHOUSE** [20] - 2:12, 3:16, 6:10, 8:1, 8:8, 8:19, 8:22, 9:7, 9:12, 9:21, 10:5, 10:9, 10:12, 10:16, 10:24, 11:5, 14:19, 15:18, 16:7, 16:9

**next** [1] - 11:17
**NORTH** [1] - 1:22
**notified** [1] - 7:9
**NOVEMBER** [2] - 1:16, 3:1
**November** [5] - 7:21, 10:9, 11:21, 12:3, 15:6
**number** [9] - 3:17, 6:20, 9:13, 13:23, 13:25, 14:3, 14:11, 15:21, 16:1
**NY** [1] - 2:6

## O

**obviously** [3] - 6:12, 7:18, 15:4
**occurring** [1] - 7:14
**OF** [13] - 1:1, 1:2, 1:15, 2:3, 2:4, 2:10, 16:22, 16:24, 17:1, 17:5, 17:7, 17:10, 17:11
**offering** [9] - 4:9, 4:12, 5:1, 6:14, 6:25, 8:10, 8:25, 10:20, 15:15
**officer's** [1] - 7:24
**OFFICIAL** [3] - 1:22, 17:3, 17:18
**omissions** [1] - 6:14
**ON** [2] - 2:4, 2:10
**one** [5] - 6:21, 7:19, 11:2, 14:21, 15:14
**operating** [1] - 13:4
**operations** [1] - 9:11
**organized** [1] - 6:19
**Oscar** [1] - 3:23
**overview** [1] - 11:8

## P

**PAGE** [1] - 17:9
**part** [1] - 9:9
**partial** [1] - 5:7
**particular** [1] - 4:25
**parties** [2] - 14:10, 15:6
**Paul** [2] - 3:19, 13:22
**people** [1] - 8:13
**per** [4] - 5:16, 5:23, 5:25, 6:7
**percent** [4] - 8:8, 8:11, 9:3, 9:6
**period** [2] - 10:18, 10:23
**person** [1] - 6:19

**perspective** [1] - 13:7
**PH** [1] - 1:23
**Phillip** [11] - 3:12, 4:6, 5:9, 6:6, 11:12, 11:19, 12:1, 12:5, 12:8, 12:24, 15:24
**PHILLIP** [1] - 2:5
**Pickard** [1] - 3:18
**pinned** [1] - 15:20
**plaintiff** [14] - 3:12, 3:15, 4:7, 5:5, 10:19, 11:11, 11:17, 11:20, 11:24, 12:7, 12:10, 12:12, 13:19, 16:6
**PLAINTIFF** [2] - 1:7, 2:4
**plaintiff's** [2] - 6:18, 12:16
**plaintiffs** [3] - 4:4, 15:10, 15:22
**pleading** [1] - 12:16
**plumbed** [1] - 11:1
**point** [2] - 13:3, 16:3
**POMERANTZ** [1] - 2:7
**Pomerantz** [1] - 3:14
**possibilities** [1] - 6:24
**precision** [1] - 16:2
**PRESIDING** [1] - 1:4
**price** [8] - 5:1, 5:15, 5:19, 5:21, 6:1, 6:2, 6:12
**principal** [1] - 4:4
**problem** [1] - 9:19
**PROCEEDINGS** [3] - 1:15, 16:10, 17:8
**proceeds** [1] - 4:15
**process** [1] - 14:6
**public** [4] - 4:9, 4:12, 8:17, 10:7
**purport** [1] - 15:10
**purpose** [1] - 11:8
**PURSUANT** [1] - 17:5
**pursuant** [1] - 4:1
**put** [1] - 9:8

## R

**raised** [1] - 15:15
**RAMALLO** [2] - 3:22, 15:16
**Ramallo** [1] - 3:23
**Ramy** [2] - 3:18, 6:20
**re** [1] - 4:16
**re-buy** [1] - 4:16
**really** [1] - 13:15

**reason** [1] - 7:4
**receivables** [1] - 4:18
**received** [1] - 16:1
**reconvene** [1] - 16:5
**registration** [1] - 4:21
**REGULATIONS** [1] - 17:10
**remains** [1] - 9:17
**removal** [1] - 10:10
**remove** [1] - 9:10
**removed** [4] - 10:3, 10:13, 10:19, 13:7
**removing** [1] - 9:10
**reorganized** [1] - 9:13
**replaced** [1] - 9:14
**REPORTED** [1] - 17:8
**reporter** [2] - 5:10, 11:6
**REPORTER** [5] - 1:22, 11:3, 16:22, 17:3, 17:18
**REPORTER'S** [1] - 1:15
**represent** [1] - 15:10
**representations** [1] - 7:13
**requested** [1] - 5:10
**requirement** [1] - 7:4
**resigned** [1] - 9:14
**respond** [1] - 11:2
**response** [1] - 12:14
**result** [1] - 4:20
**revolve** [1] - 4:8
**RICHARDS** [1] - 2:11
**Richter** [1] - 3:19
**ROOM** [1] - 1:22
**Rosen** [13] - 3:12, 4:7, 6:21, 7:8, 8:13, 9:10, 10:2, 10:10, 10:12, 10:17, 10:19, 13:7
**ROSEN** [1] - 2:4
**Rosen's** [1] - 6:23
**running** [1] - 9:25

## S

**second** [1] - 6:4
**SECTION** [1] - 17:6
**securities** [2] - 4:5, 15:9
**Securities** [1] - 4:10
**see** [2] - 6:8, 16:4
**serve** [1] - 9:5
**SESSION** [2] - 1:16, 3:2

**set** [1] - 13:5
**several** [1] - 15:25
**share** [6] - 5:16, 5:23, 5:25, 6:1, 6:7
**shares** [2] - 4:17, 10:22
**SHERI** [3] - 1:21, 17:3, 17:17
**Sidhu** [1] - 3:19
**similar** [1] - 15:4
**slowly** [1] - 5:6
**sold** [3] - 8:11, 9:3, 9:6
**sometime** [2] - 12:3, 12:20
**sorry** [7] - 3:23, 5:9, 6:5, 8:20, 11:3, 11:5, 11:6
**sounds** [1] - 10:14
**South** [1] - 2:12
**speaking** [1] - 11:4
**spearheading** [1] - 9:9
**specific** [2] - 5:4, 13:12
**SPRING** [1] - 1:22
**SS** [1] - 16:25
**stages** [1] - 12:16
**state** [3] - 3:10, 14:24, 15:7
**STATE** [1] - 17:1
**statement** [2] - 4:21, 10:20
**statements** [1] - 4:22
**STATES** [6] - 1:1, 1:1, 1:4, 17:4, 17:6, 17:11
**status** [4] - 3:25, 11:9, 13:18, 15:5
**stay** [1] - 15:7
**STENOGRAPHICA LLY** [1] - 17:8
**step** [1] - 11:17
**Stephen** [1] - 3:6
**stepped** [1] - 8:11
**STEVEN** [1] - 1:4
**stewardship** [1] - 6:22
**still** [1] - 9:24
**stipulation** [2] - 11:14, 12:10
**stock** [7] - 4:24, 5:15, 5:21, 5:23, 6:12, 8:12, 9:4
**Street** [1] - 2:12
**STREET** [1] - 1:22
**struggle** [1] - 6:17
**substantive** [1] - 13:16

4

**summary** [2] - 12:19, 12:22
**supposed** [3] - 5:2, 7:2, 8:6
**SVW** [1] - 1:8

## T

**telephone** [1] - 4:1
**terminated** [1] - 6:23
**THAT** [2] - 17:5, 17:9
**THE** [56] - 3:5, 3:21, 3:25, 4:24, 5:19, 5:24, 6:2, 6:8, 7:22, 8:5, 8:15, 8:21, 9:6, 9:8, 9:18, 10:2, 10:6, 10:10, 10:14, 10:18, 11:3, 11:7, 11:16, 11:23, 12:2, 12:6, 12:21, 13:2, 13:14, 13:22, 13:25, 14:2, 14:3, 14:4, 14:6, 14:8, 14:9, 14:10, 14:13, 14:14, 14:16, 14:17, 14:18, 15:14, 15:17, 15:22, 16:4, 17:4, 17:6, 17:7, 17:8, 17:9, 17:10, 17:11
**thereafter** [3] - 5:13, 12:17, 12:20
**thinking** [1] - 12:21
**three** [1] - 10:17
**timing** [1] - 13:12
**TITLE** [1] - 17:6
**TO** [1] - 17:6
**today** [2] - 9:17, 14:22
**TRANSCRIPT** [3] - 1:15, 17:7, 17:9
**TRUE** [1] - 17:7
**true** [2] - 8:19
**truth** [3] - 5:6, 5:11, 5:12
**two** [1] - 15:3

## U

**under** [2] - 4:9, 7:5
**unfair** [1] - 9:24
**unhappy** [1] - 6:21
**UNITED** [6] - 1:1, 1:1, 1:4, 17:4, 17:6, 17:11
**Unreportable** [1] - 3:13
**up** [3] - 5:22, 6:5, 14:22

## V

**various** [2] - 5:13, 5:17
**vendors** [1] - 4:19
**versus** [2] - 3:7, 3:8
**virtual** [1] - 15:2
**VS** [1] - 1:8

## W

**weeds** [1] - 13:15
**WESTERN** [1] - 1:2
**William** [2] - 3:8, 3:15
**WILSON** [1] - 1:4
**Wilson** [1] - 3:6
**WITH** [1] - 17:10
**word** [2] - 15:11
**words** [2] - 5:3, 7:23

## Y

**YAYYO** [1] - 1:9
**YayYo** [3] - 3:7, 3:9, 3:18
**YayYo's** [2] - 4:8, 4:12
**year** [1] - 10:8
**years** [1] - 6:20
**York** [1] - 2:6