**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
Cara David (admitted *pro hac vice*)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com
cdavid@pomlaw.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL OF CALIFORNIA

| | |
|---|---|
| IN RE YAYYO, INC. SECURITIES LITIGATION | Case No. 2:20-cv-08235-SVW-AFM |
| | **DECLARATION OF CARA DAVID REGARDING EARLY MEDIATION** |

I, Cara David, hereby declare as follows:

1.      I am Of Counsel at the law firm of Pomerantz LLP ("Pomerantz"), counsel for Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively "Plaintiffs"), and have personal knowledge of the facts set forth herein.  I make this Declaration pursuant to the Order on an Adjournment of Current Deadlines Pending Early Mediation (the "Order").  (ECF No. 68.)

2.      The parties participated in a virtual mediation in front of Mediator Michelle Yoshida, of Phillips ADR, on April 29, 2021.

3.      That mediation was unsuccessful in resolving the claims between the parties.  The litigation is therefore proceeding as dictated by the Order and all applicable rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 13, 2021, at New York, New York.

*/s/ Cara David*
Cara David

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Cara David*
Cara David