# EXHIBIT A

## Cara David

| | |
|---|---|
| **From:** | Cara David |
| **Sent:** | Friday, May 14, 2021 5:46 PM |
| **To:** | George B. Newhouse, Jr. |
| **Cc:** | Jeremy Lieberman; Julie Kamps; jane.he@arnoldporter.com; oscar.ramallo@arnoldporter.com; aaron.miner@arnoldporter.com |
| **Subject:** | RE: Follow-up from Tuesday's YayYo conference |

George,

As you have not responded, I will be drafting and filing an Ex Parte application for a preservation order. I have treated this as an absolute resort and it is unfortunate it has come to this. However, based on your comments during the 26(f) conference, and your subsequent refusal to confirm your clients are preserving documents, I have real spoliation concerns. This situation requires extraordinary relief.

As you are aware, under Wilson's local rules, you will have until 3pm Pacific Time the business day following the application to oppose the application.

Jane/Oscar/Aaron, while discovery is stayed as to your client, and the application will not be directed to your client, I wanted to give you proper notice of the ex parte application.

Have a nice weekend, all.

--Cara

Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

**From:** Cara David
**Sent:** Thursday, May 13, 2021 9:07 PM
**To:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Cc:** Jeremy Lieberman <jalieberman@pomlaw.com>; Julie Kamps <jkamps@wpcfs.com>
**Subject:** RE: Follow-up from Tuesday's YayYo conference

George,

To be absolutely clear, for the avoidance of doubt, I am not looking for any privileged information. I am not currently looking for the holds or any specifics on communications between you and your clients.

You entered into a 26(f) conference with no idea who had documents, where they were stored, who owned the means of communications, etc. You implied if there was an automatic deletion policy on a device – and I agree you said "generally in business" regarding the 30-day text message policy and did not say (or know) anything specific about your clients – that it would still be in place. That raises serious spoliation concerns, which is why I immediately mentioned a

1

litigation hold. I am currently concerned relevant documents could be being destroyed, either intentionally or unintentionally, as I write this. For example, if a device has a default deletion policy that lasts a year, today documents were destroyed from a year ago. This raises obvious, and immediate, concerns as we continue this litigation.

I am asking you in good faith for a representation that there is a hold in place and documents are not currently being destroyed. Please make that representation by 5pm EST tomorrow. This is not a burdensome or premature request.

Thank you,

Cara

Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

**From:** Cara David
**Sent:** Thursday, May 13, 2021 7:26 PM
**To:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Cc:** Jeremy Lieberman <jalieberman@pomlaw.com>; Julie Kamps <jkamps@wpcfs.com>
**Subject:** RE: Follow-up from Tuesday's YayYo conference

Thank you for your responses.

In terms of number 3, it is not premature at all. Your 12(c) motion is premature. Your obligation to preserve documents is long-standing. I'm not sure what there is to discuss. Have your clients been retaining documents or not? If you do not want to answer now, I will go to the court, but I do not believe that should be necessary. This is something you should be able to, and willing to, answer.

Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

**From:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Sent:** Thursday, May 13, 2021 7:16 PM
**To:** Cara David <cdavid@pomlaw.com>
**Cc:** Jeremy Lieberman <jalieberman@pomlaw.com>; Julie Kamps <jkamps@wpcfs.com>
**Subject:** Re: Follow-up from Tuesday's YayYo conference

1.  Yes we will produce Rule 26(a) discovery by May 25th as discussed.
2.  Yes, we will be filing a motion for judgment on the pleadings by May 17th, noticed for the hearing date on Aegis motion to dismiss.

3.  I did not tell you anything about the company's or any individual's text message policy.  What i told you is that in my experience, at least on apple phones, text messages are generally deleted after 30 days.  The other issues you ask about we can discuss another day.  It is premature now.

Best regards,
George Newhouse

213.709.6387 (cell phone)
Sent from my iPad

On May 13, 2021, at 5:35 PM, Cara David <cdavid@pomlaw.com> wrote:

George,

As you know, there were open issues following our 26(f)/meet and confer conference. I lay some of them out numbered below.

1)   Is May 25, which would be the default, acceptable for initial disclosures on your part? I know you said you had to check with your clients, so I'm just circling back on that point.
2)   Will you indeed be filing your 12(c) motion next week?
3)   When we discussed text messages, you claimed a default policy in business was generally deletion in 30 days (which I had never heard before), but you could not confirm whether any of the text messages held by potential custodians in this case were automatically deleted within 30 days of being sent or received. I raised the litigation holds that should have long been in place with regard to relevant ESI, including text messages. You said we would talk about that when merits discovery began and did not confirm that any litigation hold has been in place. Can you please confirm that a litigation hold is indeed in place and let me know when any relevant holds were issued? As you yourself implicitly acknowledged when you raised this alleged 30-day policy, spoliation is a significant issue. While I know we disagree on when merits discovery should begin, this is a time sensitive matter. There is no reason you cannot provide an answer now.

Thank you,

Cara

Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com