# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE YAYYO, INC. SECURITIES LITIGATION

Case No. 2:20-cv-08235-SVW-AFM

**[PROPOSED] PRESERVATION ORDER**

The Court having considered the Ex Parte application for a Preservation Order submitted by Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively "Plaintiffs"), and the supporting memorandum of law and Declaration of Cara David, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      Plaintiffs' Ex Parte Application is GRANTED;

2.      Defendants YayYo, Inc. (now known as EVmo, Inc.), Ramy El-Batrawi, Jonathan Rosen, Kevin F. Pickard, Jeffrey J. Guzy, Christopher Miglino, Harbant S. Sidhu and Paul Richter are ordered to preserve all evidence in this action including, without limitation, any text messages, voicemails, emails and hard copy documents relevant to any claims made in the Complaint in this action or any defenses Defendants may assert.

3.      The Court, acting *sua sponte* or upon application by the parties, may modify this order at any time as justice requires.

**IT IS SO ORDERED this ____ day of _____, 2021**

_____
**HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE**

-2-                          Case No. 2:20-cv-08235-SVW-AFM
[PROPOSED] PRESERVATION ORDER

Submitted by:

**POMERANTZ LLP**

Cara David (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
cdavid@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

Case No. 2:20-cv-08235-SVW-AFM
[PROPOSED] PRESERVATION ORDER