# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE YAYYO, INC. SECURITIES LITIGATION | Case No. 2:20-cv-08235-SVW-AFM |
|---|---|
| | **[PROPOSED] ORDER RE MOTION FOR JUDGMENT ON THE PLEADING ON BEHALF OF DEFENDANTS YAYYO, INC., INDIVIDUAL DEFENDANTS PURSUANT TO FED.R.CIV.P. 12(C);** |

Defendants having moved for judgment on the pleadings and the court having considered the Moving papers and the response by plaintiffs, and **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the Moving Defendant's Motion for Judgement on the Pleadings is granted. The complaint is dismissed with prejudice.

///

///

///

///

///

///

///

///

**IT IS SO ORDERED.**

Dated:  MAY___, 2021

_____
**HON. STEPHEN V. WILSON**
UNITED STATES DISTRICT JUDGE

Submitted by:
George B. Newhouse, Esq. (State Bar No. 107036)
george@richardscarrington.com
Richards Carrington LLC
545 S. Figueroa Street, 7th Fl.
Los Angeles, California 90071
Telephone: (213) 348-9016
Facsimile: (213) 348-9017

2