**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## CENTRAL OF CALIFORNIA

IN RE YAYYO, INC. SECURITIES LITIGATION

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:20-cv-08235-SVW-AFM

**DECLARATION OF CARA DAVID IN OPPOSITION TO SELECT DEFENDANTS' IMPROPER RULE 12(C) MOTION ON THE PLEADINGS**

I, Cara David, hereby declare as follows:

1.     I am Of Counsel at the law firm of Pomerantz LLP ("Pomerantz"), counsel for Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively "Plaintiffs"), and have personal knowledge of the facts set forth herein.  I make this Declaration in Opposition to Select Defendants' Rule 12(c) Motion on the Pleadings.

2.     Select Defendants' Rule 12(c) Motion on the Pleadings (the "Motion") was purportedly filed on behalf of YayYo, Inc./RideShare Rental, Inc. (now EvMo, Inc.), Ramy El-Batrawi, Kevin F. Pickard, Jeffrey J. Guzy, Douglas Mox, Christopher Miglino, John P. Oneill, Harbant S. Sidhu, Paul Richter, Jonathan Rosen and Stephen Sanchez (the "YayYo Defendants") and WestPark Capital, Inc. ("WestPark," with the "YayYo Defendants," the "Moving Defendants").  Notably, Douglas Mox, John P. O'Neill and Stephen Sanchez are not named as defendants in the Complaint, and none have moved to intervene in this action, but the Motion was purportedly brought on behalf of them regardless.

3.     On May 11, 2021, I attended a meet and confer with counsel for the Moving Defendants regarding this Motion.  George Newhouse attended on behalf of the YayYo Defendants.  Julie Kamps attended on behalf of WestPark.  I raised that I believed the Motion to be premature.  At no point did WestPark's counsel bring up any arbitration agreement purportedly applicable to this litigation.

1
DECLARATION OF CARA DAVID IN OPPOSITION TO MOTION ON THE PLEADINGS
Case No. 2:20-cv-08235-SVW-AFM

4.      The Motion states that the SRAX Action, *Social Reality, Inc. vs. YayYo, Inc.*, Docket No. 20STCV05559 (Cal. Super. Ct. Feb 11, 2020), has been "settled amicably between the parties." (Motion at 4.)  The online docket of the SRAX Action does not indicate any settlement or resolution of the case.  At my direction, a Pomerantz employee called the Stanley Mosk Courthouse of the Superior Court of California, County of Los Angeles.  When that employee provided the case name and docket number to the courthouse representative, he was told the case was "active."

5.      I have reviewed stock data for YayYo available from the Bloomberg Terminal, a reliable source of such information.  The cumulative historical volume of shares traded from the IPO until the filing of this lawsuit, according to Bloomberg data, was 91,105,919 shares.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 24, 2021, at New York, New York.

*/s/ Cara David*
Cara David

2
DECLARATION OF CARA DAVID IN OPPOSITION TO MOTION ON THE PLEADINGS
Case No. 2:20-cv-08235-SVW-AFM

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Cara David*
Cara David

3
DECLARATION OF CARA DAVID IN OPPOSITION TO MOTION ON THE PLEADINGS
Case No. 2:20-cv-08235-SVW-AFM