**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL OF CALIFORNIA**

| | |
|---|---|
| IN RE YAYYO, INC. SECURITIES LITIGATION | Case Number: 2:20-cv-08235-SVW-AFM |
| | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SELECT DEFENDANTS' RULE 12(C) MOTION ON THE PLEADINGS** |
| | JUDGE: HON. STEPHEN V. WILSON<br>TRIAL DATE: OCTOBER 5, 2021 |
| | *June 14, 2021 hearing vacated and off-calendar per ECF 86* |

Lead Plaintiff Bernard Bednarz and Plaintiff William Koch ("Plaintiffs") submit this Notice of Supplemental Authority in support of their Opposition to the Motion for Judgment on the Pleadings filed by select Defendants and some individuals who are not defendants (the "Opposition). ECF No. 78.

This decision, *Jackson County Employees' Retirement System, et al., v. Carlos Ghosn, et al.*, No. 3:18-cv-01368, 2021 WL 2400301 (M.D. Tenn. June 11, 2021) (attached as Exhibit A), was filed after the close of briefing. In it, United States District Judge William L. Campbell, Jr. of the Middle District of Tennessee denied a 12(c) motion for judgement on the pleadings when defendant's arguments were based on materials outside the pleadings. The Opposition argued the 12(c) motion filed by certain defendants in this action likewise went well beyond the pleadings. That is one of the many reasons the motion should be denied.

Dated: June 14, 2021 at New York, New York

POMERANTZ LLP

*/s/     Cara David*
Jeremy A. Lieberman (*pro hac vice* forthcoming)
Cara David (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: cdavid@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024

1

Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein (pro hac vice forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Attorneys for Plaintiffs*

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION ON THE PLEADINGS: Case No. 2:20-cv-08235-SVW-AFM

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/  Cara David
Cara David

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION ON THE PLEADINGS: Case No. 2:20-cv-08235-SVW-AFM