# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE YAYYO INC. SECURITIES LITIGATION, | Case No. 2:20-cv-08235-SVW (AFMx) |
| | [Assigned to the Honorable Stephen V. Wilson] |
| | **ORDER GRANTING JOINT STIPULATION** |

The Court, having considered the Joint Stipulation, finds good cause to amend the schedule of proceedings and hereby orders that:

1.     Defendants' deadline to file their Opposition to Plaintiffs' Motion for Class Certification be extended from July 12, 2021 to July 19, 2021;

2.     Plaintiffs' deadline to file their Reply to Defendants' Opposition be extended from July 19, 2021 to August 5, 2021;

3.     The hearing on Plaintiffs' Motion for Class Certification be continued from August 2, 2021 to August 16, 2021 at 1:30 p.m., or a time thereafter convenient to the Court.

**IT IS SO ORDERED.**

Dated:  July 8, 2021

_____
Hon. Stephen V. Wilson
United States District Court Judge

LARSON LLP
LOS ANGELES

[PROPOSED] ORDER