Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
R.C. Harlan (SBN 234279)
rharlan@larsonllp.com
Paul A. Rigali (SBN 262948)
prigali@larsonllp.com
Daniel R. Lahana (SBN 305664)
dlahana@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Tel.:(213) 436-4888 / Fax: (213) 623-2000

Attorneys for Defendants EvMo, Inc.
(formerly known as YayYo, Inc.)

George B. Newhouse, Esq. (SBN 107036)
george@richardscarrington.com
**RICHARDS CARRINGTON LLC**
545 S. Figueroa Street, 7th Fl.
Los Angeles, California 90071
Tel.: (213) 348-9016 / F: (213) 348-9017

Attorney for Defendants EvMo, Inc.
(formerly known as YayYo, Inc.), Ramy
El-Batrawi, Kevin F. Pickard, Jeffrey J.
Guzy, Christopher Miglino, Jon Rosen,
Paul Richter, and Harbant S. Sidhu

Julie E. Kamps, Esq. (SBN 282536)
jkamps@wpcfs.com
**WESTPARK CAPITAL, INC.**
1900 Ave. of the Stars, Suite 310
Los Angeles, CA 92620
Tel.: (310) 203-2942 / F: (310) 843-9304
Attorney for Defendant
WestPark Capital, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE YAYYO INC. SECURITIES LITIGATION, | Case No. 2:20-cv-08235-SVW (AFMx) |
| | [Assigned to the Honorable Stephen V. Wilson] |
| | **DEFENDANTS' EVIDENTIARY OBJECTION TO PLAINTIFFS' DECLARATIONS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

Date: August 2, 2021
Time: 1:30 p.m.
Dept.: 10A

Trial Date: October 5, 2021

Defendants YayYo, Inc., Ramy El-Batrawi, Kevin F. Pickard, Jeffrey J. Guzy, Christopher Miglino, Paul Richter, and Harbant S. Sidhu ("Defendants") respectfully submit the following evidentiary objections as follows:

## OBJECTIONS TO DECLARATION OF JACK LO

| No. | MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING ON OBJECTION: |
|---|---|---|---|
| 1. | Lo Declaration ¶¶ 1-12. | Improper expert opinion under FRE 702 and 703. Mr. Lo has failed to establish he is qualified to provide an expert opinion. Moreover, Mr. Lo's declaration is not properly sworn under penalty of perjury as required by 28 U.S. Code § 1746. | Sustained:_____ <br> Overruled:_____ |
| 2. | Lo Declaration ¶ 3, "I have been told that the Securities Act Class includes all persons or entities who purchased or otherwise acquired YayYo Inc. ("YayYo") common stock pursuant | Hearsay, FRE 802; lacks foundation, lacks personal knowledge, FRE 602; improper expert opinion, FRE 702, 703. | Sustained:_____ <br> Overruled:_____ |

| | | | |
|---|---|---|---|
| | and/or traceable to the registration statement and related prospectuses (collectively, the "Registration Statement") issued in connection with YayYo's November 13, 2019 initial public offering  (the "IPO" or "Offering"). I have been told the Exchange Act Class includes all persons or entities who purchased or otherwise acquired YayYo common stock during the period from November 13, 2019 through and including April 28, 2020, both dates inclusive (the "Exchange Act Class Period")." | | |
| 3. | Lo Declaration ¶ 4, "During the Class Period, YayYo was | Hearsay, FRE 802; lacks foundation, lacks personal knowledge, FRE | Sustained:_____ Overruled:_____ |

DEFENDANTS' EVIDENTIARY OBJECTION TO PLAINTIFFS' DECLARATIONS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

LARSON<sub>LLP</sub>
LOS ANGELES

| | | | |
|---|---|---|---|
| | initially listed on the NASDAQ and traded under the symbol "YAYO." It remained on the NASDAQ through February 19, 2020. Since February 20, 2020, YayYo securities have traded on the OTC Pink market where it also traded under the symbol YAYO." | 602; improper expert opinion, FRE 702, 703. | |
| 4. | Lo Declaration ¶ 5 and Exhibit A, "Attached hereto as Exhibit A is a true and correct copy of a screenshot from a spread sheet generated by the Bloomberg Terminal taken on June 24, 2021 indicating daily trading volume for each day from November 13, 2019 through September 9, 2020." | Hearsay, FRE 802; lacks foundation, lacks personal knowledge, FRE 602; improper expert opinion, FRE 702, 703. | Sustained:_____ Overruled:_____ |
| 5. | Lo Declaration ¶ 6, "As seen in Exhibit A, from | Hearsay, FRE 802; lacks foundation, lacks | Sustained:_____ Overruled:_____ |

DEFENDANTS' EVIDENTIARY OBJECTION TO PLAINTIFFS' DECLARATIONS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

|  | | | |
|---|---|---|---|
| | November 13, 2019 through September 9, 2020 (when I've been told the first case on this docket was filed), there were more than 91 million shares of YayYo purchased and sold on U.S. markets. I generated this figure by using the Spreadsheet Builder function from the Excel Bloomberg add-in to pull the "Volume" data field ("PX_VOLUME") and Current Shares Outstanding data field ("EQY_SH_OUT") from November 13, 2019 through September 9, 2020 and taking the sum of all daily volumes." | personal knowledge, FRE 602; improper expert opinion, FRE 702, 703. | |
| 6. | Lo Declaration ¶ 7, "Using the same methodology, I also calculated that during the | Hearsay, FRE 802; lacks foundation, lacks personal knowledge, FRE 602; improper expert | Sustained:_____ Overruled:_____ |

DEFENDANTS' EVIDENTIARY OBJECTION TO PLAINTIFFS' DECLARATIONS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

LARSON LLP
LOS ANGELES

| | | | |
|---|---|---|---|
| | Exchange Act Class Period there were more than 75.8 million shares of YayYo purchased and sold on U.S. markets." | opinion, FRE 702, 703. | |
| 7. | Lo Declaration ¶ 8, "During the Exchange Act Class Period, as displayed on Exhibit A generated from the Bloomberg Terminal, the number of YayYo shares outstanding was approximately 29.428 million." | Hearsay, FRE 802; lacks foundation, lacks personal knowledge, FRE 602; improper expert opinion, FRE 702, 703. | Sustained:_____<br>Overruled:_____ |
| 8. | Lo Declaration ¶ 9 and Exhibit B, "Attached hereto as Exhibit B is a true and correct copy of a screenshot from the Bloomberg Terminal taken on June 24, 2021 indicating the average weekly traded volume throughout the Exchange Act Class Period. I generated this figure by | Hearsay, FRE 802; lacks foundation, lacks personal knowledge, FRE 602; improper expert opinion, FRE 702, 703. | Sustained:_____<br>Overruled:_____ |

LARSON LLP
LOS ANGELES

DEFENDANTS' EVIDENTIARY OBJECTION TO PLAINTIFFS' DECLARATIONS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

| | | | |
|---|---|---|---|
| | inputting the command "YAYO US Equity HP" to pull historical daily closing prices and volume from i) November 13, 2019 through February 19, 2020; ii) February 20, 2020 to April 28, 2020; and iii) November 13, 2019 through April 28, 2020 and set the "period" field to "Weekly", which subsequently adjusted the searched ranges to November 15, 2019 through February 14, 2020; February 21, 2020 to April 24, 2020; and November 15, 2019 through April 24, 2020, respectively." | | |
| 9. | Lo Declaration ¶ 10, The average weekly share trading volume for YayYo stock during the | Hearsay, FRE 802; lacks foundation, lacks personal knowledge, FRE 602; improper expert | Sustained:_____ Overruled:_____ |

7

| | | | |
|---|---|---|---|
| | Exchange Act Class Period was 4,225,612 shares, or 14.36% of shares outstanding, when it was listed on the NASDAQ; 1,609,757 shares, or 5.47% of shares outstanding, when the stock was available over-the-counter; and 3,135,673 shares, or 10.66% of shares outstanding, on average throughout the entire Exchange Act Class Period. I calculated these percentages by using the shares outstanding information provided on Exhibit A and the average volume provided in the screenshots on Exhibit B." | opinion, FRE 702, 703. | |
| 10. | Lo Declaration ¶ 11 and Exhibit C, "There were 36 unique market makers | Hearsay, FRE 802; lacks foundation, lacks personal knowledge, FRE | Sustained:_____ Overruled:_____ |

DEFENDANTS' EVIDENTIARY OBJECTION TO PLAINTIFFS' DECLARATIONS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

| | | | |
|---|---|---|---|
| | actively trading in YayYo stock. Attached hereto as Exhibit C is a true and correct copy table from the Bloomberg Terminal downloaded on June 24, 2021. I generated this table by inputting the company "YAYO US Equity BAS" to pull the "Broker Activity Summary" data and set dates in the "range" field to November 13, 2019 through April 28, 2020. I then exported "Current View" and counted the number of unique market maker names to remove the duplicate market marker names." | 602; improper expert opinion, FRE 702, 703. | |
| 11. | Lo Declaration ¶ 12 and Exhibit D, "Attached hereto as Exhibit D is a true and correct copy of a chart I developed | Hearsay, FRE 802; lacks foundation, lacks personal knowledge, FRE 602; improper expert opinion, FRE 702, 703. | Sustained:_____ Overruled:_____ |

DEFENDANTS' EVIDENTIARY OBJECTION TO PLAINTIFFS' DECLARATIONS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

LARSON LLP

LOS ANGELES

| | | |
|---|---|---|
| showing the price of YayYo common stock on certain dates provided to me and the degree of decline between certain dates. I generated the prices of YayYo common stock by using the Spreadsheet Builder function from the Excel Bloomberg add-in to pull the closing price data field ("PX_LAST") from November 13, 2019 through September 9, 2020 and added in formulae to calculate the price declines in dollar and percentage terms between certain dates." | | |

DEFENDANTS' EVIDENTIARY OBJECTION TO PLAINTIFFS' DECLARATIONS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

LARSON LLP
LOS ANGELES

Dated:  July 19, 2021

LARSON LLP

By: /s/ Stephen G. Larson
     Stephen G. Larson
     R.C. Harlan
     Daniel R. Lahana

Attorneys for Defendants, EvMo, Inc. (formerly known as YayYo, Inc.)

RICHARDS CARRINGTON LLC

By: /s/ George B. Newhouse
     George B. Newhouse

Attorney for Defendants, EvMo, Inc. (formerly known as YayYo, Inc.) and Ramy El-Batrawi, et al.

WESTPARK CAPITAL, INC.

By: /s/ Julie E. Kamps
     Julie E. Kamps

Attorneys for Defendant WestPark Capital, Inc.

DEFENDANTS' EVIDENTIARY OBJECTION TO PLAINTIFFS' DECLARATIONS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION