George B Newhouse, Jr. (SBN 107036)
**RICHARDS CARRINGTON**
545 S. Figueroa Street, 7th Floor
Los Angeles, CA 90071
Tele: (213) 348-9016
Fax:  (213) 348-9017
Email: george@richardscarrington.com

Attorneys for Jonathan Rosen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IN RE Defendant, INC. SECURITIES
LITIGATION

**No. 2:20-cv-08235- SVW (AFMx)**

**DEFENDANT JONATHAN ROSEN'SANSWER TO FIRST AMENDED COMPLAINT**

**JURY TRIAL DEMANDED**

Defendant  JONATHAN ROSEN (hereafter "DEFENDANT") respectfully answers the Amended Class Complaint, alleging violations of the Federal Securities Laws ("Complaint") filed by Designated Lead Plaintiff BERNARD BEDNARZ and Plaintiff WILLIAM KOCH (collectively "Plaintiffs"), and in so doing, based on information and belief, denies any and all such allegations, except where expressly admitted in whole or in part, and further states the following applicable affirmative defenses, as follows:

## NATURE OF THE ACTION

1. Regarding and in answer to Paragraph 1 of the Complaint, the allegations set forth therein allege contentions of law that do not require an answer, but to the extent that factual allegations are made in said paragraph, admits that an Initial

Public Offering ("IPO") for YayYo, Inc.'s ("YAYYO") stock occurred on November 13, 2019.

2. Regarding and in answer to Paragraph 2 of the Complaint, admits the allegations of the paragraph.

3. Regarding and in answer to Paragraph 3 of the Complaint, admits the allegations of the paragraph.

4. Regarding and in answer to Paragraph 4 of the Complaint, admits that YAYYO filed with the SEC a Prospectus for the IPO and that the statements in the Prospectus are both true and complete and speak for themselves.

5. Regarding and in answer to Paragraph 5 of the Complaint, denies the allegations in the paragraph but admits that Ramy El-Batrawi founded Defendant YAYYO and served as an officer and director at various times.

6. Regarding and in answer to Paragraph 6 of the Complaint, DEFENDANT lacks information and belief sufficient to support a belief, and upon that basis, denies the allegations in this paragraph; except that Defendant admits that all statements and material representations set forth in all publicly filed documents including filings with the SEC and public statements were material, truthful, correct and complete to the best of its knowledge and belief at the time made.

7. Regarding and in answer to Paragraph 7 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph, except that Defendant admits that the debt to Social Reality, Inc. ("SRAX") was truthfully and correctly disclosed in the Registration Statement.

8. Regarding and in answer to Paragraph 8 of the Complaint, Defendant denies the allegations in this paragraph.

9. Regarding and in answer to Paragraph 9 of the Complaint, Defendant is without sufficient information to admit or deny to the allegations in this paragraph and on that basis denies the allegations.

10. Regarding and in answer to Paragraph 10 of the Complaint, there are no factual allegations that merit a response from Defendant, and on that basis the allegations are denied.

11. Regarding and in answer to Paragraph 11 of the Complaint, upon information and belief, Defendant admits the allegations in this paragraph.

12. Regarding and in answer to Paragraph 12 of the Complaint, upon information and belief, Defendant generally denies the allegations in this paragraph.

13. Regarding and in answer to Paragraph 13 of the Complaint, upon information and belief, Defendant is without sufficient information to admit or deny the allegations and on that basis denies the allegations in this paragraph.

14. Regarding and in answer to Paragraph 14 of the Complaint, Defendant denies the allegations in this paragraph, but admits that in its Complaint against YayYo SRAX sought damages in the amount of $645,286.

15. Regarding and in answer to Paragraph 15 of the Complaint, upon information and belief, Defendant is without sufficient information to admit or deny to the allegations in this paragraph and that basis denies the allegations.

16. Regarding and in answer to Paragraph 16 of the Complaint, upon information and belief, Defendant is without sufficient information to admit or deny the allegations in this paragraph but in any event, the allegations in set forth in the Davis Complaint speak for themselves and thus require neither an admission nor denial from Defendant, but to the extent that a response is required, Defendant denies the allegations in the paragraph.

3

17. Regarding and in answer to Paragraph 17 of the Complaint, Defendant objects to the argumentative characterizations set forth in this paragraph, *i.e.* that "El-Batrawi was back in charge" but otherwise is without sufficient information to admit or deny the allegations and on that basis denies the allegations in this paragraph.

18. Regarding and in answer to Paragraph 18 of the Complaint, the allegations in set forth in the FirstFire complaint speak for themselves and thus require neither an admission nor denial from Defendant, but to the extent that a response is required, Defendant denies the allegations in the complaint regarding the FirstFire allegations.

19. Regarding and in answer to Paragraph 19 of the Complaint, upon information and belief, the allegations in this paragraph do not require a response and on that basis denies the allegations.

20. Regarding and in answer to Paragraph 20 of the Complaint, the allegations consist wholly of allegations of law, and therefore YAYYYO is not required to respond to them; nonetheless to the extent a response is required, Defendant denies the allegations in this paragraph.

21. Regarding and in answer to Paragraph 21 of the Complaint, Defendant admits that the Court has jurisdiction over the claims asserted.

22. Regarding and in answer to Paragraph 22 of the Complaint, upon information and belief, Defendant states that he is without sufficient information to admit or deny the allegations in this paragraph but admits that the "Company is headquartered in this judicial district" and that Court has jurisdiction over it.

23. Regarding and in answer to Paragraph 23 of the Complaint, upon information and belief, Defendant states that no response is required to the allegations in this paragraph, but admits that venue is proper in this judicial district.

24. Regarding and in answer to Paragraph 24 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

## **PARTIES**

25. Regarding and in answer to Paragraph 25 of the Complaint, Defendant lacks information sufficient to form a belief as to the allegations, and on that basis, Defendant denies the allegations in this paragraph.

26. Regarding and in answer to Paragraph 26 of the Complaint, Defendant lacks information sufficient to form a belief as to the allegations, and on that basis, Defendant denies the allegations in this paragraph.

27. Regarding and in answer to Paragraph 27 of the Complaint, Defendant is without sufficient information to admit or deny the allegations and on that basis denies the allegations in this paragraph.

28. Regarding and in answer to Paragraph 28 of the Complaint, Defendant lacks information sufficient to form a belief as to the allegations, and on that basis, Defendant denies the allegations in this paragraph.

29. Regarding and in answer to Paragraph 29 of the Complaint, upon information and belief, Defendant admits the allegations.

30. Regarding and in answer to Paragraph 30 of the Complaint, upon information and belief, Defendant admits the allegations in this paragraph.

31. Regarding and in answer to Paragraph 31 of the Complaint, upon information and belief, Defendant admits the allegations in this paragraph.

32. Regarding and in answer to Paragraph 32 of the Complaint, upon information and belief, Defendant admits the allegations in this paragraph.

33. Regarding and in answer to Paragraph 33 of the Complaint, upon information and belief, Defendant admits the allegations in this paragraph.

34. Regarding and in answer to Paragraph 34 of the Complaint, upon information and belief, Defendant admits the allegations in this paragraph.

35. Regarding and in answer to Paragraph 35 of the Complaint, the allegation contains no averment of facts, and therefore Defendant is not required to respond, but to the extent that a response is required, Defendant denies allegations in this paragraph.

36. Regarding and in answer to Paragraph 36 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

37. Regarding and in answer to Paragraph 37 of the Complaint, Defendant lacks information sufficient to form a belief as to the allegations, and on that basis, Defendant denies the allegations in this paragraph.

38. Regarding and in answer to Paragraph 38 of the Complaint, Defendant lacks information sufficient to form a belief as to the allegations, and on that basis, Defendant denies the allegations in this paragraph.

39. Regarding and in answer to Paragraph 39 of the Complaint, upon information and belief, Defendant states that no response is required to the allegations in this paragraph but admits that Registration Statement correctly and truthfully disclosed the compensation to be paid to the Underwriters.

**SUBSTANTIVE ALLEGATIONS**

41. Regarding and in answer to Paragraph 41 of the Complaint, Defendant admits the allegations in this paragraph.

42. Regarding and in answer to Paragraph 42 of the Complaint, Defendant lacks information sufficient to form a belief as to the allegations, and on that basis,

6

Defendant denies the allegations in this paragraph; Defendant admits that the Company accurately and completely disclosed the modification of its "business model" in the Registration Statement but otherwise denies generally the allegations in Paragraph 42.

43. Regarding and in answer to Paragraph 43 of the Complaint, upon information and belief, Defendant is without sufficient information to admit or deny to the allegations in this paragraph and on that basis generally denies the allegations; Defendant admits that there were ample disclosures in the press about Defendant early that would have put a reasonable investor on notice of potential problems with management of the Company.

44. Regarding and in answer to Paragraph 44 of the Complaint, Defendant is without sufficient information to admit or deny to the allegations in this paragraph and on that basis denies the allegations.

45. Regarding and in answer to Paragraph 45 of the Complaint, Defendant is without sufficient information to admit or deny to the allegations in this paragraph and on that basis denies the allegations.

46. Regarding and in answer to Paragraph 46 of the Complaint, Defendant lacks information sufficient to form a belief as to the allegations, and on that basis, Defendant denies the allegations in this paragraph; Defendant admits that the Company accurately and completely disclosed changes to its "Corporate focus" as well as all other material facts in the Registration Statement, which speaks for itself.

47. Regarding and in answer to Paragraph 47 of the Complaint, Defendant objects to the argumentative allegations which in addition to being nonsensical, are not factual in nature and require no response;  to the extent that a response is required, Defendant denies the allegations in this paragraph.

7

48. Regarding and in answer to Paragraph 48 of the Complaint, upon information and belief, Defendant is without sufficient information to admit or deny to the allegations in this paragraph, and denies the allegations on that basis.

49. Regarding and in answer to Paragraph 49 of the Complaint, Defendant is without sufficient information to admit or deny to the allegations in this paragraph and on that basis denies the allegations.

50. Regarding and in answer to Paragraph 50 of the Complaint, Defendant lacks information sufficient to form a belief as to the allegations and on that basis denies the allegations.

51. Regarding and in answer to Paragraph 51 of the Complaint, Defendant is without sufficient information to admit or deny to the allegations in this paragraph and on that basis generally denies the allegations.

52. Regarding and in answer to Paragraph 52 of the Complaint, Defendant lacks information sufficient to form a belief as to the allegations, and on that basis, Defendant denies the allegations in this paragraph.

53. Regarding and in answer to Paragraph 53 of the Complaint, Defendant denies the allegations in this paragraph and objects to the false characterization of the securities litigation which it denies.

54. Regarding and in answer to Paragraph 54 of the Complaint, Defendant is without sufficient information to admit or deny to the allegations in this paragraph and denies the allegation on that basis.

55. Regarding and in answer to Paragraph 55 of the Complaint, Defendant generally denies the allegations in this paragraph but admits that NASDAQ after a close review of Defendant and its prospects agreed to list the company for public trading of its shares on its exchange.

8

56. Regarding and in answer to Paragraph 56 of the Complaint, upon information and belief, Defendant admits the allegations in this paragraph and further admits that all statements found in the Registration Statement filed in support of its IPO were materially correct, complete and accurate including the statement set forth in that paragraph.

57. Regarding and in answer to Paragraph 57 of the Complaint, see response to Paragraph No. 56:  Defendant admits that all statements found in the Registration Statement filed in support of its IPO were materially correct, complete and accurate including the statement set forth in that paragraph.

58. Regarding and in answer to Paragraph 58 of the Complaint, see response to Paragraph No. 56:  Defendant admits that all statements found in the Registration Statement filed in support of its IPO were materially correct, complete and accurate including the statement set forth in that paragraph.

59. Regarding and in answer to Paragraph 59 of the Complaint, see response to Paragraph No. 56:  Defendant admits that all statements found in the Registration Statement filed in support of its IPO were materially correct, complete and accurate including the statement set forth in that paragraph.

60. Regarding and in answer to Paragraph 60 of the Complaint, see response to Paragraph No. 56:  Defendant admits that all statements found in the Registration Statement filed in support of its IPO were materially correct, complete and accurate including the statement set forth in that paragraph.

61. Regarding and in answer to Paragraph 61 of the Complaint, upon information and belief, Defendant admits the allegations in this paragraph.

62. Regarding and in answer to Paragraph 62 of the Complaint, see response to Paragraph No. 56:  Defendant admits that all statements found in the Registration Statement filed in support of its IPO were materially correct, complete and accurate including the statement set forth in that paragraph.

63. Regarding and in answer to Paragraph 63 of the Complaint, see response to Paragraph No. 56:  Defendant admits that all statements found in the Registration Statement filed in support of its IPO were materially correct, complete and accurate including the statement set forth in that paragraph.

64. Regarding and in answer to Paragraph 64 of the Complaint,  Defendant objects to the allegations as vague, ambiguous and unintelligible, and is without sufficient information to admit or deny to the allegations in this paragraph.

65. Regarding and in answer to Paragraph 65 of the Complaint, see response to Paragraph No. 56:  Defendant admits that all statements found in the Registration Statement filed in support of its IPO were materially correct, complete and accurate including the statement set forth in that paragraph.

66. Regarding and in answer to Paragraph 66 of the Complaint, Defendant lacks sufficient information to form the basis to confirm or deny the allegations, and on that basis denies the allegations in this paragraph.

67. Regarding and in answer to Paragraph 67 of the Complaint, Defendant admits the allegations in this paragraph.

68. Regarding and in answer to Paragraph 68 of the Complaint, upon information and belief, Defendant admits the allegations in this paragraph.

69. Regarding and in answer to Paragraph 69 of the Complaint, Defendant is without sufficient information to admit or deny to the allegations in this paragraph and on that basis denies the allegations of the paragraph.

70. Regarding and in answer to Paragraph 70 of the Complaint, Defendant admits the allegations in this paragraph.

71. Regarding and in answer to Paragraph 71 of the Complaint, Defendant admits the allegations.

10

72. Regarding and in answer to Paragraph 72 of the Complaint, Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis denies the allegations, particularly the argumentative provisions of same;  DEFENDANT does admit that the Company filed an action against El-Batrawi in the Los Angeles Superior Court.

73. Regarding and in answer to Paragraph 73 of the Complaint, Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis denies the allegations in this paragraph.

74. Regarding and in answer to Paragraph 74 of the Complaint, Defendant responds that the paragraph purports to describe a legal document, not facts, and that no factual response is required, and on that basis denies the allegations.

75. Regarding and in answer to Paragraph 75 of the Complaint, Defendant responds that the paragraph purports to describe a legal document, not facts, and that no factual response is required, and on that basis denies the allegations.

76. Regarding and in answer to Paragraph 76 of the Complaint, Defendant responds that the paragraph purports to describe a legal document, not facts, and that no factual response is required, and on that basis denies the allegations.

77. Regarding and in answer to Paragraph 77 of the Complaint, Defendant responds that the paragraph purports to describe a legal document, not facts, and that no factual response is required, and on that basis denies the allegations.

78. Regarding and in answer to Paragraph 78 of the Complaint, upon information and belief, Defendant is without sufficient information to admit or deny to the allegations in this paragraph and on that basis denies the allegations.

11

79. Regarding and in answer to Paragraph 79 of the Complaint, Defendant lacks information sufficient to form a belief as to the allegations, and on that basis, Defendant denies the allegations in this paragraph.

80. Regarding and in answer to Paragraph 80 of the Complaint, Defendant lacks sufficient information to form a belief in order to admit or deny the allegations but states that the document referenced speaks for itself.

81. Regarding and in answer to Paragraph 81 of the Complaint, Defendant is without sufficient information to admit or deny the allegations in this paragraph and on that basis denies the allegations.

82. Regarding and in answer to Paragraph 82 of the Complaint, the allegations set forth therein allege contentions of law that do not require an answer, but to the extent that factual allegations are made in said paragraph Defendant denies the allegations on information and belief..

83. Regarding and in answer to Paragraph 83 of the Complaint, Defendant denies the allegations in this paragraph.

84. Regarding and in answer to Paragraph 84 of the Complaint, upon information and belief, Defendant admits that SRAX filed a lawsuit against Defendant based on a commercial dispute; otherwise Defendant denies the allegations in this paragraph.

85. Regarding and in answer to Paragraph 85 of the Complaint, Defendant responds that the paragraph purports to describe a legal document and allegations made therein, not facts, and that no factual response is required, but to the extent that a response is required, denies the allegations.

86. Regarding and in answer to Paragraph 86 of the Complaint, Defendant responds that the paragraph purports to describe a legal document and allegations

made therein, not facts, and that no factual response is required, but to the extent that a response is required, denies the allegations.

87. Regarding and in answer to Paragraph 87 of the Complaint, Defendant responds that the paragraph purports to describe a legal document and allegations made therein, not facts, and that no factual response is required, but to the extent that a response is required, denies the allegations..

88. Regarding and in answer to Paragraph 88 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

89. Regarding and in answer to Paragraph 89 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

90. Regarding and in answer to Paragraph 90 of the Complaint, , Defendant is without sufficient information to admit or deny to the allegations in this paragraph and on that basis denies the allegations set forth in the paragraph.

91. Regarding and in answer to Paragraph 91 of the Complaint, in addition to being non-sensical and unintelligible, Defendant is without sufficient information to admit or deny the allegations in this paragraph and on that basis denies the allegations.

92. Regarding and in answer to Paragraph 92 of the Complaint, Defendant is without sufficient information to admit or deny the allegations in this paragraph and on that basis denies the allegations.

93. Regarding and in answer to Paragraph 93 of the Complaint, in addition to being non-sensical and unintelligible, Defendant is without sufficient information to admit or deny the allegations in this paragraph and on that basis denies the allegations.

94. Regarding and in answer to Paragraph 94 of the Complaint, in addition to being non-sensical and unintelligible, Defendant is without sufficient information to admit or deny the allegations in this paragraph and on that basis denies the allegations.

95. Regarding and in answer to Paragraph 95 of the Complaint, in addition to being non-sensical and unintelligible, Defendant is without sufficient information to admit or deny the allegations in this paragraph and on that basis denies the allegations.

96. Regarding and in answer to Paragraph 96 of the Complaint, in addition to being non-sensical and unintelligible, Defendant is without sufficient information to admit or deny the allegations in this paragraph and on that basis denies the allegations.

97. Regarding and in answer to Paragraph 97 of the Complaint, Defendant lacks information sufficient to form a belief as to the allegations, and on that basis, DEFENDANT denies the allegations in this paragraph.

98. Regarding and in answer to Paragraph 98 of the Complaint, Defendant is without sufficient information to admit or deny to the allegations in this paragraph and on that basis denies the allegations.

99. Regarding and in answer to Paragraph 99 of the Complaint, upon information and belief, Defendant is without sufficient information to admit or deny the allegations in this paragraph and on that basis denies the allegations.

100. Regarding and in answer to Paragraph 100 of the Complaint, Defendant lacks sufficient information to admit or deny to the allegations in this paragraph and on that basis denies the allegations.

101. Regarding and in answer to Paragraph 101 of the Complaint, Defendant is without sufficient information to admit or deny the allegations in this paragraph and on that basis, denies the allegations.

102. Regarding and in answer to Paragraph 102 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

103. Regarding and in answer to Paragraph 103 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

104. Regarding and in answer to Paragraph 104 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

105. Regarding and in answer to Paragraph 105 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

106. Regarding and in answer to Paragraph 106 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

107. Regarding and in answer to Paragraph 107 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

108. Regarding and in answer to Paragraph 108 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

109. Regarding and in answer to Paragraph 109 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

110. Regarding and in answer to Paragraph 110 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

111. Regarding and in answer to Paragraph 111 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

15

112. Regarding and in answer to Paragraph 112 of the Complaint, Defendant denies the allegations in this paragraph.

113. Regarding and in answer to Paragraph 113 of the Complaint, upon information and belief, Defendant states that the document speaks for itself, and admits that all filings with the SEC made on behalf of Defendant were truthful, accurate and complete to the best of the Company's knowledge and belief at the time, including the Company's 2019 10-K.

114. Regarding and in answer to Paragraph 114 of the Complaint, Defendant denies the allegations in this paragraph.

115. Regarding and in answer to Paragraph 115 of the Complaint, Defendant denies the allegations in this paragraph but admits that all filings with the SEC made on behalf of Defendant were truthful, accurate and complete to the best of the Company's knowledge and belief at the time, including the Company's Form 8-K referenced therein.

116. Regarding and in answer to Paragraph 116 of the Complaint, upon information and belief, Defendant is without sufficient information to admit or deny the allegations in this paragraph.

117. Regarding and in answer to Paragraph 117 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

118. Regarding and in answer to Paragraph 118 of the Complaint, Defendant admits the allegations in this paragraph.

119. Regarding and in answer to Paragraph 119 of the Complaint, upon information and belief, Defendant is without sufficient information to admit or deny the allegations in this paragraph and on that basis denies the allegations.

16

120. Regarding and in answer to Paragraph 120 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

121. Regarding and in answer to Paragraph 121 of the Complaint, Defendant upon information and belief denies the allegations in this paragraph.

122. Regarding and in answer to Paragraph 122 of the Complaint, upon information and belief, Defendant is without sufficient information to admit or deny the allegations in this paragraph and on that basis denies the allegations.

123. Regarding and in answer to Paragraph 123 of the Complaint, upon information and belief, Defendant admits the allegations in this paragraph.

124. Regarding and in answer to Paragraph 124 of the Complaint, upon information and belief, Defendant admits the allegations in this paragraph.

125. Regarding and in answer to Paragraph 125 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

126. Regarding and in answer to Paragraph 126 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph; Defendant admits that statements and representations made in connection with Registration Statement referenced in this paragraph were truthful, accurate and complete to the best of the Company's knowledge and belief at the time.

127. Regarding and in answer to Paragraph 127 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph; Defendant admits that statements made in the Registration Statement, which were not "claims" were truthful, accurate and complete to the best of the Company's knowledge and belief at the time.

17

128. Regarding and in answer to Paragraph 128 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

129. Regarding and in answer to Paragraph 129 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

130. Regarding and in answer to Paragraph 130 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

131. Regarding and in answer to Paragraph 131 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

132. Regarding and in answer to Paragraph 132 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

133. Regarding and in answer to Paragraph 133 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

134. Regarding and in answer to Paragraph 134 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

135. Regarding and in answer to Paragraph 135 of the Complaint, Defendant denies the allegations in this paragraph.

136. Regarding and in answer to Paragraph 136 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

137. Regarding and in answer to Paragraph 137 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

138. Regarding and in answer to Paragraph 138 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

139. Regarding and in answer to Paragraph 139 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

18

140. Regarding and in answer to Paragraph 140 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

141. Regarding and in answer to Paragraph 141 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

142. Regarding and in answer to Paragraph 142 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

143. Regarding and in answer to Paragraph 143 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

144. Regarding and in answer to Paragraph 144 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

145. Regarding and in answer to Paragraph 145 of the Complaint, makes allegations of law and not fact, and therefore no response is required by Defendant but to the extent that a response is required, Defendant denies the allegations in this paragraph.

146. Regarding and in answer to Paragraph 146 of the Complaint, makes allegations of law and not fact, and therefore no response is required by Defendant but to the extent that a response is required, Defendant denies the allegations in this paragraph.

147. Regarding and in answer to Paragraph 147 of the Complaint, makes allegations of law and not fact, and therefore no response is required by Defendant but to the extent that a response is required, Defendant denies the allegations in this paragraph.

148. Regarding and in answer to Paragraph 148 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

19

149. Regarding and in answer to Paragraph 149 of the Complaint, makes allegations of law and not fact, and therefore no response is required by Defendant but to the extent that a response is required, Defendant denies the allegations in this paragraph.

150. Regarding and in answer to Paragraph 150 of the Complaint, makes allegations of law and not fact, and therefore no response is required by Defendant but to the extent that a response is required, Defendant denies the allegations in this paragraph.

151. Regarding and in answer to Paragraph 151 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

152. Regarding and in answer to Paragraph 152 of the Complaint, makes no allegations fact and is vague, ambiguous and unintelligible, and therefore no response is required by Defendant but to the extent that a response is required, Defendant denies the allegations in this paragraph.

153. Regarding and in answer to Paragraph 153 of the Complaint, Defendant repeats its pleading to the specific paragraphs referenced.

154. Regarding and in answer to Paragraph 154 of the Complaint, this paragraph makes allegations of law and not fact, and therefore no response is required by Defendant but to the extent that a response is required, Defendant denies the allegations in this paragraph.

155. Regarding and in answer to Paragraph 155 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

156. Regarding and in answer to Paragraph 156 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

157. Regarding and in answer to Paragraph 157 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

158. Regarding and in answer to Paragraph 158 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

159. Regarding and in answer to Paragraph 159 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

160. Regarding and in answer to Paragraph 160 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

161. Regarding and in answer to Paragraph 161 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

162. Regarding and in answer to Paragraph 162 of the Complaint, Defendant repeats its pleading to the specific paragraphs referenced.

163. Regarding and in answer to Paragraph 163 of the Complaint, Defendant lacks sufficient information to form a belief on which to admit or deny the allegations and denies the allegations that basis..

164. Regarding and in answer to Paragraph 164 of the Complaint, Defendant lacks sufficient information to form a belief on which to admit or deny the allegations and denies the allegations that basis.

165. Regarding and in answer to Paragraph 165 of the Complaint, Defendant lacks sufficient information to form a belief on which to admit or deny the allegations and denies the allegations that basis.

166. Regarding and in answer to Paragraph 166 of the Complaint, Defendant lacks sufficient information to form a belief on which to admit or deny the allegations and denies the allegations that basis.

167. Regarding and in answer to Paragraph 167 of the Complaint, Defendant lacks sufficient information to form a belief on which to admit or deny the allegations and denies the allegations that basis.

168. Regarding and in answer to Paragraph 168 of the Complaint, Defendant lacks sufficient information to form a belief on which to admit or deny the allegations and denies the allegations that basis.

169. Regarding and in answer to Paragraph 169 of the Complaint, Defendant lacks sufficient information to form a belief on which to admit or deny the allegations and denies the allegations that basis.

170. Regarding and in answer to Paragraph 170 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

171. Regarding and in answer to Paragraph 171 of the Complaint, Defendant and defendants note Plaintiffs offer to tender their shares to the Underwriter Defendants.

172. Regarding and in answer to Paragraph 172 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

173. Regarding and in answer to Paragraph 173 of the Complaint, Defendant repeats its pleading to the specific paragraphs referenced..

174. Regarding and in answer to Paragraph 174 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

175. Regarding and in answer to Paragraph 175 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

176. Regarding and in answer to Paragraph 176 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

177. Regarding and in answer to Paragraph 177 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

178. Regarding and in answer to Paragraph 178 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

179. Regarding and in answer to Paragraph 179 of the Complaint, this paragraph makes allegations of law and not fact, therefore no response is required, but to the extent that a response is required Defendant denies the allegations in this paragraph.

180. Regarding and in answer to Paragraph 180 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

181. Regarding and in answer to Paragraph 181 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

182. Regarding and in answer to Paragraph 182 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

183. Regarding and in answer to Paragraph 183 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

184. Regarding and in answer to Paragraph 184 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

185. Regarding and in answer to Paragraph 185 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

186. Regarding and in answer to Paragraph 186 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

187. Regarding and in answer to Paragraph 187 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

23

188. Regarding and in answer to Paragraph 188 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

189. Regarding and in answer to Paragraph 189 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

190. Regarding and in answer to Paragraph 190 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

191. Regarding and in answer to Paragraph 191 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

192. Regarding and in answer to Paragraph 192 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

193. Regarding and in answer to Paragraph 193 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

194. Regarding and in answer to Paragraph 194 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

195. Regarding and in answer to Paragraph 195 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

196. Regarding and in answer to Paragraph 196 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

197. Regarding and in answer to Paragraph 197 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

198. Regarding and in answer to Paragraph 198 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

199. Regarding and in answer to Paragraph 199 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

24

200. Regarding and in answer to Paragraph 200 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

201. Regarding and in answer to Paragraph 201 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

202. Regarding and in answer to Paragraph 202 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

203. Regarding and in answer to Paragraph 203 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

204. Regarding and in answer to Paragraph 204 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

205. Regarding and in answer to Paragraph 205 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

206. Regarding and in answer to Paragraph 206 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

207. Regarding and in answer to Paragraph 207 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

208. Regarding and in answer to Paragraph 208 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

209. Regarding and in answer to Paragraph 209 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

210. Regarding and in answer to Paragraph 210 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

## PLAINTIFFS' CLASS ACTION ALLEGATIONS

211. Regarding and in answer to Paragraph 132 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

212. Regarding and in answer to Paragraph 133 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

213. Regarding and in answer to Paragraph 130 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

214. Regarding and in answer to Paragraph 131 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

215. Regarding and in answer to Paragraph 132 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

216. Regarding and in answer to Paragraph 133 of the Complaint, upon information and belief, Defendant denies the allegations in this paragraph.

## AFFIRMATIVE DEFENSES

Defendant alleges the following affirmative defenses to the Complaint. In asserting these affirmative defenses, Defendant does not assume the burden to establish any fact or proposition where that burden is properly imposed on Plaintiffs:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State Cause of Action)

217. The allegations set forth in the Complaint including all of the purported claims asserted therein fail to allege facts sufficient to constitute a cause of action against Defendant or any of the Individual Defendants. Plaintiff's complaint fails to plead fraud against each of the defendants with the specificity or particularity required by Rule 9(b) of the Federal Rules of Civil Procedure for any claim against Defendant.

26

## SECOND AFFIRMATIVE DEFENSE

### (Good Faith)

218.   Plaintiffs are not entitled to any recovery from Defendant because the company documents, filings and announcements quoted in said Complaint did not contain any untrue statement of material fact nor did they omit to state any material fact required to be stated or necessary to make the statements made not misleading. Defendant acted diligently and reasonably and had a good faith belief in the truthfulness of each of the matters alleged in the Complaint to be inaccurate and further believed that there was no failure to state a material fact alleged in the complaint to be omitted.

## THIRD AFFIRMATIVE DEFENSE

### (No Proximate Causation)

219.   Plaintiffs are not entitled to any recovery from Defendant because no act or omission of Defendant with regard to disclosures (or alleged misrepresentations or omissions) was the cause in fact or the proximate cause of any damage to plaintiffs.

## FOURTH AFFIRMATIVE DEFENSE

### (Negligence of Others)

220.   If any damages were sustained by Plaintiffs, which Defendant denies, said damages were proximately caused by the negligence of Plaintiffs and/or third parties other than Defendant and the liability of all responsible parties, named or unnamed, should be apportioned according to their relative degrees of fault, and the liability of Defendant, if any, should be reduced accordingly and apportioned pursuant to California Civil Code sections 1431 through 1437.

## FIFTH AFFIRMATIVE DEFENSE

### (Bespoke Caution)

221.   Plaintiffs and members of the plaintiff class purchased Defendant shares with actual or constructive knowledge of the risks involved regarding the acquisition of stock of a startup company such as Defendant and assumed the risk that the value

27

of such stock would decline if management issues arose at the company, did in fact occur.

## SIXTH AFFIRMATIVE DEFENSE

### (Market Vagaries)

222.   Any increase or decrease in the market value of Plaintiffs' stock was the result of market or other factors and not the alleged wrongful conduct on the part of Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

### (Failure to Plead Fraud with Specificity)

223.   Plaintiffs fail to allege fraud against Defendant with the required specificity pursuant to Rule 9(b).

## EIGHTH AFFIRMATIVE DEFENSE

### (Equitable Defenses)

224.   Plaintiffs' claims are barred by the doctrines of estoppel, waiver, and laches.

## NINTH AFFIRMATIVE DEFENSE

### (Intervening Acts)

225.   If Plaintiffs were damaged, the damages were a direct and proximate result of the intervening and superseding conduct on the part of others, and not the conduct of Defendant.

## TENTH AFFIRMATIVE DEFENSE

### (Additional Defenses)

226.   Defendant alleges that all possible affirmative defenses may not have been alleged herein insofar as insufficient facts were not available after reasonable inquiry upon the filing of this Statement of Answer. Accordingly, Defendant reserve the right to amend their Statement of Answer to supplement and allege additional affirmative defenses if subsequent investigation so warrants.

28

## **PRAYER**

**WHEREFORE**, Defendant pray for judgment or relief against Plaintiffs. as follows:

1. That the claims against Defendant be dismissed, with prejudice, and that the Plaintiffs take nothing by virtue of the allegations in the Complaint;

2. That Defendant Defendants be awarded their attorney's fees, costs, and disbursements incurred in defending this matter; and

3. For such other and further relief, including declaratory, equitable relief, and damages, as this Court deems just and proper.

Dated:  July 21, 2021                                     **GEORGE B. NEWHOUSE, JR**

By:    */s/ George B. Newhouse, Jr.*

George B. Newhouse, Jr., Esq.
Attorney for Defendant
Jonathan Rosen