UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE YAYYO, INC. SECURITIES LITIGATION | Case No. 2:20-cv-08235-SVW-AFM **[PROPOSED] ORDER COMPELLING PRODUCTION** |

The Court having considered the Ex Parte application to Compel the YayYo Defendants Provide Documents and Information submitted by Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively "Plaintiffs"), and the supporting memorandum of law and Declaration of Cara David, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Ex Parte Application is GRANTED;

2. Defendants YayYo, Inc./RideShare Rental, Inc. (now known as EVmo, Inc., "YayYo"), Ramy El-Batrawi, Jonathan Rosen, Kevin F. Pickard, Jeffrey J. Guzy, Christopher Miglino, Harbant S. Sidhu and Paul Richter are ordered to begin producing documents responsive to Plaintiffs' May 27 Requests for Production by July 30, 2021.

3.    Document production based on all previously issued requests to the parties shall be substantially completed by August 13, 2021.

4.    Counsel for YayYo shall provide correct service information (to the extent obtainable by counsel in good faith) for all individuals listed on YayYo's May 25, 2021 Initial Disclosures by July 30, 2021.

5.    Counsel for Defendants YayYo, Ramy El-Batrawi, Jonathan Rosen, Kevin F. Pickard, Jeffrey J. Guzy, Christopher Miglino, Harbant S. Sidhu and Paul Richter shall provide a declaration (or declarations) to Plaintiffs detailing all steps taken to preserve documentary evidence relevant to Plaintiffs' claims, including but not limited to the date counsel first instructed them to preserve documents, by July 30, 2021.

6.    The Court, acting *sua sponte* or upon application by the parties, may modify this order at any time as justice requires.

**IT IS SO ORDERED this _____ day of _____, 2021**

**_____**
**HONORABLE ALEXANDER F. MacKINNON**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

**POMERANTZ LLP**

Cara David (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
cdavid@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

[PROPOSED] ORDER COMPELLING PRODUCTION