**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## CENTRAL OF CALIFORNIA

| | |
|---|---|
| IN RE YAYYO, INC. SECURITIES LITIGATION | **Case No. 2:20-cv-08235-SVW-AFM**<br><br>**REPLY DECLARATION OF CARA DAVID IN FURTHER SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION** |

I, Cara David, hereby declare as follows:

1.     I am Of Counsel at the law firm of Pomerantz LLP ("Pomerantz"), counsel for Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively "Plaintiffs"), and have personal knowledge of the facts set forth herein.  I make this Declaration in further support of Plaintiffs' application to compel production of documents and information of RideShare Rental, Inc. (previously known as YayYo, Inc. and now known as EvMo, Inc., "YayYo") and the Individual Defendants (collectively, the "YayYo Defendants," with WestPark Capital, "Defendants").[1]

2.     I am aware that the Local Rules do not permit a reply on an *ex parte* application.  Therefore, I am not using this declaration to substantively address what I believe are inaccurate arguments in the oppositions of YayYo (ECF No. 109) and the Individual Defendants (ECF No. 108).

3.     I am using this reply declaration solely to submit a letter that is already in Defendants' possession.  I requested of counsel for YayYo that if he was to include a letter he sent to me on July 27, 2021 in YayYo's opposition, he include my response so that the Court may have a complete record.  He failed to comply with that request, nor does he even mention my response.  Therefore, I am submitting this declaration solely to

---

[1] The Individual Defendants are Ramy El-Batrawi, Jonathan Rosen, Kevin F. Pickard, Jeffrey J. Guzy, Christopher Miglino, Harbant S. Sidhu and Paul Richter.

1

DECLARATION OF CARA DAVID IN SUPPORT OF APPLICATION TO COMPEL
Case No.  2:20-cv-08235-SVW-AFM

submit that responsive letter, sent to Defendants on July 28, 2021.  That letter is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 29, 2021, at New York, New York.

*/s/ Cara David*
Cara David

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Cara David*
Cara David