**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## CENTRAL OF CALIFORNIA

| | |
|---|---|
| IN RE YAYYO, INC. SECURITIES LITIGATION | **Case No. 2:20-cv-08235-SVW-AFM**<br><br>**DECLARATION OF CARA DAVID IN SUPPORT OF PLAINTIFFS' REQUEST FOR FURTHER RELIEF** |

DECLARATION OF CARA DAVID IN SUPPORT OF FURTHER RELIEF
Case No. 2:20-cv-08235-SVW-AFM

I, Cara David, hereby declare as follows:

1.      I am Of Counsel at the law firm of Pomerantz LLP ("Pomerantz"), counsel for Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively "Plaintiffs"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the instant application, which is being filed in response to the Court's order of August 18. 2021.  (ECF No. 125.)

2.      For the convenience of the Court, most of the facts that I might typically include in a declaration are contained in the brief.  I declare that the facts contained in the brief are true and correct.  This declaration is simply to attach exhibits.

3.      Attached as Exhibit A is a true and correct copy of an email exchange between the parties spanning in time from August 14, 2021 to August 18, 2021.

4.      Attached as Exhibit B is a true and correct copy of an email exchange between the parties spanning in time from August 7, 2021 to August 8, 2021.

5.      Attached as Exhibit C is a true and correct copy of a letter I sent to counsel for YayYo and the Individual Defendants on August 9, 2021.

6.      Attached as Exhibit D is a true and correct copy of a letter I received from R.C. Harlan of Larson LLP on August 10, 2021.

7.      Attached as Exhibit E is a true and correct copy of an email exchange between the parties spanning in time from August 9, 2021 to August 18, 2021.

8.      Attached as Exhibit F is a true and correct copy of an email exchange between the parties spanning in time from August 11, 2021 to August 12, 2021.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 20, 2021, at New York, New York.

/s/ Cara David
Cara David

DECLARATION OF CARA DAVID IN SUPPORT OF FURTHER RELIEF
Case No. 2:20-cv-08235-SVW-AFM

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Cara David
Cara David

3
DECLARATION OF CARA DAVID IN SUPPORT OF FURTHER RELIEF
Case No. 2:20-cv-08235-SVW-AFM