# EXHIBIT B

**Cara David**

---

| | |
|---|---|
| **From:** | Cara David |
| **Sent:** | Sunday, August 8, 2021 11:37 PM |
| **To:** | Daniel  R. Lahana |
| **Cc:** | R.C. Harlan; George B. Newhouse, Jr.; Stephen G. Larson; Jeremy Lieberman; Chase M. Stern; Mary Blasy |
| **Subject:** | RE: YayYo Document Production 1 - YayYo Securities Litigation |

Counsel,

You are in violation of the July 30 Court order (the "Order").

I understand it is the weekend, but I also understand that you chose not to adhere to the Order during the work week. Indeed, you produced absolutely no information about the individuals listed in your Initial Disclosures within the seven days specified in the Order. It was only following my questioning, which came after the Court ordered deadline, that you provided some, limited information. As I noted in response approximately 30 minutes later, this limited information did not fulfil your obligations under the Order. You have since chosen not to reply.

Please reply with the complete information required of you by 11am pacific time tomorrow.

Additionally, by that time, please explain why your production does not comport with the Instructions in our RFPs, which you did not object to.

I do not want to burden the Court again, but, if you do not comply with your obligations, I will have to. Time is of the essence. If you would like to discuss, I will make myself available, as I offered yesterday.

We of course reserve our rights to seek sanctions based on your noncompliance thus far.

Cara David
**POMERANTZLLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

---

**From:** Cara David
**Sent:** Sunday, August 8, 2021 1:55 PM
**To:** Daniel R. Lahana <dlahana@larsonllp.com>
**Cc:** R.C. Harlan <rcharlan@larsonllp.com>; George B. Newhouse, Jr. <george@richardscarrington.com>; Stephen G. Larson <slarson@larsonllp.com>; Jeremy Lieberman <jalieberman@pomlaw.com>; Chase M. Stern <chases@johnsonfistel.com>; Mary Blasy <MBlasy@rgrdlaw.com>
**Subject:** RE: YayYo Document Production 1 - YayYo Securities Litigation

Daniel,

I have yet to hear from you again on your Initial Disclosures. This is information the Court ordered you to provide two days ago.

FRCP 26(a)(1) requires parties to disclose "the name and, if known, the address and telephone number of each individual likely to have discoverable information[.]"  In May, you disclosed the Company address and Company counsel for several third parties. As I've explained previously, Plaintiffs had been relying on that information, and the only question was whether you would accept service by email or not. That contact information provided by the Company was not completely accurate information, as it was later admitted that Company counsel had not verified that they represented these individuals in any manner. We are being significantly prejudiced by your failure to provide accurate and complete information – and your actions are now in violation of a court order.

Please respond with accurate and complete information immediately, as required by FRCP 26(a)(1) and the July 30 Court Order.

Thank you,

Cara

Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

---

**From:** Cara David
**Sent:** Saturday, August 7, 2021 6:38 PM
**To:** Daniel R. Lahana <dlahana@larsonllp.com>
**Cc:** R.C. Harlan <rcharlan@larsonllp.com>; George B. Newhouse, Jr. <george@richardscarrington.com>; Stephen G. Larson <slarson@larsonllp.com>; Jeremy Lieberman <jalieberman@pomlaw.com>; Chase M. Stern <chases@johnsonfistel.com>; Mary Blasy <MBlasy@rgrdlaw.com>
**Subject:** RE: YayYo Document Production 1 - YayYo Securities Litigation

You do not have address information for these shareholders (who are large company shareholders)?

Additionally, you will note the order calls for service information for everyone on the Initial Disclosures. This includes the employees/former employees I've previously asked about and, I'm sure, others. Please provide what the Court order demands of you today.

Producing documents in Native form ***does not*** make custodian information readily apparent in all circumstances. You provided responses and objections to our RFP three weeks ago. (You have yet to serve renumbered ones, but that is of no consequence because the sole difference is the numbering of the requests. Your other substantive responses/objections remain.) On your July 15 responses/objections you did not object to the form of production specified, yet you seem to have completely ignored the instructions for production with your production. That is not acceptable to Plaintiffs, nor do I understand it given your responses/objections, which we have been relying upon.

Given the time sensitive nature of these issues, if you would like to discuss, I will make myself available, even over the weekend.

--Cara

Cara David

**POMERANTZ**LLP

600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

---

**From:** Daniel R. Lahana <dlahana@larsonllp.com>
**Sent:** Saturday, August 7, 2021 6:02 PM
**To:** Cara David <cdavid@pomlaw.com>
**Cc:** R.C. Harlan <rcharlan@larsonllp.com>; George B. Newhouse, Jr. <george@richardscarrington.com>; Stephen G. Larson <slarson@larsonllp.com>; Jeremy Lieberman <jlieberman@pomlaw.com>; Chase M. Stern <chases@johnsonfistel.com>; Mary Blasy <MBlasy@rgrdlaw.com>
**Subject:** RE: YayYo Document Production 1 - YayYo Securities Litigation

Cara:

We produced the documents in native format with metadata, so the custodians and corresponding bates numbers should be readily apparent.

Second, we are authorized to accept service on behalf of Dave Haley, Doug Mox, and Jack O'Neill.   We are not authorized to accept service on behalf of John Gray, James Malakowski, or
John O'Hurley.

The contact information we have for the latter individuals consists of the following:

John Gray - 415-847-9771
James Malakowski - 312-560-8500
John O'Hurley - 310-858-8301

Thank you.  –Daniel

**Daniel  R. Lahana**
Associate
………………………………..

**LARSON** LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
213.436.4878 Direct
213.436.4888 Office
213.623.2000 Fax
dlahana@larsonllp.com

Los Angeles | Orange County | Washington, D.C.
…………………………………

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Cara David <cdavid@pomlaw.com>
**Sent:** Saturday, August 7, 2021 11:14
**To:** Daniel R. Lahana <dlahana@larsonllp.com>
**Cc:** R.C. Harlan <rcharlan@larsonllp.com>; George B. Newhouse, Jr. <george@richardscarrington.com>; Stephen G.

Larson <slarson@larsonllp.com>; Jeremy Lieberman <jalieberman@pomlaw.com>; Chase M. Stern <chases@johnsonfistel.com>; Mary Blasy <MBlasy@rgrdlaw.com>
**Subject:** RE: YayYo Document Production 1 - YayYo Securities Litigation

[EXTERNAL EMAIL]

Daniel,

Thank you for this.

I don't see any custodian information. Could you please let me know which Bates ranges are associated with which custodian? Or if it's a tech problem on our end, and customary custodian information should be in the files themselves, please let me know that. It's the weekend, so I've only used my own tech skills on the opt file.

Also, according to the Court order of July 30: **"[S]ervice information known to counsel for individuals listed on initial disclosures shall be provided to opposing counsel *within the next seven days*."** You have provided no information and the deadline was yesterday. Will you please let me know immediately the relevant information?

Thank you,

Cara

Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

---

**From:** Daniel R. Lahana <dlahana@larsonllp.com>
**Sent:** Saturday, August 7, 2021 12:21 AM
**To:** Cara David <cdavid@pomlaw.com>
**Cc:** R.C. Harlan <rcharlan@larsonllp.com>; George B. Newhouse, Jr. <george@richardscarrington.com>; Stephen G. Larson <slarson@larsonllp.com>
**Subject:** YayYo Document Production 1 - YayYo Securities Litigation

Dear Ms. David:

Please find below the link to download YayYo Document Production 1.

https://mavendiscovery.sharefile.com/d-sb4e73b8c01004fa6b936f8b06b574d8c

The zip passcode is: !D4CCms^kqzZNpJF

Please let us know if you have any issues accessing the documents.  Have a great weekend. –Daniel

**Daniel  R. Lahana**
Associate
···································
**LARSON** LLP
555 South Flower Street, Suite 4400

Los Angeles, CA 90071
213.436.4878 Direct
213.436.4888 Office
213.623.2000 Fax
dlahana@larsonllp.com

Los Angeles | Orange County | Washington, D.C.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.