# EXHIBIT E

## Cara David

| | |
|---|---|
| **From:** | Cara David |
| **Sent:** | Wednesday, August 18, 2021 6:00 PM |
| **To:** | George B. Newhouse, Jr. |
| **Cc:** | R.C. Harlan; Daniel  R. Lahana; Stephen G. Larson; Chase M. Stern; Mary Blasy |
| **Subject:** | RE: David Donohoe |

George—I'm not sure why I would ever produce a stipulation for comments when that stipulation was *your idea*, not mine. Indeed, I continue to have reservations about such a stipulation, as I expressed to R.C. on Friday. I was told that Defendants would send me a proposed draft on Friday—it is already the following Wednesday and, you are right, no one has produced it for comments. It was not my responsibility to do so. I have fulfilled all my obligations, including asking for a meet and confer and/or the Rule 16-2 conference to take place today and replying promptly to your original letter. It is only Defendants that seem to have a problem with fulfilling obligations.

In terms of the Interrogatory Responses, let's go with the original week you requested for Mr. Miglino, meaning his responses will be due the 27th. If his health requires a longer delay, just be in touch. Likewise, let me know when you think we can re-calendar his deposition for.

I will await your comments on the protocol. It has the same terms we have previously agreed to in cases, but happy to consider any edits.

Thank you,

Cara

Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

**From:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Sent:** Wednesday, August 18, 2021 5:47 PM
**To:** Cara David <cdavid@pomlaw.com>
**Cc:** R.C. Harlan <rcharlan@larsonllp.com>; Daniel R. Lahana <dlahana@larsonllp.com>; Stephen G. Larson <slarson@larsonllp.com>
**Subject:** RE: David Donohoe

Cara, I don't need to see the proof of service for Donohoe & Associates.  It has no effect on our processing of the documents or the timing as to which we are currently working, as I advised.

My understanding is that the parties have agreed to seek an extension of the trial date and that a stipulation is being prepared to that end based on the impossibility of complying with current time tables, such as the Rule 16-2 conference of counsel that could not go forward today.  So, you appear to be saying that if the court continues the trial date to a date at least 60 days out (to which you agreed) or 90 days (which I believe is the defendants' position), then we would continue some (or all?) of the depositions out

1

to a date after the documents have been produced.  It strikes me as we are waiting on final word on a proposed stipulation that no one, including Plaintiff, has seen fit to produce for comments.

In the meantime, we are in agreement that Mr. Miglino's deposition scheduled for August 25th is off calendar, subject to being rescheduled at a mutually convenient time due to his health situation.  The other deposition dates remain fixed, and Mr. El-Batrawi remains committed to September 10, 2021, the earliest date he can feasibly make  after Labor Day given the intervention of the Jewish Holidays. And I will provide some brief comments on the Remote Deposition protocol that you provided.  It is mostly agreeable, although there is one provision that is both unclear and seems to invite needless disputes that we would like to see changed.  You will see it in our comments on your draft shortly.

Finally, we will serve the Interrogatory Responses of the other six defendants on August 20, 2021 as agreed, supplemented by Mr. Miglino's response as soon as his health permits.


Best,
George


_____

George B. Newhouse, Jr.
**RICHARDS CARRINGTON, LLC**
545 S. Figueroa Street, Seventh Floor
Los Angeles, California 90012
P. 213-348-9016
M. 213-709-6387
www.richardscarrington.com



Confidentiality Notice and Disclaimer: The information contained in this email may contain privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this email is strictly prohibited. If you have received it in error, please immediately inform the sender and delete this message. Although this email and any attachments are believed to be free of any virus or other defect that might adversely affect the recipient computer system, it is the responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Richards Carrington LLC for any loss or damage arising in any way from its use.

---

**From:** Cara David <cdavid@pomlaw.com>
**Sent:** Wednesday, August 18, 2021 12:55 PM
**To:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Cc:** R.C. Harlan <rcharlan@larsonllp.com>; Daniel R. Lahana <dlahana@larsonllp.com>; Mary Blasy <MBlasy@rgrdlaw.com>; Chase M. Stern <chases@johnsonfistel.com>
**Subject:** RE: David Donohoe

George,

I am happy to send you the Donohoe affidavit of service, if you wish. I'm not sure how the review of his documents could take that long if you were proceeding expeditiously, but I ask that you proceed as quickly as practicable.

In terms of depositions, I did respond to that letter via email, as you well know, given that I believe you responded to my email in response. The dates we discussed are fine (with the possible exception of Mr. Miglino, who I of course wish well) if the trial date is going forward on October 5. However, as you know, I believe the document production thus far is

deficient and has severely prejudiced Plaintiffs. If we are moving forward with depositions without a complete production of documents we will be seeking multiple forms of relief from the Court in advance.

It is you who owe me a response regarding the remote deposition protocol I sent. I have received no comments on that from you.

Given Mr. Miglino's health, please serve the responses of all your other clients. I will happily give you an extension with regard to Mr. Miglino.

Thank you,

Cara

Cara David
**POMERANTZLLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

---

**From:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Sent:** Wednesday, August 18, 2021 3:35 PM
**To:** Cara David <cdavid@pomlaw.com>
**Cc:** R.C. Harlan <rcharlan@larsonllp.com>; Daniel R. Lahana <dlahana@larsonllp.com>
**Subject:** RE: David Donohoe

Cara.

Here is the status regarding the SDT served on David Donohoe's company.  Mr. Donohoe has hired our firm after he received the subpoena and realized that he would need assistance.  I don't know anything about the "dates" of service.  We have collected the documents and are proceeding to expeditiously process them.  That review will probably take about 10-14 days; thus I anticipate having documents to produce to you before Labor Day.  We will do our best, and if they are available before then, we will produce them earlier.

On another matter, what is the deal with regard to deposition scheduling?  We sent you a letter with suggested dates after discussing same with the clients, and we have not heard back.  Some of those dates are approaching quickly.  Chris Miglino may need to reschedule his deposition date, as he informed me earlier this week that he had contacted COVID-19 and is ill.  (I don't have any more details at this time.)

On August 20, we are due to respond to your First Set of Interrogatories for my individual clients.  I have the information for everyone except Mr. Miglino (who as I said, is apparently ill with COVID).  I may need to request an extension of time to respond on Mr. Miglino's behalf for the stated reasons.

Let me know if we can have an additional week, and if I need more time, I will let you know.

Thanks
George

George B. Newhouse, Jr.
**RICHARDS CARRINGTON, LLC**
545 S. Figueroa Street, Seventh Floor
Los Angeles, California 90012
P. 213-348-9016
M. 213-709-6387
www.richardscarrington.com



Confidentiality Notice and Disclaimer: The information contained in this email may contain privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this email is strictly prohibited. If you have received it in error, please immediately inform the sender and delete this message. Although this email and any attachments are believed to be free of any virus or other defect that might adversely affect the recipient computer system, it is the responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Richards Carrington LLC for any loss or damage arising in any way from its use.

**From:** Cara David <cdavid@pomlaw.com>
**Sent:** Wednesday, August 18, 2021 12:14 PM
**To:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Subject:** RE: David Donohoe

George,

Checking in again. Responses to this subpoena, which was properly served under the federal rules, were due August 4. FRCP Rule 45(d)(2)(B) requires that any "objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served[.]" This subpoena was served on July 16, 2021, over a month ago, meaning any objection is waived. I realize you were only recently retained, but that does not alter Mr. Donohoe's obligations under the subpoena.

As you know, we are currently under a tight discovery schedule. Mr. Donohoe led me to believe that he believed his assistant had already gathered documents. If that is not the case, and you would like to discuss search terms, I'm happy to have that discussion with you today.

Thank you,

Cara


Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

**From:** Cara David
**Sent:** Tuesday, August 17, 2021 3:39 PM

**To:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Subject:** RE: David Donohoe

Do you have a time estimate on this?

Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

---

**From:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Sent:** Monday, August 9, 2021 11:40 PM
**To:** Cara David <cdavid@pomlaw.com>
**Subject:** RE: David Donohoe

Yes, no problem.  He has just retained me and I will work with him to produce David's documents.


_____
George B. Newhouse, Jr.
**RICHARDS CARRINGTON, LLC**
545 S. Figueroa Street, Seventh Floor
Los Angeles, California 90012
P. 213-348-9016
M. 213-709-6387
www.richardscarrington.com



Confidentiality Notice and Disclaimer: The information contained in this email may contain privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this email is strictly prohibited. If you have received it in error, please immediately inform the sender and delete this message. Although this email and any attachments are believed to be free of any virus or other defect that might adversely affect the recipient computer system, it is the responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Richards Carrington LLC for any loss or damage arising in any way from its use.

---

**From:** Cara David <cdavid@pomlaw.com>
**Sent:** Monday, August 9, 2021 5:32 PM
**To:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Subject:** David Donohoe

George,

I spoke to Mr. Donohoe who said you are representing him with regard to his subpoena. Please let me know when we can expect responses. He said he'd check with you and his assistant tomorrow, so fine if you do not know until then.

5

I obviously contacted him directly not knowing he was represented by you. All communications will be done through you from now on.


Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com