# EXHIBIT F

## Cara David

| | |
|---|---|
| **From:** | Cara David |
| **Sent:** | Thursday, August 12, 2021 5:29 PM |
| **To:** | George B. Newhouse, Jr.; Julie Kamps; R.C. Harlan; Ramallo, Oscar; 'Chad Weaver'; 'Kelly Champ' |
| **Cc:** | Daniel  R. Lahana; Stephen G. Larson; Jacqueline S. Neal; Paul A. Rigali; Claire Webb; Julie Kamps; 'Chase M. Stern'; Mary Blasy |
| **Subject:** | RE: Deposition Scheduling from Conference call Today In Re YayYo Securities Mater |

I should say – the below representation should hold for each defendant. So, George, you answer on behalf of the Individual Defendants, but Chad and R.C. would also need to confirm.

Cara David
**POMERANTZLLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

**From:** Cara David
**Sent:** Thursday, August 12, 2021 5:26 PM
**To:** George B. Newhouse, Jr. <george@richardscarrington.com>; Julie Kamps <jkamps@wpcfs.com>; R.C. Harlan <rcharlan@larsonllp.com>; Ramallo, Oscar <Oscar.Ramallo@arnoldporter.com>; 'Chad Weaver' <cweaver@fmglaw.com>; 'Kelly Champ' <Kelly.Champ@fmglaw.com>
**Cc:** Daniel R. Lahana <dlahana@larsonllp.com>; Stephen G. Larson <slarson@larsonllp.com>; Jacqueline S. Neal <jneal@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Claire Webb <claire@richardscarrington.com>; Julie Kamps <jkamps@wpcfs.com>; 'Chase M. Stern' <chases@johnsonfistel.com>; Mary Blasy <MBlasy@rgrdlaw.com>
**Subject:** RE: Deposition Scheduling from Conference call Today In Re YayYo Securities Mater

As I stated explicitly on the call, I think we need to ask the Court to allow us to avoid the strict confines of that Local Rule, given the fact that ***the Company has produced no documents to date*** (as R.C. stated last week's production was all Individual Defendant documents). As you know from the Court conference a couple of weeks back, Judge MacKinnon has already stated that Plaintiffs were not responsible for delay, and I think he will understand that we cannot commit to trial exhibits by Wednesday.

However, let me know if Defendants are prepared to discuss:

(16-2.2)  your proposed stipulation of facts,
(16-2.3)  "all the exhibits" that Defendants intend to "be used at trial"
(16-2.4)  witness lists including disclosure of all experts that Defendants intend to call (16-2.5)
(16-2.6)  evidentiary issues that we need to bring to the Court's attention and
(16-2.7)  what deposition transcripts Defendants intend to use at trial and
(16-2.8)  Defendants' "Contentions of Law and Fact".

If so, I'll definitely consider holding the conference. I cannot start until 2pm EST, 11am PST.

1

Cara David
**POMERANTZLLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

---

**From:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Sent:** Thursday, August 12, 2021 5:16 PM
**To:** Cara David <cdavid@pomlaw.com>; Julie Kamps <jkamps@wpcfs.com>; R.C. Harlan <rcharlan@larsonllp.com>; Ramallo, Oscar <Oscar.Ramallo@arnoldporter.com>; 'Chad Weaver' <cweaver@fmglaw.com>; 'Kelly Champ' <Kelly.Champ@fmglaw.com>
**Cc:** Daniel R. Lahana <dlahana@larsonllp.com>; Stephen G. Larson <slarson@larsonllp.com>; Jacqueline S. Neal <jneal@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Claire Webb <claire@richardscarrington.com>; Julie Kamps <jkamps@wpcfs.com>; 'Chase M. Stern' <chases@johnsonfistel.com>; Mary Blasy <MBlasy@rgrdlaw.com>
**Subject:** RE: Deposition Scheduling from Conference call Today In Re YayYo Securities Mater

I am not good at math which is why I sometimes try to do the conference the day before.  The Rule says that the meeting should be "at least forty (40) days before the date set for the [PTC]."  I am OK holding the conference on the 18th if that suits the parties.  Lets do the call at 10:00 a.m. Pacific Time (if  you wish), but to facilitate our holding this conference I am flexible all day.  Please let us know.

---

George B. Newhouse, Jr.
**RICHARDS CARRINGTON, LLC**
545 S. Figueroa Street, Seventh Floor
Los Angeles, California 90012
P. 213-348-9016
M. 213-709-6387
www.richardscarrington.com



Confidentiality Notice and Disclaimer: The information contained in this email may contain privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this email is strictly prohibited. If you have received it in error, please immediately inform the sender and delete this message. Although this email and any attachments are believed to be free of any virus or other defect that might adversely affect the recipient computer system, it is the responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Richards Carrington LLC for any loss or damage arising in any way from its use.

---

**From:** Cara David <cdavid@pomlaw.com>
**Sent:** Thursday, August 12, 2021 2:03 PM
**To:** George B. Newhouse, Jr. <george@richardscarrington.com>; Julie Kamps <jkamps@wpcfs.com>; R.C. Harlan <rcharlan@larsonllp.com>; Ramallo, Oscar <Oscar.Ramallo@arnoldporter.com>; 'Chad Weaver' <cweaver@fmglaw.com>; 'Kelly Champ' <Kelly.Champ@fmglaw.com>
**Cc:** Daniel R. Lahana <dlahana@larsonllp.com>; Stephen G. Larson <slarson@larsonllp.com>; Jacqueline S. Neal <jneal@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Claire Webb <claire@richardscarrington.com>; Julie

Kamps <jkamps@wpcfs.com>; 'Chase M. Stern' <chases@johnsonfistel.com>; Mary Blasy <MBlasy@rgrdlaw.com>
**Subject:** RE: Deposition Scheduling from Conference call Today In Re YayYo Securities Mater

I calculate the deadline for the Local Rule 16-2 conference to be Wednesday, August 18, 2021, which is forty (40) days before the Monday, September 27, 2021 pretrial conference. That is also what the Magistrate Judge said. Why do you believe it to be the 17th?

Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

---

**From:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Sent:** Thursday, August 12, 2021 4:58 PM
**To:** Cara David <cdavid@pomlaw.com>; Julie Kamps <jkamps@wpcfs.com>; R.C. Harlan <rcharlan@larsonllp.com>; Ramallo, Oscar <Oscar.Ramallo@arnoldporter.com>; 'Chad Weaver' <cweaver@fmglaw.com>; 'Kelly Champ' <Kelly.Champ@fmglaw.com>
**Cc:** Daniel R. Lahana <dlahana@larsonllp.com>; Stephen G. Larson <slarson@larsonllp.com>; Jacqueline S. Neal <jneal@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Claire Webb <claire@richardscarrington.com>; Julie Kamps <jkamps@wpcfs.com>
**Subject:** RE: Deposition Scheduling from Conference call Today In Re YayYo Securities Mater

Counsel.

We will just have to agree to disagree then.  You may save your argument for the  appropriate time and place.

What time do you want to meet and confer on **Tuesday, August 17th for the mandated LR 16-2 conference** to discuss, *inter alia*:
(16-2.2)  your proposed stipulation of facts,
(16-2.3)  "all the exhibits" that Plaintiffs intend to "be used at trial"
(16-2.4)  witness lists including disclosure of all experts that Plaintiffs intend to call (16-2.5)
(16-2.6)   evidentiary issues that we need to bring to the Court's attention and
(16-2.7)   what deposition transcripts plaintiff's intend to use at trial and
(16-2.8)   Plaintiffs' "Contentions of Law and Fact".

I should be very interested to know what depositions  you intend to use at trial in light of the fact that by that date no deposition testimony will be taken (and none was noticed).  If it is Plaintiff's intention to waive presenting any deposition testimony and that none of the other items which the Local Rules mandate we discuss will be disclosed or discussed by Plaintiff, please let us know so we are spared having to prepare for the conference.

If you do not intend to hold the conference, kindly let us know that in advance.  Otherwise, defendants will hold the entire day open for you.

Thanks, and again, enjoy your weekend.

George B. Newhouse, Jr.
**RICHARDS CARRINGTON, LLC**
545 S. Figueroa Street, Seventh Floor
Los Angeles, California 90012
P. 213-348-9016
M. 213-709-6387
www.richardscarrington.com



Confidentiality Notice and Disclaimer: The information contained in this email may contain privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this email is strictly prohibited. If you have received it in error, please immediately inform the sender and delete this message. Although this email and any attachments are believed to be free of any virus or other defect that might adversely affect the recipient computer system, it is the responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Richards Carrington LLC for any loss or damage arising in any way from its use.

**From:** Cara David <cdavid@pomlaw.com>
**Sent:** Thursday, August 12, 2021 11:36 AM
**To:** George B. Newhouse, Jr. <george@richardscarrington.com>; Julie Kamps <jkamps@wpcfs.com>; R.C. Harlan <rcharlan@larsonllp.com>; Ramallo, Oscar <Oscar.Ramallo@arnoldporter.com>; 'Chad Weaver' <cweaver@fmglaw.com>; 'Kelly Champ' <Kelly.Champ@fmglaw.com>
**Cc:** Daniel R. Lahana <dlahana@larsonllp.com>; Stephen G. Larson <slarson@larsonllp.com>; Jacqueline S. Neal <jneal@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Claire Webb <claire@richardscarrington.com>; Chase M. Stern <chases@johnsonfistel.com>; Mary Blasy <MBlasy@rgrdlaw.com>
**Subject:** RE: Deposition Scheduling from Conference call Today In Re YayYo Securities Mater

This is wholly inaccurate, George.

The case was stayed for months—a stay discuss and applied for prior to answers/the Aegis MTD—which meant we could not serve discovery. The second we could schedule a 26(f) conference, we did. I asked the day after the mediation failed. In early emails you, on behalf of the Company and the Individual Defendants, and Julie, on behalf of WestPark, took the position that discovery was still stayed under the PSLRA even after the mediation failed because of the pending Aegis MTD. While you agreed to the 26(f) conference, you showed up at that conference completely unprepared, saying you had "not dug into" your clients document systems. Even when you did engage in some discovery – by providing Initial Disclosures – those disclosures were wholly insufficient. Indeed, I needed to seek Court intervention months later to get accurate contact information for people you disclosed, despite the fact that that information was knowable to you prior to the issuance of the Initial Disclosures. While you are free to believe what you want, and create your own fictional narrative in your head, I have many emails to back up my narrative, whereas I believe you will be a little short of proof on yours.

I also did not agree to any continuance on the phone. I stated I will discuss with Plaintiffs and I will.

I will send over a protocol today or tomorrow on the virtual depositions.

Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100

4

Direct Dial: 646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

---

**From:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Sent:** Thursday, August 12, 2021 1:57 PM
**To:** Cara David <cdavid@pomlaw.com>; Julie Kamps <jkamps@wpcfs.com>; R.C. Harlan <rcharlan@larsonllp.com>; Ramallo, Oscar <Oscar.Ramallo@arnoldporter.com>; 'Chad Weaver' <cweaver@fmglaw.com>; 'Kelly Champ' <Kelly.Champ@fmglaw.com>
**Cc:** Daniel R. Lahana <dlahana@larsonllp.com>; Stephen G. Larson <slarson@larsonllp.com>; Jacqueline S. Neal <jneal@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Claire Webb <claire@richardscarrington.com>
**Subject:** RE: Deposition Scheduling from Conference call Today In Re YayYo Securities Mater

Counsel.

A brief response with reference to your points:

1)  Agreed on the deposition scheduling and we (Individual Defendants at least, since I no longer speak for the Company) agree to consider a reasonable protocol for conducting remote (Zoom depositions). It makes sense to settle on these in advance.

2)  We agree that the schedule imposed by the Court makes the timing of discovery difficult for all parties. We see no point in arguing about whose "fault" it is (assuming an attribution of fault is even worthwhile) but I must point out what is incontrovertible: Per the Court's orders on Jan. 8 and 11th you were on notice that a July 27th trial date had been set (ECF 37) and that "[t]he discovery process should begin following the issuance of this Order. Parties should conduct discovery in accord with the Federal Rules to the fullest extent possible." (ECF 38) For four and one half months later, no discovery issued, despite the fact that you knew that you could do so. You waited until May 25th to serve the first RFP, which the defendants then requested an extension of time to respond to and the Company engaged new counsel. We have since worked diligently to comply with the document request. So please spare us the excuses and lets focus instead on moving forward in a productive manner.

We agreed in our meet and confer to seek a continuance of the trial date for at least 60 days (you were going to discuss with your "clients" a further extension of 90 days to facilitate the preparation and filing of MSJ's). That continuance will move the PTC out and all the corresponding dates set by the Local Rules will move accordingly. None of those dates can conceivably be complied with given the current status of discovery at this time, as we discussed.

For example, right now we need to have a meet and confer on August 17th, five days, which no one has scheduled in order to discuss topics that no one seems prepared to consider.

Please enjoy your weekend and let us know on Monday your preference for the deposition of Mr. El-Batrawi.

Thanks.
George

_____
George B. Newhouse, Jr.
**RICHARDS CARRINGTON, LLC**
545 S. Figueroa Street, Seventh Floor
Los Angeles, California 90012

P. 213-348-9016
M. 213-709-6387
www.richardscarrington.com



Confidentiality Notice and Disclaimer: The information contained in this email may contain privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this email is strictly prohibited. If you have received it in error, please immediately inform the sender and delete this message. Although this email and any attachments are believed to be free of any virus or other defect that might adversely affect the recipient computer system, it is the responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Richards Carrington LLC for any loss or damage arising in any way from its use.

**From:** Cara David <cdavid@pomlaw.com>
**Sent:** Thursday, August 12, 2021 10:18 AM
**To:** George B. Newhouse, Jr. <george@richardscarrington.com>; Julie Kamps <jkamps@wpcfs.com>; R.C. Harlan <rcharlan@larsonllp.com>; Ramallo, Oscar <Oscar.Ramallo@arnoldporter.com>; 'Chad Weaver' <cweaver@fmglaw.com>; 'Kelly Champ' <Kelly.Champ@fmglaw.com>
**Cc:** Daniel R. Lahana <dlahana@larsonllp.com>; Stephen G. Larson <slarson@larsonllp.com>; Jacqueline S. Neal <jneal@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Claire Webb <claire@richardscarrington.com>
**Subject:** RE: Deposition Scheduling from Conference call Today In Re YayYo Securities Mater

Thanks for sending this over, George. Agreed with the following caveats:

1) We discussed possibly doing certain other depositions virtually, depending on other scheduling. Everyone agreed. We did not discuss, but to the extent we do any virtual depositions (which I did agree to for Richter), I would want to agree to certain protocols in advance. Happy to send over a stipulation substantially the same as ones we've agreed to in other cases if you'd be willing to review. That way we can discuss sooner rather than later.

2) These dates were noticed with an October 5 trial date in mind. If that ends up moving, we will contact you with regard to rescheduling. While I know you are of the belief it is no one's fault we're in this situation—with the majority of documents still to come with noticed depositions around the corner—we are of the view that it is Defendants' fault for not providing documents or information in a timely manner. Months ago I tried to enter into a schedule that would have avoided much of what is going on now (which the exception of the uncertainty caused by the moved class cert date).

Thanks everyone for joining yesterday. Other than scheduling the September 9 conference--which I'd still like to schedule just to have something on the books if we need it--we got through all the agenda items.

I will email on Monday re: privilege log timing. I know R.C. won't be available, but hopefully Daniel can provide the relevant information.

If we do not communicate prior, have a good weekend, all.

--Cara

Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016

6

Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

---

**From:** George B. Newhouse, Jr. <george@richardscarrington.com>
**Sent:** Wednesday, August 11, 2021 9:16 PM
**To:** Cara David <cdavid@pomlaw.com>; Julie Kamps <jkamps@wpcfs.com>; R.C. Harlan <rcharlan@larsonllp.com>; Ramallo, Oscar <Oscar.Ramallo@arnoldporter.com>; 'Chad Weaver' <cweaver@fmglaw.com>; 'Kelly Champ' <Kelly.Champ@fmglaw.com>
**Cc:** Daniel R. Lahana <dlahana@larsonllp.com>; Stephen G. Larson <slarson@larsonllp.com>; Jacqueline S. Neal <jneal@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Claire Webb <claire@richardscarrington.com>
**Subject:** Deposition Scheduling from Conference call Today In Re YayYo Securities Mater

Counsel,

Please see attached correspondence confirming our discussion (and agreements) during a portion of the discovery conference today.  Cara let us know about Mr. El-Batrawi's dates discussed in the letter. Absent an agreement to his dates (or later dates if you prefer) we will be forced to seek a protective order ex parte.  Thanks

---

George B. Newhouse, Jr.
**RICHARDS CARRINGTON, LLC**
545 S. Figueroa Street, Seventh Floor
Los Angeles, California 90012
P. 213-348-9016
M. 213-709-6387
www.richardscarrington.com



Confidentiality Notice and Disclaimer: The information contained in this email may contain privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this email is strictly prohibited. If you have received it in error, please immediately inform the sender and delete this message. Although this email and any attachments are believed to be free of any virus or other defect that might adversely affect the recipient computer system, it is the responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Richards Carrington LLC for any loss or damage arising in any way from its use.