**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL OF CALIFORNIA

| | |
|---|---|
| IN RE YAYYO, INC. SECURITIES LITIGATION | Case Number: 2:20-cv-08235-SVW-AFM |
| | **NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS' REQUEST FOR FURTHER RELIEF** |

Lead Plaintiff Bernard Bednarz and Plaintiff William Koch ("Plaintiffs") submit this Notice of Supplemental Evidence in support of Plaintiffs' Request for Further Relief.  (ECF No. 126, the "Request.")

Plaintiffs filed the Request on Friday, the same day that the Individual Defendants served their Responses to Plaintiffs' First Set of Interrogatories (the "Responses").  Unfortunately, Plaintiffs did not have time to fully review the Responses before submission of the Request.  Plaintiffs plan on asking for a meet and confer with counsel for the Individual Defendants regarding the Responses – after which Plaintiffs may seek further sanctions – but submit the Responses to the Court now because Plaintiffs believe they further support Plaintiffs' concerns about spoliation.  For example, Defendant El-Batrawi admits to never retaining text messages, even though text messages should have been subject to any litigation hold.  As another example, Defendant Rosen, who left the Company in January 2020, stated he would delete text messages within a week.  A litigation hold as to certain issues in this case – specifically a dispute with former Company head Anthony Davis – should have been in place since 2018 or before (although the relevant litigation was not filed by Mr. Davis until 2020).  In text messages produced by Mr. Davis from 2018, Defendant El-Batrawi recognizes anticipated litigation by Mr. Davis.  Additionally, Defendant El-Batrawi did not even preserve text messages during the time when the securities lawsuits were pending.

NOTICE OF SUPPLEMENTAL EVIDENCE: Case No. 2:20-cv-08235-SVW-AFM

Plaintiffs respectfully ask the Court to consider the Responses when deciding on the Request.  Submitting them to the Court now will allow Defendants an opportunity to address them in their Opposition tomorrow.  Plaintiffs' First Set of Interrogatories and the Responses are submitted herein as Exhibit A and Exhibit B, respectively.

Dated:  August 23, 2021 at New York, New York

POMERANTZ LLP

*/s/    Cara David*
Jeremy A. Lieberman (*pro hac vice* forthcoming)
Cara David (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: cdavid@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein (pro hac vice forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Attorneys for Plaintiffs*

NOTICE OF SUPPLEMENTAL EVIDENCE: Case No. 2:20-cv-08235-SVW-AFM

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Cara David*
Cara David

NOTICE OF SUPPLEMENTAL EVIDENCE: Case No. 2:20-cv-08235-SVW-AFM