**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL OF CALIFORNIA**

| | |
|---|---|
| IN RE YAYYO, INC. SECURITIES LITIGATION | Case Number: 2:20-cv-08235-SVW-AFM<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>JUDGE: HON. STEPHEN V. WILSON<br>HEARING DATE: SEPTEMBER 13, 2021<br>TRIAL DATE: OCTOBER 5, 2021 |

Lead Plaintiff Bernard Bednarz and Plaintiff William Koch ("Plaintiffs") submit this Notice of Supplemental Authority in support of their Motion for Class Certification.  (ECF No. 91.)

This decision, *In re Lyft Inc. Secs. Litig.*, No. 19-cv-02690-HSG, 2021, U.S. Dist. LEXIS 158040 (Aug. 20, 2021) (attached as Exhibit A), was filed after the close of briefing.  In *In re Lyft*, defendants "argue[d] that individual issues concerning its affirmative knowledge defense defeat[ed] predominance."  *Id.* at *14.  This is similar to the argument Defendants make in this case.  However, United States District Judge Haywood S. Gilliam, Jr. of the Northern District of California granted class certification in *In re Lyft*, stating, *inter alia*, "none of the evidence shows that any putative class member knew of the purported omissions." *Id.* at *18.  As fully set forth in Plaintiffs' Reply (ECF No. 116), Defendants in this case have likewise put forth no evidence that "shows that any putative class member knew of the purported omissions."  In fact, even worse, in the instant case, Defendants have not even argued what knowledge any putative class member possibly had.

*In re Lyft* provides further support for class certification in this case.

Dated:  August 24, 2021 at New York, New York

POMERANTZ LLP

*/s/     Cara David*
Jeremy A. Lieberman (*pro hac vice* forthcoming)
Cara David (admitted *pro hac vice*)

1

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: cdavid@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein (pro hac vice forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Attorneys for Plaintiffs*

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION: Case No. 2:20-cv-08235-SVW-AFM

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/  Cara David
Cara David

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION: Case No. 2:20-cv-08235-SVW-AFM