**POMERANTZ LLP**                                                    EXHIBIT A-2
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

In re YAYYO, INC. SECURITIES LITIGATION

)
)
)
)
)
)
)
)
)
)

Case No.: 2:20-cv-08235-SVW-AFM

CLASS ACTION

PROOF OF CLAIM AND RELEASE

## I.   GENERAL INSTRUCTIONS

1.    To recover as a Class Member based on your claims against Aegis Capital Corp. as alleged in the above-captioned action (the "Litigation"), you must complete and, on page __ hereof, sign this Proof of Claim and Release ("Proof of Claim").  If you fail to submit a timely and properly addressed (as set forth in paragraph 3 below) Proof of Claim, your claim may be rejected, and you may be precluded from any recovery from the Net Settlement Fund created in connection with the proposed Settlement. This Proof of Claim and Release incorporates by reference the definitions in the Stipulation of Settlement with Aegis Capital Corp. dated August 27, 2021 ("Stipulation"), which can be obtained at _____

2.    Submission of this Proof of Claim, however, does not guarantee that you will share in the proceeds of the Settlement of the Litigation.

3.    YOU MUST MAIL OR SUBMIT ONLINE YOUR COMPLETED AND SIGNED PROOF OF CLAIM ON OR BEFORE _____, 20__, ADDRESSED AS FOLLOWS:

*YayYo Securities Settlement*
Claims Administrator
c/o AB Data, Ltd.
P.O. Box
Milwaukee, WI  53217

Online submissions:

If you are NOT a Class Member (as defined in the Stipulation, Notice of Pendency and Proposed Settlement of Class Action (the "Notice")), DO NOT submit a Proof of Claim.

4.    If you are a Class Member and you do not timely request exclusion in connection with the proposed Settlement, you will be bound by the terms of any judgment entered in the Litigation concerning the proposed Settlement, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM.

- 1 -

## II.    CLAIMANT IDENTIFICATION

If you purchased or otherwise acquired YayYo, Inc. ("YayYo") common stock ("Securities") pursuant or traceable to the registration statement and related prospectuses issued in connection with YayYo's November 13, 2019 initial public offering (the "IPO"), and held the Securities in your name, you are the beneficial purchaser or acquirer as well as the record purchaser or acquirer.  If, however, you purchased or otherwise acquired any such YayYo Securities that were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial purchaser or acquirer and the third party is the record purchaser or acquirer.

Use Part I of this form entitled "Claimant Identification" to identify each purchaser or acquirer of record ("nominee"), if different from the beneficial purchaser or acquirer of the Securities which form the basis of this claim.  THIS PROOF OF CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL PURCHASER(S) OR ACQUIRER(S), OR THE LEGAL REPRESENTATIVE OF SUCH PURCHASER(S) OR ACQUIRER(S), OF THE SECURITIES UPON WHICH THIS CLAIM IS BASED.

All joint purchasers or acquirers must sign this Proof of Claim.  Executors, administrators, guardians, conservators and trustees must complete and sign this Proof of Claim on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated.  The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the Proof of Claim.  Failure to provide the foregoing information could delay verification of your claim or result in rejection of the Proof of Claim.

If you are acting in a representative capacity on behalf of a Class Member (for example, as an executor, administrator, trustee, or other representative), you must submit evidence of your current authority to act on behalf of that Class Member.

Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.

NOTICE REGARDING ELECTRONIC FILES:  Certain claimants with large numbers of transactions may request to, or may be requested to by the Claims Administrator, submit information regarding their transactions in electronic files. All such claimants MUST also submit a manually signed paper Proof of Claim listing all of their transactions whether or not they also submit electronic copies.  If you wish to submit your claim electronically, you must contact the Claims Administrator at _____ to obtain the required file layout.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

## III.    CLAIM FORM

Use Part II of this form entitled "Schedule of Transactions in YayYo Securities" to supply all required details of your transaction(s) in YayYo Securities. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

On the schedules, provide all of the requested information with respect to *all* of your purchases or acquisitions of YayYo Securities pursuant or traceable to the registration statement and related prospectuses issued in connection with YayYo's November 13, 2019 IPO, and *all* of your sales of any such purchased or acquired Securities, if any, including whether such transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your claim.

List these transactions separately and in chronological order, by trade date, beginning with the earliest.  You must accurately provide the month, day and year of each transaction you list.

The date of covering a "short sale" is deemed to be the date of purchase of YayYo Securities.  The date of a "short sale" is deemed to be the date of sale of YayYo Securities.

Copies of stockbroker confirmation slips, stockbroker statements, or other documents evidencing your transactions in YayYo Securities as requested herein should be attached to your claim.  If any such documents are not in your possession, please obtain a copy or equivalent documents from your broker because these documents are necessary to prove and process your claim.  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

*YayYo Securities Settlement*

PROOF OF CLAIM AND RELEASE

Must Be Postmarked (if Mailed) or Received (if Submitted Online) No Later Than:

_____, 20__

<u>Please Type or Print</u>

**Remember to attach copies of stockbroker confirmation slips, stockbroker statements, or other documentation of your transactions in YayYo Securities. Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.**

PART I:      CLAIMANT IDENTIFICATION

_____

Beneficial Owner's Name (First, Middle, Last)

_____

Street Address

_____     _____

City                                            State or Province

_____     _____

Zip Code or Postal Code                 Country

_____     _____      Individual

Social Security Number or
Taxpayer Identification Number          _____      Corporation/Other

_____     _____

Area Code                Telephone Number (work)

_____     _____

Area Code                Telephone Number (home)

_____

Record Owner's Name (if different from beneficial owner listed above)

PART II:      SCHEDULE OF TRANSACTIONS IN YAYYO SECURITIES

A.      Purchases or acquisitions of YayYo Securities pursuant or traceable to YayYo's November 13, 2019 IPO:

- 5 -

| Trade Date Mo. Day Year | Number of Securities Purchased or Acquired | Total Purchase or Acquisition Price |
|---|---|---|
| 1. _____ | 1. _____ | 1. _____ |
| 2. _____ | 2. _____ | 2. _____ |
| 3. _____ | 3. _____ | 3. _____ |

IMPORTANT: Identify by number listed above all purchases in which you covered a "short sale": _____

B.    Sales of YayYo Securities between November 13, 2019 and July 23, 2020, inclusive:

| Trade Date Mo. Day Year | Number of Securities Sold | Total Sales Price |
|---|---|---|
| 1. _____ | 1. _____ | 1. _____ |
| 2. _____ | 2. _____ | 2. _____ |
| 3. _____ | 3. _____ | 3. _____ |

C.    Number of YayYo Securities held at the close of trading on July 23, 2020: _____

If you require additional space, attach extra schedules in the same format as above.  Sign and print your name on each additional page.

**YOU MUST READ AND SIGN THE RELEASE ON PAGE \_\_\_\_.
FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING YOUR CLAIM OR IN THE REJECTION OF YOUR CLAIM.**

- 6 -

## IV. SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

I (We) submit this Proof of Claim under the terms of the Stipulation described in the Notice.  I (We) also submit to the jurisdiction of the United States District Court for the Central District of California with respect to my (our) claim as a Class Member and for purposes of enforcing the release set forth herein.  I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Litigation.  I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.  I (We) have not submitted any other claim in connection with the purchase or acquisition of YayYo Securities and know of no other person having done so on my (our) behalf.

## V. RELEASE

1.  I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally and forever settle, release and discharge from the Released Plaintiffs' Claims each and all of the Released Defendant's Parties as provided in the Stipulation.

2.  This release shall be of no force or effect unless and until the Court approves the Stipulation and the Settlement becomes effective on the Effective Date.

3.  I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

4.  I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases, acquisitions, and/or sales of YayYo Securities pursuant or traceable to YayYo's November 13, 2019 IPO, and the number of YayYo Securities held by me (us) at the close of trading on July 23, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information supplied by the undersigned is true and correct.

Executed this _____ day of _____

(Month/Year)

in _____.

(City)                                         (State/Country)

_____

(Sign your name here)

_____

(Type or print your name here)

_____

(Capacity of person(s) signing, *e.g.*, Beneficial Purchaser or Acquirer, Executor or Administrator)

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME. THANK YOU FOR YOUR PATIENCE.**

Reminder Checklist:

1.  Please sign the above release and acknowledgment.

2.  Remember to attach copies of supporting documentation.

3.  Do not send originals of stock certificates or other documentation as they will not be returned.

4.  Keep a copy of your claim form and all supporting documentation for your records.

5.  If you desire an acknowledgment of receipt of your claim form, please send it Certified Mail, Return Receipt Requested.

6.  If you move, please send your new address to the address below.

7.  Do not use red pen or highlighter on the Proof of Claim or supporting documentation.

**THIS PROOF OF CLAIM MUST BE SUBMITTED ONLINE OR IF MAILED POSTMARKED NO LATER THAN _____, 20__, ADDRESSED AS FOLLOWS:**

*YayYo Securities Settlement*
Claims Administrator
c/o AB Data, Ltd.
P.O. Box
Milwaukee, WI 53217

- 8 -