**POMERANTZ LLP**                                    EXHIBIT A-3
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re YAYYO, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No.: 2:20-cv-08235-SVW-AFM <br><br> CLASS ACTION <br><br> SUMMARY NOTICE |
|---|---|---|

IF YOU PURCHASED OR OTHERWISE ACQUIRED YAYYO, INC. ("YAYYO") COMMON STOCK PURSUANT OR TRACEABLE TO THE REGISTRATION STATEMENT AND RELATED PROSPECTUSES ISSUED IN CONNECTION WITH YAYYO'S NOVEMBER 13, 2019 INITIAL PUBLIC OFFERING (THE "CLASS"), YOU MAY BE ENTITLED TO RECEIVE A PAYMENT FROM A PROPOSED CLASS ACTION SETTLEMENT.[1]

PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED BY A PROPOSED SETTLEMENT OF CLASS ACTION LITIGATION PENDING IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND IN THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and Order of the United States District Court for the Central District of California, that this Court has preliminarily approved a proposed partial Settlement of the above-captioned class action litigation (the "Litigation"). The proposed Settlement resolves all claims in the Litigation against defendant Aegis Capital Corp. ("Aegis" or "Settling Defendant"), only, for $550,000 in cash. The Litigation remains on-going against other defendants, including EVmo, Inc. (formerly known as YayYo, Inc. and RideShare Rental, Inc.), Ramy El-Batrawi, Jonathan Rosen, Kevin Pickard, Harbant S. Sidhu, Jeffrey Guzy, Christopher Miglino, Paul Richter, and WestPark Capital, Inc. All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings provided in the Stipulation of Settlement with Aegis Capital Corp. dated August 27, 2021 (the "Stipulation"), which is also available on the website.

---

[1] You should refer to the Notice of Pendency and Proposed Settlement of Class Action, which is available at _____, for further information about your rights.

- 1 -**Error! Unknown document property name.**

A Settlement Hearing will be held on _____, 20__, at _____ _.m., before the Honorable Stephen V. Wilson, at the United States District Court, Central District of California, Western Division, First Street Courthouse, 350 West 1st Street, Courtroom 10A, 10th Floor, Los Angeles, CA 90012, for the purpose of determining whether: (1) the proposed Settlement should be approved by the Court as fair, reasonable, and adequate; (2) the proposed Plan of Allocation for distribution of the Settlement proceeds is fair, reasonable, and adequate and should therefore be approved; (3) the application by Lead Counsel for payment of Plaintiffs' Counsel's attorneys' fees and litigation expenses from the Settlement Fund, including interest earned thereon, and for payment of an award to each of the named Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4) in connection with their representation of the Class, should be approved; and (4) the Court should enter the Final Judgment.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT OF THE LITIGATION, AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and a copy of the Proof of Claim and Release, you may obtain a copy of these documents by contacting the Claims Administrator: *YayYo Securities Settlement*, c/o AB Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217, [telephone number]. You may also obtain copies of the Stipulation of Settlement, Notice and Proof of Claim and Release at _____.

If you are a Class Member, in order to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release by mail postmarked no later than _____, 20__, or submit it online by that date, establishing that you are entitled to a recovery. If you do not submit a valid Proof of Claim and Release, you will not share in the distribution of the Net Settlement Fund, but you will otherwise be bound by the Settlement, including any judgment entered by the Court in this Litigation relating thereto and the releases provided for

- 2 -**Error! Unknown document property name.**

therein.  Similarly, if you do not exclude yourself from the Class and Settlement, you will be bound by the Settlement, including any judgment entered by the Court in this Litigation relating thereto and the releases provided for therein, whether or not you submit a Proof of Claim and Release.

To exclude yourself from the Class and Settlement, you must submit a written request for exclusion postmarked no later than _____, 20__, in accordance with the instructions set forth in the Notice.  If you request exclusion, you will not recover money pursuant to the Settlement.  Any objection to the proposed Settlement, the Plan of Allocation, or the fee and expense application must be filed with the Court and delivered such that it is received by each of the following no later than _____, 20__:

*Court*:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CLERK OF THE COURT
First Street Courthouse
350 West 1st Street, Suite 4311
Los Angeles, CA  90012

*Lead Counsel*:

POMERANTZ LLP
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100

*Defendant Aegis' Counsel*:

ARNOLD & PORTER
KAYE SCHOLER LLP
Aaron F. Miner
Zheng (Jane) He
250 West 55th Street
New York, NY 10019

PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, AEGIS, OR DEFENDANT AEGIS' COUNSEL REGARDING THIS NOTICE.  If you have any questions about the Settlement, or your eligibility to participate in the

- 3 -**Error! Unknown document property name.**

Settlement, you may contact Lead Counsel at the address and phone number listed above.

DATED: _____                    BY ORDER OF THE COURT
                                         UNITED STATES DISTRICT COURT
                                         CENTRAL DISTRICT OF
                                         CALIFORNIA

- 4 -**Error! Unknown document property name.**