## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-08235-SVW-AFM | Date | September 1, 2021 |
|---|---|---|---|
| Title | *In re YayYo, Inc. Securities Litigation* | | |

Present: The Honorable    STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**    ORDER GRANTING [130] JOINT STIPULATION TO CONTINUE TRIAL.

Having reviewed the Parties' Stipulation to Continue the trial date, and good cause appearing, the Court hereby orders as follows:

1. The Parties' Stipulation is GRANTED;
2. The current trial date of October 5, 2021 is vacated, and trial in this action is continued to January 18, 2022 at 9:00am, with the pretrial conference on January 10, 2022 at 3:00pm.
3. All dates and deadlines that were based on the October 5, 2021 trial dates are also continued accordingly in a manner consistent with the Federal Rules of Civil Procedure, the Local Rules, and any other applicable law, provided that the following deadlines shall be adhered to:
   a. Completion of document production, including privilege logs, by September 13, 2021.
   b. Completion of fact discovery by October 11, 2021.
   c. Expert disclosures shall be provided by October 15, 2021.
   d. Summary judgment motions or *Daubert* motions shall be submitted by November 3, 2021. Any opposition to such summary judgment or *Daubert* motion shall be submitted by November 29, 2021, and replies shall be submitted by December 17, 2021.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer

PMC