**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
Cara David (admitted *pro hac vice*)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com
cdavid@pomlaw.com

*Lead Counsel for Plaintiffs*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE YAYYO, INC. SECURITIES LITIGATION** | Case No. 2:20-cv-08235-SVW-AFM<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION TO COMPEL**<br><br>Date:     September 28, 2021<br>Time:     10:00 A.M.<br>Location: Courtroom 780<br>Judge:    Hon. Alexander F. MacKinnon<br>Trial Date: January 8, 2022<br><br><u>HEARING REQUESTED</u> |

NOTICE OF MOTION AND PLAINTIFFS' MOTION TO COMPEL   Case No. 2:20-cv-08235-SVW-AFM

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Tuesday, September 28, 2021 at 10:00 A.M., or as soon thereafter as counsel may be heard, Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively, "Plaintiffs"), will and hereby do move before the Honorable Alexander F. MacKinnon, Magistrate Judge for the United States District Court for the Central District of California, in Courtroom 780 of the Edward R. Roybal Federal Building and United States Courthouse, located at 255 E. Temple St., Los Angeles, California 90012, for an Order to compel the production of a suitable privilege log and additional documents from Defendants to Plaintiffs.

This Motion is brought pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure, Local Rules 7-3 through 7-8, and the Court's September 9, 2021 Order regarding the Procedure for Resolution of Discovery Disputes (ECF No. 144) (the "Order").

Pursuant to the Order and Local Rule 7-3, Plaintiffs bring this Motion following a good-faith meet-and-confer conference between counsel for all parties, which took place on September 14, 2021.  During the meet-and-confer conference, Plaintiffs' counsel attempted in good-faith to address Defendants' relevance and proportionality concerns, the parties' disputes over potential search terms for the disputed period, and the parties' characterizations of the burdens and benefits of an itemized privilege log versus a categorical privilege log.

Notwithstanding Plaintiffs' counsel's efforts, the parties are at an impasse on all of these issues, and the Court's intervention is respectfully requested.

In support of this Motion, Plaintiffs respectfully direct the Court's attention to the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Compel.

Dated: September 15, 2021                    Respectfully submitted,

**POMERANTZ LLP**
By: */s/ Cara David*
Cara David
(admitted *pro hac vice*)
600 Third Ave., 20th Fl.
New York, NY 10016
(212) 661-1100
cdavid@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (*pro hac vice* forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

NOTICE OF MOTION AND PLAINTIFFS' MOTION TO COMPEL   Case No. 2:20-cv-08235-SVW-AFM

NOTICE OF MOTION AND PLAINTIFFS' MOTION TO COMPEL   Case No. 2:20-cv-08235-SVW-AFM

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/  Cara David*

Cara David