# EXHIBIT A

## RE: 9/14 Meet and confer follow-up

Cara David <cdavid@pomlaw.com>

Fri 9/17/2021 12:06 AM

To: R.C. Harlan <rcharlan@larsonllp.com>; Daniel R. Lahana <dlahana@larsonllp.com>
Cc: Kelly Champ <Kelly.Champ@fmglaw.com>; george@richardscarrington.com <george@richardscarrington.com>; Luca Prisciandaro <lucap@wpcfs.com>; Jeremy Lieberman <jalieberman@pomlaw.com>

Great on John Gray. George—do you have an update on the volume for Laurie DiGiovonni?

R.C.—again, out of 500 randomly selected entries, hundreds of them were (to my eye obviously) not privileged. It is not our burden to point each issue out. My review of your completely inadequate log was a waste of my time, and Plaintiffs' resources, already.

You produced a privilege log and that is supposed to contain items you are asserting privilege over. That is your burden – the party producing a privilege log has the burden of justifying the privilege. You were Court ordered to produce a **_log of privileged materials_** no later than September 13.

We're four days out from the Court ordered deadline and I still have no idea what you are asserting privilege over because there were so many mistakes on the log you provided. This should have been the week I reviewed the log and we had a substantive discussion/I moved to compel on individual narrow issues but your log made that impossible.

Additionally, Daniel had no response on the two substantive issues I did raise on the meet and confer, nor do you respond to them here.

Because of the timing of the Court deadline requiring a motion no later than tomorrow, and the holiday, I needed a response Tuesday night to at least some of this. I made that extremely clear. Repeatedly. As of the end of the workday Wednesday EST, I had no response. And in this email you give no time estimate as to when we will receive an appropriate log – a log you were ordered to produce by September 13.

I still do not have a more detailed hit count or a look at what the hit count is with exclusion terms utilized. I still do not have a new privilege log. Depositions are beginning shortly – and we're less than a month out from the fact discovery deadline -- and none of this is worked out. Indeed, I suspect you will necessarily be producing more documents from even the 2019-2020 timeframe (assuming what is obviously not privileged on the privilege log is not yet produced) and document production was Court ordered to be complete by September 13.

Plaintiffs are being severely prejudiced by Defendants failures.


Cara David
**POMERANTZLLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial: 646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

---

**From:** R.C. Harlan <rcharlan@larsonllp.com>
**Sent:** Wednesday, September 15, 2021 6:52 PM
**To:** Cara David <cdavid@pomlaw.com>; Daniel R. Lahana <dlahana@larsonllp.com>
**Cc:** Kelly Champ <Kelly.Champ@fmglaw.com>; george@richardscarrington.com; Luca Prisciandaro

<lucap@wpcfs.com>; Jeremy Lieberman <jalieberman@pomlaw.com>
**Subject:** RE: 9/14 Meet and confer follow-up

Cara,

As Daniel relayed yesterday, we are working on the issues identified related to the privilege log regarding potentially mislabeled communications with NASDAQ and OTC (as well as the other issues). That log contains thousands of entries, and it will take time to review and reproduce it. It is unclear what remaining issues haven't been resolved regarding the privilege log. Furthermore, we have made clear that we will work with you to correct any potential inadvertent mistakes that are revealed in the future. If you could specify what further issues you plan to move to compel on, I'm sure we can work together to resolve those issues and avoid any motion practice.

Also, one further note, we were able to speak with John Gray and he is compiling responsive documents, which we hope to have soon.

Best,

R.C.


**R.C. Harlan**

Partner

……………………………...

**LARSON** LLP

555 South Flower Street, Suite 4400

Los Angeles, CA 90071

213.436.4868 Direct

213.436.4888 Office

213.623.2000 Fax

rcharlan@larsonllp.com

Los Angeles | Orange County | Washington, D.C.

……………………………..

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Cara David <cdavid@pomlaw.com>
**Sent:** Wednesday, September 15, 2021 3:30 PM
**To:** Daniel R. Lahana <dlahana@larsonllp.com>
**Cc:** Kelly Champ <Kelly.Champ@fmglaw.com>; george@richardscarrington.com; Luca Prisciandaro <lucap@wpcfs.com>; R.C. Harlan <rcharlan@larsonllp.com>; Jeremy Lieberman <jalieberman@pomlaw.com>
**Subject:** RE: 9/14 Meet and confer follow-up

[EXTERNAL EMAIL]

Counsel,

Given that I have not heard from you, despite your representation that you would get back to me on the log (and your remaining production, which you represented would be produced yesterday) at least, it appears we will have issues to bring before the Court. Given the timing of the holiday, and the due date, Plaintiffs intend to file the brief tonight. I had hoped to avoid burdening the Court, but I'm not sure what else to do given the timing and your lack of response. Plaintiffs do not intend to move to compel tonight for additional depositions or any of the third party

productions, as we will await to hear from you on those. Hopefully you will get back to me in a timely manner and we can avoid additional briefing.

I am still waiting to hear from Mr. Koch, but I will update you on his availability as soon as I know it.

As you know, while West Coast folks are working away still, I am personally offline starting very soon. If there is anyone on this chain that observes, have an easy and meaningful fast.

I will (I think) see you on Monday.

Best,

Cara

Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com

---

**From:** Cara David
**Sent:** Tuesday, September 14, 2021 11:27 PM
**To:** Daniel R. Lahana <dlahana@larsonllp.com>
**Cc:** Kelly Champ <Kelly.Champ@fmglaw.com>; george@richardscarrington.com; Luca Prisciandaro <lucap@wpcfs.com>; R.C. Harlan <rcharlan@larsonllp.com>; Jeremy Lieberman <jlieberman@pomlaw.com>
**Subject:** 9/14 Meet and confer follow-up

Following up on our meet and confer earlier, and my emails regarding the production and privilege log, so we can decide what to bring to the Court:

1. You stated you would review the privilege log and get back to me tonight. You produced a privilege log with 7850 entries all marked "privilege communications." I have done a check of 500 of these entries. It confirmed my initial impression: this log is highly flawed. Of that 500, hundreds were to 3rd parties or between non-attorneys within the company. You have chosen not to do any redactions, meaning you are claiming privilege over the entirety of these 7850 documents. Given the extent of the issues with this log – which I honestly did believe was sent in error – I do not believe it is Plaintiffs' burden to go line by line. Rather, I hope to hear from you tonight on the sending of a new log and the production of the many non-privileged documents which appear on this log.

2. As I raised, I believe George's extremely broad assertion of the privilege of board meetings during the depositions is unwarranted under the law or facts of this case. This is especially so given the NASDAQ production which indicates whatever privilege may have existed was waived as to much of this discussion. It is unclear to me if you are taking such a broad view in your privilege log given that your privilege log is currently flawed. Perhaps I will get more clarity on that tonight.

3. We are happy to make our lead plaintiff available October 4. I am still waiting to hear from Mr. Koch but will get back to you as soon as possible on that. As I stated, I was not told you wanted to depose them until today, so I'm trying to get a response as soon as possible, but it might not be until next week given the holiday. I am waiting your word on whether you will consent to over 10 depositions given the reasons I enumerated on the call.

4. We're still talking about the productions of third parties you or George represent. I'm hoping George will have an update on Ms. Digiovanni's production, given that he hopes to know about volume tomorrow. I

also sent you the format I was discussing for a John Gray motion to compel unless you had an update about that.

5. I have raised various concerns about the production. The last production is missing custodian information. But perhaps more alarming is the amount of data corruption. I've raised some of it in emails—specifically, the metadata does not match the documents, several attachments seem to be without parent emails and other emails/letters seem to be separated from their attachments.

6. We seemingly remain at an impasse regarding documents outside the 2019-2020 timeframe. I have articulated – now multiple times – why I believe these documents to be clearly relevant to our claims. I have been saying for a long time that I'm happy to negotiate search terms. I've suggested numerous ways to limit the burden. But the extreme delay in responses from you leaves me with concern that, even if we can somehow come to a resolution absent court order, by the time the documents are produced, we will be too close to depositions. I know you were hoping to hear on a more nuanced hit count. Hopefully that will come tonight and we can come to quick agreement.

7. I remain concerned with missing documents and spoliation issues (apart from the metadata issues raised in #5). It seems incomprehensible that Boyd Bishop – a man one deponent stated was hired in part to investigate El-Batrawi's involvement with the company (a key issue to this case) – would not have one relevant custodian document if there were a proper hold in place as of 4/20 at the latest. Given that the Individual Defendants who have testified thus far testified that they were not told to retain documents until very recently, should we need to file a brief with the Court (which I hope to avoid), I will be raising this.

8. I believe you said you producing a few hundred documents tonight still.

9. This was not something we discussed on our meet-and-confer because of the absence of George, but thus far we seem to have no custodian documents from Christopher Miglino. However, George has stated Mr. Miglino did produce emails. So I await word on that, as I know you processed those documents.

As a reminder, I will be offline as of about 3:30pm PST tomorrow in observance of the Jewish holiday. Therefore, given the Court ordered deadline of Friday for briefing, and the little time we have before depositions begin, I hope to still hear from you tonight.

Thank you,

Cara

Cara David
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-214-7730
Fax: 917-463-1044
cdavid@pomlaw.com