UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.  CV20-08235-SVW-(AFMx)                                  Date: October 1, 2021

Title       IN RE YAYYO, INC. SECURITIES LITIGATION

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. MAGISTRATE JUDGE

|  |  |
|---|---|
| Ilene Bernal | Zoom Webinar |
| Deputy Clerk | Recorder |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

Cara David                                               Daniel Lahana
                                                              Richard Harlan

**Proceedings:  PLAINTIFFS' MOTION TO COMPEL (ECF #146)**

The Court held a hearing via Zoom regarding Plaintiffs' motion to compel.  For the reasons stated on the record, the Court grants the motion in part, as follows:  On or before October 24, 2021, Defendant YayYo, Inc. shall: (1) provide an amended privilege log that addresses the issues identified by the Court during hearing; and (2) shall produce documents dated before 2019 that are responsive to Plaintiffs' requests for production relating to allegations in the amended complaint as identified by reasonable searches proportional to the needs of this case.

IT IS SO ORDERED.

|  |  |
|---|---|
|  | :32 |
| **Initials of Preparer** | ib |