**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL OF CALIFORNIA

|  |  |
|---|---|
| IN RE YAYYO, INC. SECURITIES LITIGATION | Case Number: 2:20-cv-08235-SVW-AFM<br><br>**DECLARATION OF CARA DAVID IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE** |

DECLARATION OF CARA DAVID                    Case No. 2:20-cv-08235-SVW-AFM

I, Cara David, declare as follows:

1.    I am Of Counsel at Pomerantz LLP, court-appointed Lead Counsel in the action. I am admitted *pro hac vice* in this action. I respectfully submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Settlement.

2.    Annexed hereto are true and correct copies of the following documents:

Exhibit 1: Stipulation of Settlement with the YayYo Defendants and WestPark Capital, Inc., dated November 18, 2021 (the "Stipulation")

Exhibit A to the Stipulation: [Proposed] Order Preliminarily Approving Settlement ("Proposed Preliminary Approval Order").

Exhibit A-1 to the Proposed Preliminary Approval Order: Notice of Pendency  and Proposed Settlement; ("Notice")

Exhibit A-2 to the Proposed Preliminary Approval Order: Proof of And Release ("Proof of Claim")

Exhibit A-3 to the Proposed Preliminary Approval Order: Summary Notice ("Summary Notice")

Exhibit B to the Stipulation: [Proposed] Final Judgment Approving Class Action Settlement ("Judgment")

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this November 19, 2021 at New York, New York.

*/s/ Cara David*
Cara David

DECLARATION OF CARA DAVID                    Case No. 2:20-cv-08235-SVW-AFM

1

CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/  Cara David*
Cara David

DECLARATION OF CARA DAVID              Case No. 2:20-cv-08235-SVW-AFM