**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiff*

EXHIBIT A-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re YAYYO, INC. SECURITIES LITIGATION | ) Case No.: 2:20-cv-08235-SVW-AFM<br>)<br>) <u>CLASS ACTION</u><br>)<br>) SUMMARY NOTICE<br>)<br>)<br>)<br>) |

IF YOU PURCHASED OR OTHERWISE ACQUIRED YAYYO, INC. ("YAYYO") COMMON STOCK PURSUANT OR TRACEABLE TO THE REGISTRATION STATEMENT AND RELATED PROSPECTUSES ISSUED IN CONNECTION WITH YAYYO'S NOVEMBER 13, 2019 INITIAL PUBLIC OFFERING AND/OR PURCHASED OR OTHERWISE ACQUIRED YAYYO STOCK DURING THE PERIOD FROM NOVEMBER 13, 2019 THROUGH AND INCLUDING APRIL 28, 2020 (THE "CLASSES"), YOU MAY BE ENTITLED TO RECEIVE A PAYMENT FROM PROPOSED CLASS ACTION SETTLEMENTS.[1]

PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED BY PROPOSED SETTLEMENTS OF CLASS ACTION LITIGATION PENDING IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND IN THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and Order of the United States District Court for the Central District of California, that this Court has preliminarily approved proposed Settlements of the above-captioned class action litigation (the "Litigation"). The proposed Settlements resolves all claims in the Litigation for $1,700,000.00 composed of two settlements.

All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings provided in the Stipulation of Settlement with Aegis Capital Corp. dated August 27, 2021, and the Stipulation of Settlement with the YayYo

---

[1] You should refer to the Notice of Pendency and Proposed Settlements of Class Action, which is available at _____, for further information about your rights.

- 1 -

Defendants and WestPark, dated November 18, 2021 (the "Settlements"). Both of these are available on the website at _____.

A Settlement Hearing will be held on _____, 20__, at _____ _.m., before the Honorable Stephen V. Wilson, at the United States District Court, Central District of California, Western Division, First Street Courthouse, 350 West 1st Street, Courtroom 10A, 10th Floor, Los Angeles, CA 90012, for the purpose of determining whether: (1) the proposed Settlements should be approved by the Court as fair, reasonable, and adequate; (2) the proposed Plan of Allocation for distribution of the Settlements proceeds is fair, reasonable, and adequate and should therefore be approved; (3) the application by Lead Counsel for payment of Plaintiff's Counsel's attorneys' fees and litigation expenses from the Settlement Fund, including interest earned thereon, and for payment of an award to each of the named Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4) in connection with their representation of the Class, should be approved; and (4) the Court should enter the Final Judgment.

IF YOU ARE A MEMBER OF THE CLASSES DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENTS OF THE LITIGATION, AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. If you have not received a detailed Notice of Pendency and Proposed Settlements of Class Action (the "Notice") and a copy of the Proof of Claim and Release, you may obtain a copy of these documents by contacting the Claims Administrator: *YayYo Securities Settlement*, c/o A.B. Data, Ltd., P.O. Box _____ , Milwaukee, WI 53217, [telephone number]. You may also obtain copies of the Stipulations of Settlement, Notice and Proof of Claim and Release at _____.

If you are a Class Member, in order to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release by mail postmarked no later than _____, 20__, or submit it online by that date, establishing that you are entitled to a recovery. If you do not submit a valid Proof

of Claim and Release, you will not share in the distribution of the Net Settlement Fund, but you will otherwise be bound by the Settlements, including any judgment entered by the Court in this Litigation relating thereto and the releases provided for therein.  Similarly, if you do not exclude yourself from the Classes and Settlements, you will be bound by the Settlements, including any judgment entered by the Court in this Litigation relating thereto and the releases provided for therein, whether or not you submit a Proof of Claim and Release.

To exclude yourself from any of the Classes and/or either or both of the Settlements, you must submit a written request for exclusion postmarked no later than _____, 20__, in accordance with the instructions set forth in the Notice.  If you request exclusion, you will not recover money pursuant to the Settlements.  Any objection to either or both of the proposed Settlements, the Plan of Allocation, or the fee and expense application must be filed with the Court and delivered to Lead Counsel and each Defendant's counsel such that they are *received*  by no later than _____, 20__, in accordance with the instructions set forth in the Notice.

PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, OR DEFENSE COUNSEL REGARDING THIS NOTICE.  If you have any questions about the Settlements, or your eligibility to participate in the Settlements, you may contact Lead Counsel at the address and phone number listed above.

DATED: _____

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF
CALIFORNIA

- 3 -