UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re YAYYO, INC. SECURITIES LITIGATION | Case No.: 2:20-cv-08235-SVW-AFM |
| | CLASS ACTION |
| | ORDER |

The Court, having read and considered Plaintiff's Request for Telephonic or Zoom Appearance at the Preliminary Approval Hearing (the "Request"), finds good cause shown, and hereby orders:

1. The Request is granted.

2. Plaintiff's counsel may appear by Zoom at the hearing set for December 13, 2021, at 1:30 pm.

IT IS SO ORDERED.

DATED: ___December 8, 2021___          _____
                                        THE HONORABLE STEPHEN V. WILSON
                                        UNITED STATES DISTRICT JUDGE