UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-08235-SVW-AFM | Date | December 13, 2021 |
|---|---|---|---|
| Title | In re YayYo, Inc. Securities Litigation | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Gaye Limon | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Cara David | Oscar Ramallo<br>Daniel Lahana<br>Kelly Champ |

**Proceedings:** ZOOM HEARING - [166] MOTION for Settlement Approval Unopposed Motion for Preliminary Approval of Settlement filed by Plaintiff

    Case called. Attorneys state their appearances. The Court inquires if there is any opposition to the settlement. The Court is advised that Benard Bednarz, a party in the action, requests to address the Court regarding his objection to the settlement. The request is granted. The objection is placed on the record.

    The matter is submitted.

    Order to issue.

| | : | 12 |
|---|---|---|
| | Initials of Preparer | PMC |