# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re YAYYO, INC. SECURITIES LITIGATION | Case No. 2:20-cv-08235-SVW-AFM |
| | CLASS ACTION |
| | **DECLARATION OF BERNARD BEDNARZ** |

Pursuant to 28 U.S.C. §1746, I, Bernard Bednarz, declare:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1. I hereby submit this declaration in support of (1) Plaintiffs' motion for final approval of the class action settlements; (2) Plaintiffs' Counsel's request for attorneys' fees and reimbursement of expenses; and (3) my application for a service award related to my representation of the Settlement Classes. I intend nothing in this Declaration to constitute a waiver of attorney-client privilege or the work product doctrine.

2. I am the Lead Plaintiff in the above referenced matter. William Koch is an Additional Plaintiff in this Litigation.

3. Pursuant to my obligations as Lead Plaintiff, through my lawyers, I participated in settlement negotiations. My lawyers conferred with me in advance of their negotiations with counsel for Defendants, informing me promptly of the progress of those settlement negotiations. After consulting with my lawyers and considering the risks and expense of continued litigation, on behalf of myself and the Settlement Classes, I approved the Aegis Settlement in this case which totals $550,000.00.

4. Further, while I initially filed an objection to Preliminary Approval of the YayYo Settlement, I recognize that the Court considered my objection and still granted preliminary approval to the Settlement because it concluded that "the settlement's plan of allocation adequately addresses this concern" that I raised "and, more broadly, treats class members equitably." (ECF No. 173 at 2). I have therefore withdrawn my objection and approve of the YayYo Settlement, which totals $1,150,000.00.

5. As such, I approve of both Settlements in this case, which total $1,700,000.00. I believe this is a fair and adequate result, considering the strengths of the case in light of the risks, including the Company's financial situation, and expense of continued litigation.

6. As Lead Plaintiff, I participated in each phase of the litigation, conferring with my counsel about substance and procedure and remaining abreast of developments in

this case and news concerning EvMo, formally known as YayYo, Inc. and Rideshare Rental, Inc. ("YayYo" or the "Company"). I satisfied my obligations as Lead Plaintiff by:

    a. Regularly communicating with my lawyers at Pomerantz LLP ("Pomerantz") concerning strategic and other aspects of this litigation;

    b. Requesting and receiving regular updates on material events, such as the preparation of the complaint and amendments thereto, my appointment as Lead Plaintiff, Defendants' motions (including Aegis' motion to dismiss and the YayYo Defendants' motion for judgment on the pleadings), discovery developments, class certification matters (including Plaintiffs' motion for class certification and Defendants' opposition), and discussions concerning the potential resolution of this matter;

    c. Reviewing and discussing with counsel the preparation of various court papers, including the Amended Complaint, my motion for appointment as Lead Plaintiff, opposition to Defendant Aegis' motion to dismiss, opposition to the YayYo Defendants' motion for judgment on the pleadings, responses to discovery requests and the class certification motion;

    d. Objecting to Preliminary Approval of the YayYo Settlement, which I have since withdrawn, and appearing at the preliminary approval hearing;

    e. Reviewing YayYo's public disclosures;

    f. Participating in settlement negotiations with my counsel and approving the proposed Settlements totaling $1,700,000; and

    g. Reviewing the settlement documents.

7. I believe that I fulfilled my fiduciary duty to the Settlement Classes to work with counsel to make sure the Settlement Classes received fair and adequate representation. I have done my best to vigorously promote the interests of the Settlements Classes and

- 2 -

DECLARATION OF BERNARD BEDNARZ

to obtain the largest recovery possible under the circumstances, and I do believe that the Settlements confer the best result possible under all of the circumstances.

8. I understand that the PSLRA, 15 U.S.C. § 78u-4(a)(4), provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation.

9. In fulfillment of my responsibilities as Lead Plaintiff, as discussed in ¶6 above, I conservatively estimate that I devoted at least 200 hours of time to this litigation. The time that I devoted to the representation of the Settlement Classes in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me.

10. I believe that the time and effort I devoted to this litigation was necessary to help achieve the Settlements for the Class.

11. Accordingly, I respectfully request that the Court approve a payment to me in the amount of $15,000.00 as reimbursement for the time spent, and efforts I made, on behalf of the Settlement Classes. It is my belief that this request for reimbursement is fair and reasonable.

12. I understand Lead Counsel will seek an award of attorneys' fees in the amount of 25% of the Settlement Amounts. I support Lead Counsel's request for attorneys' fees. Leads Counsel's fee request for 25% of the Gross Settlement Fund is made in accordance with the retainer agreement I entered into with Lead Counsel at the beginning of this Action, which permitted Lead Counsel to seek fees not to exceed 33.3% of any settlement or judgment achieved. I have discussed the requested fee and expense application with Lead Counsel and I believe that Lead Counsel's application for attorneys' fees is fair and reasonable in light of work performed by Lead Counsel on behalf of the Settlement Classes. I also support Lead Counsel's request for reimbursement of litigation expenses which I believe is fair and reasonable.

- 3 -
DECLARATION OF BERNARD BEDNARZ

13. In sum, I respectfully request that the court approve the Settlements; reimburse me for the time I spent on this case and representing the Class; and approve Lead Counsel's request for attorneys' fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 2, 2022 in Berkeley, California.

_BB_

_____

Bernard Bednarz

- 4 -

DECLARATION OF BERNARD BEDNARZ