# EXHIBIT 4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re YAYYO, INC. SECURITIES LITIGATION | ) | Case No. 2:20-cv-08235-SVW-AFM |
|---|---|---|
| | ) | |
| | ) | CLASS ACTION |
| | ) | |
| | ) | **DECLARATION OF** |
| | ) | **WILLIAM KOCH** |
| | ) | |
| | ) | |
| | ) | |

DECLARATION OF WILLIAM KOCH

Pursuant to 28 U.S.C. §1746, I, William Koch, declare:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1. I hereby submit this declaration in support of (1) Plaintiffs' motion for final approval of the class action settlements; (2) Plaintiffs' Counsel's request for attorneys' fees and reimbursement of expenses; and (3) my application for a service award related to my representation of the Settlement Classes. I intend nothing in this Declaration to constitute a waiver of attorney-client privilege or the work product doctrine.

2. I am a Plaintiff in the above referenced matter. Bernard Bednarz is the Lead Plaintiff in this Litigation.

3. Pursuant to my obligations as a Plaintiff, through my lawyers, I participated in settlement negotiations. My lawyers conferred with me in advance of their negotiations with counsel for Defendants, informing me promptly of the progress of those settlement negotiations. After consulting with my lawyers and considering the risks and expense of continued litigation and the Company's financial situation, on behalf of myself and the Settlement Classes, I approved both Settlements in this case which total $1,700,000. I believe this is a fair and adequate result, considering the strengths of the case in light of the risks and expense of continued litigation.

4. As a Plaintiff, I participated in each phase of the litigation, conferring with my counsel about substance and procedure and remaining abreast of developments in this case and news concerning EvMo, formally known as YayYo, Inc. and Rideshare Rental, Inc. ("YayYo" or the "Company"). I satisfied my obligations as a Plaintiff by:

    a. Regularly communicating with my lawyers at Pomerantz LLP ("Pomerantz") concerning strategic and other aspects of this litigation;

    b. Requesting and receiving regular updates on material events, such as the preparation of the complaint and amendments thereto, Defendants' motions (including Aegis' motion to dismiss and the YayYo Defendants' motion for judgment on the pleadings), discovery developments, class

- 1 -
DECLARATION OF WILLIAM KOCH

certification matters (including Plaintiffs' motion for class certification and Defendants' opposition), and discussions concerning the potential resolution of this matter;

c. Reviewing and discussing with counsel the preparation of various court papers, including, the Amended Complaint, opposition to Defendant Aegis' motion to dismiss, opposition to the YayYo Defendants' motion for judgment on the pleadings, responses to discovery requests and the class certification motion;

d. Attending and preparing for a lengthy deposition, which involved extensive communications with counsel leading up to the deposition;

e. Reviewing YayYo's public disclosures;

f. Participating in settlement negotiations with my counsel and approving the proposed Settlements totaling $1,700,000; and

g. Reviewing the settlement documents.

5.  I believe that I fulfilled my fiduciary duty to the Settlement Classes to work with counsel to make sure the Settlement Classes received fair and adequate representation. I have done my best to vigorously promote the interests of the Settlements Classes and to obtain the largest recovery possible under the circumstances, and I do believe that the Settlements confer the best result possible under all of the circumstances.

6. I understand that the PSLRA, 15 U.S.C. § 78u-4(a)(4), provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation.

7.  In fulfillment of my responsibilities as a Plaintiff, as discussed in ¶4 above, I conservatively estimate that I devoted at least 30 hours of time to this litigation. The time that I devoted to the representation of the Settlement Classes in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me.

- 2 -
DECLARATION OF WILLIAM KOCH

8. As for my professional activities, I manage real estate investments and am semi-retired. I also have experience as an investor as I have been investing in the securities markets for approximately 40 years.

9. I believe that the time and effort I devoted to this litigation was necessary to help achieve the Settlements for the Class.

10. Accordingly, I respectfully request that the Court approve a payment to me in the amount of $10,000.00 as reimbursement for the time spent, and efforts I made, on behalf of the Settlement Classes. It is my belief that this request for reimbursement is fair and reasonable.

11. I understand Lead Counsel will seek an award of attorneys' fees in the amount of 25% of the Settlement Amounts. I support Lead Counsel's request for attorneys' fees. Leads Counsel's fee request for 25% of the Gross Settlement Fund is made in accordance with the retainer agreement I entered into with Lead Counsel at the beginning of this Action, which permitted Lead Counsel to seek fees not to exceed 33.3% of any settlement or judgment achieved. I have discussed the requested fee and expense application with Lead Counsel and I believe that Lead Counsel's application for attorneys' fees is fair and reasonable in light of work performed by Lead Counsel on behalf of the Settlement Classes. I also support Lead Counsel's request for reimbursement of litigation expenses which I believe is fair and reasonable.

12. In sum, I respectfully request that the court approve the Settlements; reimburse me for the time I spent on this case and representing the Class; and approve Lead Counsel's request for attorneys' fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April $\underset{\underline{\quad}}{25}$, 2022 in East Otto, NY.

DocuSign by:

*William Koch*

4B3CDC2324524A6...

William Koch

- 3 -

DECLARATION OF WILLIAM KOCH