**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re YAYYO, INC. SECURITIES LITIGATION | Case No. 2:20-cv-08235-SVW-AFM <br><br> DATE: June 6, 2022 <br> TIME: 1:30pm <br> CTRM: 10A <br> JUDGE: Honorable Stephen V. Wilson |

# NOTICE OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS

PLEASE TAKE NOTICE that Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively "Plaintiffs"), individually and on behalf of all others similarly situated, will hereby move this Court on June 6, 2022 at 1:30 p.m., before the Honorable Judge Stephen V. Wilson, United States District Judge of the United States District Court for the Central District of California, First Street Courthouse, 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012, for an Order: (i) awarding attorneys' fees of 25% of the Settlement, or $425,000, plus interest; (ii) awarding expense reimbursement of $74,454.78, plus interest; and (iii) awarding $15,000 to Lead Plaintiff Bernard Bednarz and $10,000 to Plaintiff William Koch.

Plaintiffs base this motion upon the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs, the Declaration of Michael Grunfeld on Behalf of Pomerantz LLP Concerning Attorneys' Fees and Expenses, the Declaration of Michael Grunfeld In Support of Plaintiffs' Motions For (1) Final Approval of Proposed Class Action Settlements; and (2) Attorneys' Fees, Reimbursement of Expenses, and Awards To Plaintiffs, the Declaration of Jack Ewashko Concerning (A) Mailing of the Notice Packet; (B) Publication of The Summary Notice; and (C) Report on Requests For Exclusion and Objections, and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Plaintiffs make this motion following the conference of counsel pursuant to Local Rule 7-3, during which the Defendants indicated they do not intend to oppose this motion.

Dated: May 2, 2022         Respectfully submitted,

**POMERANTZ LLP**
By: */s/ Michael Grunfeld*
Michael Grunfeld (admitted *pro hac vice*)
600 Third Ave., 20th Fl.

- 1 -

NOTICE OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS

New York, NY 10016
(212) 661-1100
mgrunfeld@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
Ari Basser (SBN 272618)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com
abasser@pomlaw.com

*Lead Counsel for Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/Michael Grunfeld*

Michael Grunfeld