**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re YAYYO, INC. SECURITIES LITIGATION

) Case No. 2:20-cv-08235-SVW-AFM
)
) <u>CLASS ACTION</u>
)
) SUPPLEMENTAL DECLARATION
) OF MICHAEL GRUNFELD IN
) FURTHER SUPPORT OF
) PLAINTIFFS' MOTIONS FOR (1)
) FINAL APPROVAL OF
) SETTLEMENTS AND PLAN OF
) ALLOCATION; AND (2)
) ATTORNEYS' FEES,
) REIMBURSEMENT OF EXPENSES,
) AND AWARDS TO PLAINTIFFS

DATE:      June 6, 2022
TIME:      1:30pm
CTRM:    10A
JUDGE:   Honorable Stephen V. Wilson

SUPPLEMENTAL DECLARATION OF MICHAEL GRUNFELD IN FURTHER SUPPORT OF PLAINTIFFS'
MOTIONS FOR (1) FINAL APPROVAL OF SETTLEMENTS AND PLAN OF ALLOCATION; AND (2)
ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS

I, Michael Grunfeld, declare as follows:

1.      I am an attorney duly licensed to practice law in New York, and I have been admitted *pro hac vice* in this Action. I am a Partner at Pomerantz LLP, court-appointed Lead Counsel in the Action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      I submit this declaration in further support of Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively "Plaintiffs") Motions for: (1) final approval of the Settlements and Plan of Allocation; and (2) an award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs, filed concurrently herewith.

3.      Attached hereto as Exhibit 1 is the [Proposed] Order and Final Judgment Approving Class Action Settlements, Attorneys' Fees, Expenses, and Awards to Plaintiffs.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Supplemental Declaration of Jack Ewashko Concerning: (A) Mailing of the Notice and Claim Form; and (B) Report on Requests for Exclusion and Objections.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2022.

/s/ Michael Grunfeld

Michael Grunfeld

- 1 -

SUPPLEMENTAL DECLARATION OF MICHAEL GRUNFELD IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR (1) FINAL APPROVAL OF SETTLEMENTS AND PLAN OF ALLOCATION; AND (2) ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 27, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael Grunfeld
Michael Grunfeld

SUPPLEMENTAL DECLARATION OF MICHAEL GRUNFELD IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR (1) FINAL APPROVAL OF SETTLEMENTS AND PLAN OF ALLOCATION; AND (2) ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS