# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE YAYYO, INC. SECURITIES LITIGATION

Case No. 2:20-cv-08235-SVW-AFM

## SUPPLEMENTAL DECLARATION OF JACK EWASHKO CONCERNING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

DECLARATION OF JACK EWASHKO
CASE NO. 2:20-cv-08235-SVW-AFM

I, Jack Ewashko, hereby declare under penalty of perjury as follows:

1. I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's January 13, 2022 Order Granting Motion for Preliminary Approval of Settlement (ECF No. 173) (the "Preliminary Approval Order"), A.B. Data was authorized to act as the Claims Administrator in connection with the above-captioned action (the "Action"). I submit this Supplemental Declaration in order to provide the Court and the Parties updated information regarding the mailing of the Notice and Claim Form to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

### UPDATE ON MAILING OF POSTCARD NOTICE

2. As noted in the Declaration of Jack Ewashko Regarding (A) Mailing of the Notice and Proof of Claim Form; (B) Proof of Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections dated May 2, 2022 (the "Ewashko Declaration," ECF No. 184-2), A.B. Data mailed 7,626 Notice Packets to potential Settlement Class Members and their nominees. Since the Ewashko Declaration was filed, 1,935 additional Notice Packets were mailed.

3. Since the Ewashko Declaration an additional 29 Notice Packets were returned. Of these, the United States Postal Service provided forwarding addresses for 28, and A.B. Data immediately mailed another Notice Packet to the updated addresses. The remaining 1 Notice Packet returned as undeliverable and the United States Postal Office did not have any forwarding address on record.

### UPDATE ON TELEPHONE HELPLINE

4. The Ewashko Declaration noted that A.B. Data maintains a case-specific toll-free telephone number (1-877-311-1068), which was set forth in the

DECLARATION OF JACK EWASHKO
CASE NO. 2:20-cv-08235-SVW-AFM

Notice Packet and Summary Notice. A.B. Data made the toll-free helpline available for Settlement Class Members to call and obtain information about the Settlements. A.B. Data continues to promptly respond to each telephone inquiry and address Settlement Class Member inquiries.

### UPDATE ON SETTLEMENT WEBSITE

5. The Ewashko Declaration also noted that on March 14, 2022, A.B. Data established a case-specific dedicated website for the Settlement, www.YayYoSecuritiesLitigation.com (the "Settlement Website"). The Settlement Website is accessible 24 hours a day, 7 days a week. A.B. Data continues to maintain the website. Among other things, the Settlement Website contains a home page; important documents page with the Notice and Claim Form, Preliminary Approval Order, and the Stipulation and Agreement of Settlement; a file a claim online page; and a contact us page.

### UPDATE ON REPORT OF EXCLUSIONS AND OBJECTIONS

6. The Notice Packet, Summary Notice, and the dedicated website informed potential Settlement Class Members that written requests for exclusion were to be mailed to A.B. Data such that they were received no later than May 13, 2022. A.B. Data has been monitoring all mail delivered for this case. The Ewashko Declaration stated that A.B. Data received one exclusion request. A copy of that exclusion request along with A.B. Data's correspondence is attached hereto as Exhibit A. The request was received from an individual who claims he purchased 20,000 shares directly from Defendants prior to the IPO and 3,000 shares on the open market after the Class Period in this action. This individual represents that he has commenced his own lawsuit against Defendants and does not refer to the merits of the Settlements as a basis for his request for exclusion.

7. Since the Ewashko Declaration, A.B. Data has been forwarded one additional exclusion request that was initially received by Lead Counsel. A copy of that exclusion request is attached hereto as Exhibit B. The request was received

-2-

DECLARATION OF JACK EWASHKO
CASE NO. 2:20-cv-08235-SVW-AFM

from an individual who submitted account statements showing the sale of approximately 96,200 shares of YayYo. I also understand that this individual told Lead Counsel that he objects to the Settlement, but, as the Notice provides, "[i]f you exclude yourself from the Classes, you are not entitled to submit an objection." (Exhibit A to the Ewashko Declaration, ECF No. 184-2 ¶ 51). This individual also did not provide the required documentation for any possible objection. (*Id.* ¶¶ 55-59).

8.	According to the Notice and Summary Notice, Settlement Class Members seeking to object to the Settlements, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, were required to file their objection no later than May 13, 2022. As of the date of this Declaration, A.B. Data has neither received any objections nor been notified that Lead Counsel has received any valid objections.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2022.

_____
Jack Ewashko

DECLARATION OF JACK EWASHKO
CASE NO. 2:20-cv-08235-SVW-AFM

# EXHIBIT A

YayYo - 54517

186874642

APR 04 2022

March 28, 2022

Dear Sirs,

I paid 80,000 on or around February 8, 2018 for 10,000 shares of Yayo that Ramy El-Batrawi (who I thought was a personal friend of mine) increased to 20,000 because of what he claimed were changes in the registration.

I never received any written documentation of these transactions other than an acknowledgement.

When I tried to transfer the 20,000 shares from the transfer agent, IV Transfer, to a regular brokerage account, no one would take the shares, until Ramy persuaded his personal broker at Fidelity to open an account for me.

That happened around July of 2021.

I also purchased 3,000 shares on the open market at Ramy's insistance in early February 2021.  I purchased 1000 shares on February 10, 2021 at $5.46 and 2000 shares on March 8, 2021, at $4.48.

Please exclude me from any class actions against either defendant.  I have sued Ramy and Evmo separately and I want to be excluded from all class actions against either party. Do I need to do anything else?

Thank you,

Norm Zada, Ph.D.

**NORM ZADA, Ph.D.**

LOS ANGELES CA 900

29 MAR 2022 PM 9

AB Data Ltd.
P.O. Box 173001
Milwaukee WI 53217

53217-801201

# EXHIBIT B

## Brandon Cordovi

| | |
|---|---|
| **From:** | Jeremy Lieberman |
| **Sent:** | Sunday, May 15, 2022 2:40 PM |
| **To:** | Michael Grunfeld |
| **Subject:** | Fwd: YayYo |

Pls send to admin

Jeremy A. Lieberman

Begin forwarded message:

> **From:** ██████████████
> **Date:** May 15, 2022 at 2:37:23 PM EDT
> **To:** Jeremy Lieberman <jalieberman@pomlaw.com>
> **Cc:** ██████████████
> **Subject: YayYo**

Mr. Jeremy Lieberman,

We were shareholders and still have some shares of YayYo and we want to be excluded from the settlement, in the event we are not excluded we will be objecting to the settlement. Please confirm that we will be excluded from the settlement. I would appreciate you calling me at ██████████ as soon as possible to discuss. Thank you

Chase Financing Inc.,
Chase Financing Inc. Profit Sharing & 401K Plan – Robert Herskowitz TTEES
Robert Herskowitz