**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re YAYYO, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:20-cv-08235-SVW-AFM<br><br>CLASS ACTION<br><br>SUBMISSION IN RESPONSE TO QUESTIONS AT JUNE 6, 2022 HEARING<br><br>DATE:      July 11, 2022<br>TIME:      1:30pm<br>CTRM:    10A<br>JUDGE:   Honorable Stephen V. Wilson |

**SUBMISSION IN RESPONSE TO QUESTIONS AT JUNE 6, 2022 HEARING**

Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively "Plaintiffs") make this submission to follow-up on the Court's questions at the settlement hearing held on June 6, 2022, when the Court requested information on (1) the amount of notice and administration expenses and (2) individual settlement class member recoveries.[1]

## I.       Total Recovery After Accounting for Fees and Expenses

Notice and administration expenses are estimated to be $90,415.02 total (including $67,915.02 expended to date and an estimated additional $22,500 through the completion of the claims process). Supplemental Declaration of Jack Ewashko Concerning Notice and Administration Expenses ("Supp. Ewashko Expense Decl.") ¶ 2.[2] This is far below the $200,000 provided for in in paragraph 2.8 of the Settlement Agreement. *See* ECF No. 168-1. Settlement class members are therefore scheduled to receive $1,085,130.20 total. This is based on the $1.7 million total settlement amount minus requested attorneys' fees of $425,000, expenses of $74,454.78[3] and lead plaintiff awards of $25,000 (assuming the Court grants the requested fees and expenses), and notice and administration expenses of approximately $90,415.02. *See* Supp. Ewashko Expense Decl. ¶ 2; ECF Nos. 183 at 29-30, 184-3 and 186 at 31.

As explained in Plaintiffs' motion for final approval, the settlement amount is 14% of maximum total damages, and even more (17%) excluding pre-judgment interest, before the deduction of fees and expenses. *See* ECF No. 183 at 19-21. After accounting for the requested fees and expenses, the remaining $1.085 million in settlement funds are 9% of maximum total damages (of $12 million) and 10.85% of

[1] Terms not defined herein have the same meaning as in the Settlement Agreement (ECF No. 168-1).
[2] Plaintiffs attach the Supp. Ewashko Expense Decl. as Exhibit 1 to this submission.
[3] A typographical error in Plaintiffs' Reply brief in further support of the Settlement stated that attorneys' expenses total $74,604.78. The accurate amount of attorneys' expenses is $74,454.78, as described in Plaintiffs' opening brief and accompanying declaration. *See* ECF Nos. 183 at 29-30, 184-3 ¶ 7, and 186 at 31.

**SUBMISSION IN RESPONSE TO QUESTION AT JUNE 6, 2022 HEARING**

($10 million in) damages without pre-judgement interest. This recovery—both before and after deducting fees and expenses—is very favorable for the class in comparison to other securities class actions. *See In re Omnivision Techs., Inc.*, 559 F. Supp. 2d 1036, 1042 (N.D. Cal. 2008) (approving 6% recovery of maximum damages after the deduction of fees and expenses and 9% recovery of maximum damages before the deduction of fees and expenses) (citing *In re Heritage Bond Litig.*, 2005 WL 1594403, at *8-9 (C.D. Cal. June 10, 2005) (noting that average recovery in shareholder class action litigation is between 2% and 3% of maximum damages)); *In re Biolase, Inc. Sec. Litig.*, 2015 WL 12720318, at *4 (C.D. Cal. Oct. 13, 2015) (settlement representing "approximately 8% of the maximum recoverable damages" before fees and expenses "equals or surpasses the recovery in many other securities class actions"); *Destefano v. Zynga, Inc.*, 2016 WL 537946, at *11 (N.D. Cal. Feb. 11, 2016) ("Settlement Amount represent[ing] approximately 14 percent of likely recoverable aggregate damages at trial" before fees and expenses was "well within the range of percentages approved in other securities-fraud related actions."); *In re Giant Interactive Grp., Inc. Sec. Litig.*, 279 F.R.D. 151, 162–63 (S.D.N.Y. 2011) ("the average settlement in securities class actions ranges from 3% to 7% of the class' total estimated losses"); *In re Dropbox, Inc. Securities Litigation*, 5:19-cv-06348, ECF No. 115 at 1-2 n.3, 9, ECF No. 115-2 ¶ 14, and ECF No. 135 (2021 N.D. Cal.) (granting final approval of $1.375 million settlement at the pleading stage that was 3.8% of damages, including 25% in attorneys' fees and up to $250,000 in notice and administration expenses).

Fees and expenses in these cases were comparable, or even higher as a proportion of the settlement, to fees and expenses here. *See Omnivision*, 559 F. Supp. 2d 1036 at 1049 (awarding 28% in attorneys' fees, $560,489.90 in expenses, and $29,913.90 to lead plaintiffs). The settlement here also compares very favorably with settlements of similar size, especially considering the extensive discovery efforts and class certification briefing that took place before settlement. *See* ECF No. 186 at 17-18, 24-25 (describing counsel's efforts in prosecuting this action). For example, in *Biolase*,

- 2 -

**SUBMISSION IN RESPONSE TO QUESTION AT JUNE 6, 2022 HEARING**

which—in contrast to the extensive discovery and class certification efforts here— settled "relatively early," before any "formal discovery" or class certification briefing, the Court awarded "$428,749.02 in attorneys' fees, based on an award of 25% of the $1,750,000 settlement fund after reimbursement of the above costs" and "allocate[d] up to $100,000 of the Gross Settlement Funds for settlement administration costs." *In re Biolase, Inc. Sec. Litig.*, 2015 WL 12720318, at *2, 5, 8; *see also Dropbox*, 5:19-cv-06348, ECF No. 115 at 1-2 n.3, 9, ECF No. 115-2 ¶ 14, and ECF No. 135 (approving $1.375 million settlement with 25% attorneys' fees and up to $250,000 in notice and administration costs).

Furthermore, the recovery here is significantly higher than the median ratio of settlement values reported by both Cornerstone Research and NERA Economic Consulting. *See* Cornerstone Research, "Securities Class Action Settlements — 2021 Review and Analysis," at 6 (the median recovery in Section 10(b) cases in 2021 was 4.9% of estimated damages); NERA Economic Consulting, "Recent Trends in Securities Class Action Litigation: 2020 Full-Year Review, at 19 ("For cases settled between 2012 and 2020, the ratio of settlement to Investor Losses is. . . 5.2% for cases with Investor Losses between $20 million and $50 million.").

The recovery here is therefore very favorable to the Class both before and after accounting for fees and expenses.

## II.    Recovery Based on Claims Submitted

The Claims Administrator has received 344 Claims submissions, which amount to $2,650,106.61 of recognized losses under the Plan of Allocation. *See* Supp. Ewashko Expense Decl. ¶ 3. These claims encompass 2,704,459 shares that suffered damages under the Plan of Allocation. *Id*. The Claims Administrator is still in the process of reviewing these claims and will follow-up with claimants concerning any deficiencies in their claims. *Id.* ¶ 4. The final number of damaged shares, amount of recognized loss, and recovery per share might vary based on these standard quality control measures. *Id.*

- 3 -

**SUBMISSION IN RESPONSE TO QUESTION AT JUNE 6, 2022 HEARING**

Based on these current figures, settlement class members are scheduled to receive approximately 41% of their recognized loss (calculated by dividing (1) the total amount of settlement funds for the class after accounting for fees and expenses (approximately $1.085 million) by (2) the total amount of recognized loss (approximately $2.650 million)). *See* Supp. Ewashko Expense Decl. at ¶ 5. This comes out to approximately $0.40 per damaged share (based on claims encompassing 2,704,459 shares that suffered damages under the Plan of Allocation) after the deduction of fees and expenses, though the amount will vary for any given share under the Plan of Allocation, depending on when each share was purchased and sold. *Id*. This recovery per share is substantial in light of YayYo's low share price, which was only $4.00 per share at the time of the Company's IPO, the fact that the claims submitted here cover approximately 2.7 million damaged shares, and that securities class action settlements regularly involve comparable, or even higher, fees and expenses as those here.

## III.   CONCLUSION

For the foregoing reasons, and those set forth in Plaintiffs' opening and reply memoranda, Plaintiffs respectfully submit that (1) the Settlements and Plan of Allocation are fair, reasonable, and adequate; (2) the Final Approval Motion should be granted in full; (3) the Court should approve the application for an award of attorneys' fees of 25% of the Settlement Amounts, or $425,000, plus interest, and reimbursement of expenses incurred of $74,454.78, plus interest; (4) the Court should approve Awards to Lead Plaintiff Bernard Bednarz of $15,000 and Plaintiff William Koch of $10,000; and (5) the Court should enter the [Proposed] Order and Final Judgment Approving Class Action Settlement, Attorneys' Fees, Expenses, and Awards to Plaintiffs.[4]

---

[4] The [Proposed] Order and Final Judgment Approving Class Action Settlement, Attorneys' Fees, Expenses, and Awards to Plaintiffs was attached as Exhibit 1 to the Supplemental Declaration of Michael Grunfeld in Further Support of Plaintiffs' Motions for (1) Final Approval of Settlements and Plan of Allocation; and (2)

- 4 -

**SUBMISSION IN RESPONSE TO QUESTION AT JUNE 6, 2022 HEARING**

Dated: June 30, 2022

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Michael Grunfeld*
Michael Grunfeld
(admitted *pro hac vice*)
600 Third Ave., 20th Fl.
New York, NY 10016
(212) 661-1100
mgrunfeld@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
Ari Basser (SBN 272618)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com
            abasser@pomlaw.com

*Lead Counsel for Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs. (ECF No. 190-1).

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael Grunfeld
Michael Grunfeld

- 6 -

**SUBMISSION IN RESPONSE TO QUESTION AT JUNE 6, 2022 HEARING**