## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE YAYYO, INC. SECURITIES LITIGATION

Case No. 2:20-cv-08235-SVW-AFM

## SUPPLEMENTAL DECLARATION OF JACK EWASHKO CONCERNING NOTICE AND ADMINISTRATION EXPENSES

I, Jack Ewashko, hereby declare under penalty of perjury as follows:

1.      I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.  Pursuant to the Court's January 13, 2022 Order Granting Motion for Preliminary Approval of Settlement (ECF No. 173) (the "Preliminary Approval Order"), A.B. Data was authorized to act as the Claims Administrator in connection with the above-captioned action (the "Action").  I submit this Supplemental Declaration in order to provide the Court and the Parties updated information regarding notice and administration expenses, and the settlement claims process, in response to the Court's questions at the settlement hearing held on June 6, 2022.  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

## UPDATE ON NOTICE AND ADMINISTRATION EXPENSES

2.      To date, Notice and Administration expenses total $67,915.02. A.B. Data also estimates that there will be an additional $22,500 in expenses through the completion of the initial distribution. Based on the expenses to date and the estimated expenses through completion of the claims process, the estimated total notice and administration expenses is $90,415.02.

## UPDATE ON CLAIMS SUBMISSIONS

3.      To date, A.B. Data has received 344 Claims submissions, which amount to $2,650,106.61 of recognized losses under the Plan of Allocation. These claims encompass 2,704,459 shares that suffered damages under the Plan of Allocation. This does not include shares bought during the class period that did not suffer any harm under the Plan of Allocation.

4.      A.B. Data is still in the settlement administration process, including reviewing claims (for example, to exclude duplicate claims, claims submitted by persons that are excluded under the settlement, and otherwise invalid claims) and

-1-                  DECLARATION OF JACK EWASHKO
                     CASE NO. 2:20-cv-08235-SVW-AFM

will follow-up with claimants concerning any deficiencies in their claims. The final number of damaged shares, amount of recognized loss, and recovery per share might vary based on these standard quality control measures.

5.   Based on these current figures, settlement class members are scheduled to receive approximately 41% of their recognized loss (calculated by dividing (1) the total amount of settlement funds for the class after accounting for fees and expenses (approximately $1,085,130.20) by (2) the total amount of recognized loss (approximately $2,650,106 million)). This comes out to approximately $0.40 per damaged share after the deduction of fees and expenses, though the amount will vary for any given share under the Plan of Allocation, depending on when each share was purchased and sold.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 30, 2022.

_____
Jack Ewashko

DECLARATION OF JACK EWASHKO
CASE NO. 2:20-cv-08235-SVW-AFM