**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE STEVEN V. WILSON, JUDGE PRESIDING**

IN RE YAYO SECURITIES LITIGATION,   )
)
)
)
)
)
)
)   No. CV20-08235-SVW
)
)
)
)
)
.                         )
)
_____   )
)
)

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**MOTION FOR SETTLEMENT APPROVAL**

**LOS ANGELES, CALIFORNIA**

**MONDAY, JUNE 6, 2022**

**MIRIAM V. BAIRD, CSR 11893, CCRA**
**OFFICIAL U.S. DISTRICT COURT REPORTER**
**350 WEST FIRST STREET**
**FOURTH FLOOR**
**LOS ANGELES, CALIFORNIA 90012**
**MVB11893@aol.com**

UNITED STATES DISTRICT COURT

**A P P E A R A N C E S**


**ON BEHALF OF THE PLAINTIFFS:**     ARI YALE BASSER
                                     POMERANTZ LLP
                                     1100 GLENDON AVENUE 15TH
                                     FLOOR
                                     LOS ANGELES, CA 90024


**ON BEHALF OF THE DEFENDANTS:**     GEORGE B. NEWHOUSE , JR.
                                     RICHARDS CARRINGTON LLC
                                     545 SOUTH FIGUEROA STREET,
                                     7TH FLOOR
                                     LOS ANGELES, CA 90071

                                     RICHARD C. HARLAN
                                     LARSON O'BRIEN LLP
                                     555 SOUTH FLOWER STREET
                                     SUITE 4400
                                     LOS ANGELES, CA 90071

                                     OSCAR RAMALLO
                                     ARNOLD AND PORTER KAYE
                                     SCHOLER LLP
                                     777 SOUTH FIGUEROA STREET
                                     LOS ANGELES, CA 90017

LOS ANGELES, CALIFORNIA; MONDAY, JUNE 6, 2022; 2:05 P.M.

---

THE CLERK:  CV20-08235, In re:  YayYo, Inc., Securities Litigation.

Counsel, please state your appearance for the record.

MR. BASSER:  Ari Basser on behalf of the putative settlement class.

MR. NEWHOUSE:  Good afternoon, Your Honor.

George Newhouse on behalf of the individual defendants.

MR. RAMALLO:  Good afternoon, Your Honor.

Oscar Ramallo on behalf of defendant Aegis Capital Corp.

MR. HARLAN:  R.C. Harlan on behalf of YaYo.

THE COURT:  There was some -- this is here for final approval of the class action settlement.  There's some reference in the earlier proceedings about the settlement -- the settlement having a cap of $200,000 for settlement administration.  There doesn't seem to be any number in the settlement amount for the administrator's cost.  The settlement apparently requires the administration cost to be taken out of the settlement.  Can the parties inform the Court about that.

MR. BASSER:  Your Honor, for plaintiffs and the putative settlement class, I personally don't have information about that detail of the settlement.  I was not involved in the litigation itself.  I was asked to cover this final approval hearing.  If Your Honor needs that information, I can obtain it.

THE COURT:  I mean, what if the administrative costs are very large?  I mean, the settlement here is not terribly substantial.  What will each class member get as a settlement?

MR. BASSER:  My understanding of the settlement is that each class member will receive under the plan of allocation a certain amount based on when that class member purchased the stock, and then subsequently --

THE COURT:  What is the range of amounts, given those parameters?

MR. BASSER:  I can't speak to --

THE COURT:  Do you know?

MR. BASSER:  -- the exact details.

THE COURT:  You're not prepared then.  I'm not going to approve it.  Come back in a month.

MR. BASSER:  Yes, Your Honor.

THE CLERK:  Further hearing is July 11th at 1:30 p.m.

MR. NEWHOUSE:  Thank you, Your Honor.

MR. BASSER:  Thank you, Your Honor.

(Proceedings concluded at 2:07 p.m.)

CERTIFICATE

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT

TRANSCRIPT OF THE STENOGRAPHICALLY RECORDED PROCEEDINGS IN

THE ABOVE MATTER.

FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.


/s/ Miriam V. Baird                    07/06/2022

MIRIAM V. BAIRD                              DATE
OFFICIAL REPORTER

UNITED STATES DISTRICT COURT

## $

**$200,000** [1] - 3:20

## /

**/s** [1] - 6:9

## 0

**07/06/2022** [1] - 6:9

## 1

**1100** [1] - 2:4
**11893** [1] - 1:23
**11th** [1] - 4:23
**15TH** [1] - 2:4
**1:30** [1] - 4:24

## 2

**2022** [2] - 1:19, 3:1
**2:05** [1] - 3:1
**2:07** [1] - 5:2

## 3

**350** [1] - 1:24

## 4

**4400** [1] - 2:14

## 5

**545** [1] - 2:10
**555** [1] - 2:13

## 6

**6** [2] - 1:19, 3:1

## 7

**777** [1] - 2:17
**7TH** [1] - 2:11

## 9

**90012** [1] - 1:25
**90017** [1] - 2:17
**90024** [1] - 2:5
**90071** [2] - 2:11, 2:14

## A

**ABOVE** [1] - 6:4
**action** [1] - 3:18
**administration** [2] - 3:21, 3:23
**administrative** [1] - 4:7

**administrator's** [1] - 3:22
**Aegis** [1] - 3:14
**afternoon** [2] - 3:10, 3:13
**allocation** [1] - 4:13
**amount** [2] - 3:22, 4:13
**amounts** [1] - 4:15
**AND** [2] - 2:16, 6:2
**AND/OR** [1] - 6:6
**ANGELES** [7] - 1:18, 1:25, 2:5, 2:11, 2:14, 2:17, 3:1
**ANY** [1] - 6:5
**appearance** [1] - 3:6
**APPROVAL** [1] - 1:17
**approval** [2] - 3:18, 4:5
**approve** [1] - 4:21
**ARE** [1] - 6:6
**ARI** [1] - 2:3
**Ari** [1] - 3:8
**ARNOLD** [1] - 2:16
**AVENUE** [1] - 2:4

## B

**Baird** [1] - 6:9
**BAIRD** [2] - 1:23, 6:10
**based** [1] - 4:13
**BASSER** [8] - 2:3, 3:8, 4:1, 4:11, 4:17, 4:19, 4:22, 5:1
**Basser** [1] - 3:8
**BEHALF** [2] - 2:3, 2:9
**behalf** [4] - 3:8, 3:11, 3:14, 3:16

## C

**CA** [4] - 2:5, 2:11, 2:14, 2:17
**CALIFORNIA** [4] - 1:2, 1:18, 1:25, 3:1
**cap** [1] - 3:20
**Capital** [1] - 3:14
**CARRINGTON** [1] - 2:10
**CCRA** [1] - 1:23
**CENTRAL** [1] - 1:2
**certain** [1] - 4:13
**CERTIFICATE** [1] - 6:1
**CERTIFY** [1] - 6:2
**CHARGED** [1] - 6:5
**CIRCUIT** [1] - 6:5
**class** [6] - 3:9, 3:18, 4:2, 4:9, 4:12, 4:13
**CLERK** [2] - 3:4, 4:23
**concluded** [1] - 5:2
**CONFERENCE** [1] - 6:7
**CONFORMANCE** [1] - 6:6
**Corp** [1] - 3:15
**CORRECT** [1] - 6:2
**cost** [2] - 3:22, 3:23
**costs** [1] - 4:8
**counsel** [1] - 3:6
**Court** [1] - 3:25
**COURT** [7] - 1:1, 1:23, 3:17, 4:7, 4:15, 4:18, 4:20

**cover** [1] - 4:4
**CSR** [1] - 1:23
**CV20-08235** [1] - 3:4
**CV20-08235-SVW** [1] - 1:8

## D

**DATE** [1] - 6:10
**defendant** [1] - 3:14
**DEFENDANTS** [1] - 2:9
**defendants** [1] - 3:12
**DEPOSIT** [1] - 6:6
**detail** [1] - 4:3
**details** [1] - 4:19
**DISTRICT** [3] - 1:1, 1:2, 1:23

## E

**exact** [1] - 4:19

## F

**FEE** [1] - 6:5
**FEES** [1] - 6:5
**FIGUEROA** [2] - 2:10, 2:17
**final** [2] - 3:18, 4:5
**FIRST** [1] - 1:24
**FLOOR** [3] - 1:24, 2:4, 2:11
**FLOWER** [1] - 2:13
**FOR** [2] - 1:17, 6:5
**FOREGOING** [1] - 6:2
**FOURTH** [1] - 1:24

## G

**George** [1] - 3:11
**GEORGE** [1] - 2:9
**given** [1] - 4:15
**GLENDON** [1] - 2:4

## H

**HARLAN** [2] - 2:12, 3:16
**Harlan** [1] - 3:16
**hearing** [2] - 4:5, 4:23
**HEREBY** [1] - 6:2
**Honor** [7] - 3:10, 3:13, 4:1, 4:5, 4:22, 4:25, 5:1
**HONORABLE** [1] - 1:3

## I

**IN** [3] - 1:4, 6:3, 6:6
**Inc** [1] - 3:4
**individual** [1] - 3:11
**inform** [1] - 3:24
**information** [2] - 4:3, 4:6
**involved** [1] - 4:4
**IS** [1] - 6:2
**itself** [1] - 4:4

**J**

**JR** [1] - 2:9
**JUDGE** [1] - 1:3
**JUDICIAL** [1] - 6:7
**July** [1] - 4:23
**JUNE** [2] - 1:19, 3:1

**K**

**KAYE** [1] - 2:16

**L**

**large** [1] - 4:8
**LARSON** [1] - 2:13
**LESS** [1] - 6:5
**LITIGATION** [1] - 1:4
**litigation** [1] - 4:4
**Litigation** [1] - 3:5
**LLC** [1] - 2:10
**LLP** [3] - 2:3, 2:13, 2:16
**LOS** [7] - 1:18, 1:25, 2:5, 2:11, 2:14, 2:17, 3:1

**M**

**MATTER** [1] - 6:4
**mean** [2] - 4:7, 4:8
**member** [3] - 4:9, 4:12, 4:13
**MIRIAM** [2] - 1:23, 6:10
**Miriam** [1] - 6:9
**MONDAY** [2] - 1:19, 3:1
**month** [1] - 4:21
**MOTION** [1] - 1:17
**MR** [11] - 3:8, 3:10, 3:13, 3:16, 4:1, 4:11, 4:17, 4:19, 4:22, 4:25, 5:1
**MVB11893@aol.com** [1] - 1:25

**N**

**needs** [1] - 4:5
**NEWHOUSE** [3] - 2:9, 3:10, 4:25
**Newhouse** [1] - 3:11
**number** [1] - 3:21

**O**

**O'BRIEN** [1] - 2:13
**obtain** [1] - 4:6
**OF** [7] - 1:2, 1:16, 2:3, 2:9, 6:3, 6:7
**OFFICIAL** [2] - 1:23, 6:10
**ON** [2] - 2:3, 2:9
**OSCAR** [1] - 2:15
**Oscar** [1] - 3:14

**P**

**p.m** [2] - 4:24, 5:2
**P.M** [1] - 3:1

**parameters** [1] - 4:16
**parties** [1] - 3:24
**personally** [1] - 4:2
**PLAINTIFFS** [1] - 2:3
**plaintiffs** [1] - 4:1
**plan** [1] - 4:12
**POMERANTZ** [1] - 2:3
**PORTER** [1] - 2:16
**prepared** [1] - 4:20
**PRESIDING** [1] - 1:3
**proceedings** [2] - 3:19, 5:2
**PROCEEDINGS** [2] - 1:16, 6:3
**purchased** [1] - 4:14
**putative** [2] - 3:8, 4:2

**R**

**R.C** [1] - 3:16
**RAMALLO** [2] - 2:15, 3:13
**Ramallo** [1] - 3:14
**range** [1] - 4:15
**RE** [1] - 1:4
**re** [1] - 3:4
**receive** [1] - 4:12
**record** [1] - 3:7
**RECORDED** [1] - 6:3
**REDUCTION** [1] - 6:6
**reference** [1] - 3:19
**REGULATIONS** [1] - 6:7
**REPORTER** [2] - 1:23, 6:10
**REPORTER'S** [1] - 1:16
**requires** [1] - 3:23
**RICHARD** [1] - 2:12
**RICHARDS** [1] - 2:10

**S**

**SCHOLER** [1] - 2:16
**SECURITIES** [1] - 1:4
**Securities** [1] - 3:5
**seem** [1] - 3:21
**SETTLEMENT** [1] - 1:17
**settlement** [13] - 3:9, 3:18, 3:19, 3:20, 3:22, 3:23, 3:24, 4:2, 4:3, 4:8, 4:10, 4:11
**SOUTH** [3] - 2:10, 2:13, 2:17
**state** [1] - 3:6
**STATES** [2] - 1:1, 6:7
**STENOGRAPHICALLY** [1] - 6:3
**STEVEN** [1] - 1:3
**stock** [1] - 4:14
**STREET** [4] - 1:24, 2:10, 2:13, 2:17
**subsequently** [1] - 4:14
**substantial** [1] - 4:9
**SUITE** [1] - 2:14

**T**

**terribly** [1] - 4:9
**THAT** [1] - 6:2

**THE** [15] - 2:3, 2:9, 3:4, 3:17, 4:7, 4:15, 4:18, 4:20, 4:23, 6:2, 6:3, 6:4, 6:6, 6:7
**THIS** [1] - 6:5
**TRANSCRIPT** [3] - 1:16, 6:3, 6:5
**TRUE** [1] - 6:2

**U**

**U.S** [1] - 1:23
**under** [1] - 4:12
**UNITED** [2] - 1:1, 6:7

**W**

**WEST** [1] - 1:24
**WILSON** [1] - 1:3
**WITH** [1] - 6:6

**Y**

**YALE** [1] - 2:3
**YaYo** [1] - 3:16
**YAYO** [1] - 1:4
**YayYo** [1] - 3:4