**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for*
*Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re YAYYO, INC. SECURITIES LITIGATION

)
)
)
)
)
)
)
)
)
)

Case No. 2:20-cv-08235-SVW-AFM

**CLASS ACTION**

JUDGE: Honorable Stephen V. Wilson

## NOTICE OF PLAINTIFFS' MOTION
## FOR AUTHORIZATION TO DISTRIBUTE NET SETTLEMENT FUND

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jack Ewashko Concerning the Results of the Claims Administration Process (the "Ewashko Declaration") submitted by the Court-approved Claims Administrator, A.B. Data, Ltd. ("A.B. Data" or "Claims Administrator"), and the Memorandum in Support of Plaintiffs' Motion for Authorization to Distribute Net Settlement Fund, Lead Plaintiff Bernard Bednarz and Plaintiff William Koch (collectively "Plaintiffs"), through their counsel, will and hereby does move this Court for entry of the accompanying Proposed Order Granting Authorization to Distribute the Net Settlement Fund. That order will, *inter alia*: (1) approve A.B. Data's administrative recommendations accepting and rejecting Proofs of Claim Forms submitted in this Action; (2) direct the distribution of 100% of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court; (3) direct that distribution checks state "DEPOSIT PROMPTLY; VOID AND SUBJECT TO REDISTRIBUTION IF NOT NEGOTIATED WITHIN 120 DAYS OF DISTRIBUTION"; (4) direct that Authorized Claimants will forfeit all recovery from the Settlement if they fail to deposit or cash their distribution checks in a timely manner; (5) adopt the recommended plan for any funds remaining following the distribution; (6) release claims related to the claims administration process; and (7) provide that the Court retains jurisdiction to consider any further applications

1

concerning the administration of the Settlement, and such other and further relief as the Court deems appropriate.

The Proposed Order Granting Authorization to Distribute the Net Settlement Fund is filed concurrently herewith.

Dated: January 19, 2023

Respectfully submitted,

**POMERANTZ LLP**
By: */s/ Michael Grunfeld*
Michael Grunfeld (admitted *pro hac vice*)
600 Third Ave., 20th Fl.
New York, NY 10016
(212) 661-1100
mgrunfeld@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
Ari Basser (SBN 272618)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com
          abasser@pomlaw.com

*Lead Counsel for Plaintiffs and the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

Notice of Motion for Distribution – No. 2:20-cv-08235-SVW-AFM

## CERTIFICATE OF SERVICE

I hereby certify that on 19th day of January, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/Michael Grunfeld*
Michael Grunfeld
