ARNOLD & PORTER KAYE SCHOLER LLP
Oscar D. Ramallo (Bar No. 241487)
oscar.ramallo@arnoldporter.com
Daniel S. Shimell (Bar No. 300931)
daniel.shimell@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:   (213) 243-4000
Facsimile:    (213) 243-4199

Aaron F. Miner
aaron.miner@arnoldporter.com
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Attorneys for Defendant
Aegis Capital Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE YAYYO, INC. SECURITIES LITIGATION | Case No. 2:20-cv-08235-SVW-AFM |
|---|---|
| | **DEFENDANT AEGIS CAPITAL CORP.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR AUTHORIZATION TO DISTRIBUTE NET SETTLEMENT FUND** |
| | Date:        January 30, 2023<br>Time:       1:30 p.m.<br>Crtrm:      10A<br>Judge:      Hon. Stephen V. Wilson |

173231361

DEFENDANT AEGIS CAPITAL CORP.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S
MOTION FOR AUTHORIZATION TO DISTRIBUTE NET SETTLEMENT FUND

Pursuant to L.R. 7-9, defendant Aegis Capital Corp. ("Aegis"), by and through its undersigned counsel, hereby notifies the Court that Aegis does not oppose plaintiff's Motion for Authorization to Distribute Net Settlement Fund, filed on January 19, 2023 (the "Motion"). Dkt No. 198.

Dated:  January 27, 2023            ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Daniel S. Shimell
    Aaron F. Miner
    Oscar D. Ramallo
    Daniel S. Shimell

    *Attorneys for Defendant*
    *Aegis Capital Corp.*

- 1 -