UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

In re YAYYO, INC. SECURITIES LITIGATION )
)
) CASE NO.
) 20-CV-08235-SVW
)
)
)
)
)
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

MONDAY, JANUARY 30, 2023

1:55 P.M.

LOS ANGELES, CALIFORNIA

_____

MAREA WOOLRICH, CSR 12698, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, SUITE 4311
LOS ANGELES, CALIFORNIA 90012
mareawoolrich@aol.com

**UNITED STATES DISTRICT COURT**

**APPEARANCES OF COUNSEL:**

**FOR YAYYO:**

    LARSON O'BRIEN LLP
    BY:  RICHARD C. HARLAN
    555 S. Flower Street, Suite 4400
    Los Angeles, CA 90071

**FOR WILLIAM KOCH:**

    POMERANTZ LLP
    BY:  MICHAEL GRUNFELD
    600 Third Avenue, 20th Floor
    New York, NY 10016

**FOR WESTPARK CAPITAL:**

    WESTPARK CAPITAL
    BY:  LUCA PRISCIANDARO
    800 Century Park East, Suite 220
    Los Angeles, CA 90067

**FOR AEGIS CAPITAL:**

    ARNOLD & PORTER KAYE SCHOLER LLP
    BY:  DANIEL SHIMELL
    777 S. Figueroa Street, 44th Floor
    Los Angeles, CA 90017

LOS ANGELES, CALIFORNIA; MONDAY, JANUARY 30, 2023

1:55 P.M.

-oOo-

THE COURTROOM DEPUTY:  Calling Item 4, CV 20-8235-SVW, In Re YayYo Incorporated Securities Litigation.

Counsel, please state your appearances.

MR. PRISCIANDARO:  Good --

MR. HARLAN:  Good afternoon, Your Honor R.C. Harlan for YayYo -- I'm sorry.  Good morning, Your Honor.  I was at state court all morning.  Good morning, Your Honor. R.C. Harlan on behalf of YayYo, the company.

MR. PRISCIANDARO:  Good afternoon, Your Honor. Luca Prisciandaro appearing on behalf of Westpark Capital.

MR. SHIMELL:  Good afternoon, Your Honor. Daniel Shimell appearing on behalf of Defendant Aegis Capital.

MR. GRUNFELD:  Good afternoon, Your Honor. Mike Grunfeld from Pomerantz on behalf of plaintiffs and the settlement class.

THE COURT:  And the reason I noticed this hearing is why is it necessary for the Court to authorize the disbursement of funds?  In other words, once the settlement is approved, which I did, why -- why does the Court have to be involved in each administrative step?  Isn't that something that could be done without Court approval, or am I wrong?  Just a question.

**UNITED STATES DISTRICT COURT**

That's all.

MR. GRUNFELD:  Thank you, Your Honor.  I know that this is what is typically done in securities class action settlements.  I know that doesn't answer Your Honor's question.  I believe that the settlement agreement provides for the Court authorizing distribution, although I would want to check that to be sure.

THE COURT:  Well, I mean, does it?  If it doesn't -- I mean, it could be a number of other administrative steps along the way.  And it seems like I'm functioning as an administrator unnecessarily.

MR. GRUNFELD:  I understand, Your Honor.  I'm going to look very quickly at the settlement agreement that I have in front of me --

THE COURT:  All right.  Well, then, I mean, does anyone know the answer?  Does the settlement agreement require the Court to authorize disbursements?

MR. HARLAN:  Your Honor, on behalf of the company, we are, pursuant to the settlement agreement, unable to oppose or object to the disbursement of funds.  So that's my memory of what the settlement agreement says --

THE COURT:  It does have -- it requires Court authorization?

MR. HARLAN:  That's my understanding.

THE COURT:  All right.  Well, if it does, I guess I

**UNITED STATES DISTRICT COURT**

have to make that call.  I don't know of any reason why I wouldn't.  It seems fairly perfunctory.

MR. GRUNFELD:  I understand, Your Honor.  I agree that it is somewhat perfunctory since we are just asking the Court to implement what we've laid out all along.

The settlement agreement does note that the -- "Upon the effective date and thereafter, in accordance with the terms of the stipulation, the plan of allocation or such further approval and further orders of the Court as may be necessary as circumstances may require" --

THE COURT:  You have to go more slowly.  Would you read that again more slowly, please?

MR. GRUNFELD:  Yes, Your Honor.  I'm reading from paragraph 5.6 of the --

THE COURT:  I don't have it before me.  So read it slowly.

MR. GRUNFELD:  Thank you, Your Honor.

"Upon the effective date and thereafter in accordance with the terms of the stipulation, the plan of allocation or such further approval and further orders of the Court as may be necessary or as circumstances may require, the net settlement funds shall be distributed to authorized claimants subject to and in accordance with the following."

And then the settlement agreement goes on to lay out the mechanics of the settlement distribution.

THE COURT:  Well, I mean, it doesn't seem to require Court authorization.  So my view is that you should just distribute -- disburse the funds, and that's it.  That was the sole reason for the hearing.  I was wondering why I have to be involved.  And if I have to be involved with this, then I could be involved in many other matters.

So disburse the funds according to the agreement.  That's it.  Thank you.

MR. GRUNFELD:  Thank you, Your Honor.

MR. HARLAN:  Thank you, Your Honor.

MR. PRISCIANDARO:  Thank you.

MR. SHIMELL:  Thank you, Your Honor.

(At 2:00 p.m. the proceedings adjourned.)

**UNITED STATES DISTRICT COURT**

**CERTIFICATE OF OFFICIAL REPORTER**

I, MAREA WOOLRICH, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATION OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS  13TH  DAY OF FEBRUARY, 2023.


/S/ MAREA WOOLRICH

MAREA WOOLRICH, CSR NO. 12698, CCRR
FEDERAL OFFICIAL COURT REPORTER

**UNITED STATES DISTRICT COURT**